# Exhibit 1

 # Superior Court of Alameda County Public Portal

**24CV078868** AS YOU SOW, A 501(C)(3) NON-PROFIT CORPORATION vs ETSY, INC.,...

**Civil Unlimited** (Toxic Tort/Environmental)

Rene C. Davidson Courthouse / DEPT 20 - HON. Karin Schwartz

Filed: 06/07/2024

Next Hearing: 10/07/2024 Initial Case Management Conference

Upload Document

Document Download

Case Summary

Register of Actions

Participants

Future Hearings

| Date | Message | Category | Download |
|---|---|---|---|
| 06/07/2024 | Complaint<br>Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff)<br>As to: Etsy, Inc. (Defendant); DOES 1-20, inclusive (Defendant) | Document | |
| 06/07/2024 | Civil Case Cover Sheet<br>Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff)<br>As to: Etsy, Inc. (Defendant) | Document | |
| 06/07/2024 | Notice of Case Management Conference<br>Filed by: Clerk | Document | |
| 06/07/2024 | Initial Case Management Conference scheduled for 10/07/2024 at 08:30 AM in Rene C. Davidson Courthouse at Department 21 | Event | |
| 06/07/2024 | Complex Determination Hearing scheduled for 07/09/2024 at 02:30 PM in Rene C. Davidson Courthouse at Department 21 | Event | |
| 06/07/2024 | The case is placed in special status of: Provisionally Complex – Case Type | Case | |
| 06/07/2024 | Summons on Complaint<br>Issued and Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff)<br>As to: Etsy, Inc. (Defendant); DOES 1-20, inclusive (Defendant) | Document | |
| 06/07/2024 | Case assigned to Hon. Noël Wise in Department 21 Rene C. Davidson Courthouse | Assignment | |
| 06/11/2024 | Notice of Related Case<br>Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) | Document | |
| 06/13/2024 | Tentative Ruling Published for 07/09/2024 2:30 PM Complex Determination Hearing} | Tentative Ruling | |
| 06/14/2024 | Proof of Personal Service<br>Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff)<br>As to: Etsy, Inc. (Defendant); DOES 1-20, inclusive (Defendant)<br>Service Date: 06/11/2024<br>Service Cost Waived: No | Document | |
| 06/18/2024 | Proof of Service of Summons<br>Filed by: As You Sow, a 501(c)(3) non-profit corporation (Plaintiff)<br>As to: Etsy, Inc. (Defendant); DOES 1-20, inclusive (Defendant) | Document | |
| 07/09/2024 | Order for Release of Funds<br>Issued by: Clerk | Document | |

| Date | Message | Category | Download |
|---|---|---|---|
| 07/09/2024 | Minute Order (Complex Determination Hearing filed by As You Sow, a 501(c)(3...) | Minute Order | |
| 07/09/2024 | Order re: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024<br>Signed and Filed by: Court | Document | |
| 07/09/2024 | Complex Determination Hearing scheduled for 07/09/2024 at 02:30 PM in Rene C. Davidson Courthouse at Department 21 updated:<br>Result Date to 07/09/2024<br>Result Type to Held | Event | |
| 07/09/2024 | Disbursement Approved for One Legal - $1,000.00 | Financial | |
| 07/10/2024 | Notice of Case Reassignment (Civil)<br>Filed by: Clerk | Document | |
| 07/10/2024 | Case reassigned to Rene C. Davidson Courthouse in Department 24 - Hon. Rebekah Evenson<br>Reason: Deemed Non-Complex | Assignment | |
| 07/10/2024 | The case is placed in special status of: Deemed Non-Complex | Case | |
| 07/10/2024 | Notice of Case Reassignment (Civil)<br>Filed by: Clerk | Document | |
| 07/10/2024 | Case reassigned to Rene C. Davidson Courthouse in Department 20 - Hon. Karin Schwartz<br>Reason: Transfer for Reassignment | Assignment | |
| 07/10/2024 | The case is removed from the special status of: Provisionally Complex – Case Type | Case | |

Terms of Service

Contact Us
About this Site

Copyright © Journal Technologies, USA. All rights reserved.

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
06/07/2024 at 02:04:24 PM
By: Damaree Franklin,
Deputy Clerk

Rachel S. Doughty (State Bar No. 255904)
Jennifer Rae Lovko (State Bar No. 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
Fax: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF ALAMEDA**

AS YOU SOW, a 501(c)(3) non-profit corporation,

Plaintiff,

v.

ETSY, INC. and DOES 1-20, inclusive,

Defendants.

Case No. 24CV078868

**COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)**

1. Plaintiff AS YOU SOW brings this action pursuant to California's Proposition 65, Health & Safety Code § 25249.6 *et seq*., and California's Unfair Competition Law ("UCL"), Business and Professions Code § 17200 *et seq.* As regards Plaintiff's Proposition 65 claim, Plaintiff seeks to enjoin defendants to either (1) prevent the sale of skin lightening products that contain mercury or mercury compounds to California consumers on Defendant Etsy, Inc.'s website, www.etsy.com, or (2) comply with Proposition 65's warning requirement by providing a clear and reasonable warning to California customers prior to their purchase of skin lightening products that contain mercury or mercury compounds on www.etsy.com. Plaintiff also seeks civil penalties as provided for under Proposition 65 and other appropriate relief. As regards Plaintiff's UCL claim, Plaintiff seeks to enjoin

1

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

Defendants from unlawful and unfair business practices and false advertising, namely, selling skin lighting products that contain mercury in California in violation of the Sherman Act. Plaintiff also seeks attorney fees and costs, as well as other appropriate relief.

**Venue And Jurisdiction**

2. This Court has jurisdiction over this action pursuant to Health and Safety Code section 25249.7, which allows enforcement of Proposition 65 in any court of competent jurisdiction, and pursuant to California Constitution, article VI, section 10, because this case does not present a cause given by statute to other trial courts.

3. This court has jurisdiction over Defendants because they have sufficient minimum contacts in the State of California, and/or otherwise purposefully avail themselves of the California market.

4. Plaintiff has met the statutory requirements for notice to bring this citizen suit enforcement action under Health and Safety Code section 25249.7 and its implementing regulations.

5. Venue is proper in the Superior Court of California, Alameda County, pursuant to Code of Civil Procedure sections 393 and 395, because this court is a court of competent jurisdiction, because plaintiff seeks civil penalties against Defendants, because one or more instances of wrongful conduct occurred and continue to occur in Alameda County, and/or because Defendants conducted and continue to conduct business in this county with respect to the consumer products at issue in this case.

**Parties**

6. Plaintiff AS YOU SOW is a 501(c)(3) non-profit corporation dedicated to, among other causes, the protection of the environment, toxics reduction, advancing safe and sustainable food and consumer products, the promotion and improvement of human health, and the improvement of worker and consumer rights.

7. AS YOU SOW's efforts primarily focus on corporate engagement through shareholder advocacy, working to make the environment and human rights a central component of corporate

decision-making. Where possible, Plaintiff engages senior management to change corporations from the inside out.

8.      Since 1992, AS YOU SOW has been working to bring hundreds of manufacturers and whole industries into compliance with Proposition 65. AS YOU SOW encourages innovative settlements that reduce hazardous emissions, eliminate consumer exposures to toxics, and provide funds for employee training to lower occupational exposures to toxic chemicals.

9.      AS YOU SOW brings this action as a private attorney general in the public interest pursuant to Health & Safety Code section 25249.7, subdivision (d) and as an entity who has suffered injury in fact pursuant to California Business & Professions Code section 17204.

10.      As a direct result of Defendants' violation of California law, AS YOU SOW has had to divert economic resources to investigate and address Defendants' conduct in promoting the sale of skin lightening products that contain mercury or mercury compounds to California consumers on Defendant's website, www.etsy.com, failing to comply with Proposition 65's warning requirement by providing a clear and reasonable warning to California customers prior to their purchase of skin lightening products that contain mercury or mercury compounds on www.etsy.com, and engaging in unlawful and unfair business practices, as well as false advertising.

11.      Since 2023, paid staff employed by AS YOU SOW have devoted considerable time to monitoring the www.etsy.com site for skin lightening products that contain mercury or mercury compounds. AS YOU SOW has directed and paid for the purchase of such products from www.etsy.com.

12.      Through informal letters, discussions, and 60-day Notices of Violation, Plaintiff has demanded that Defendant ETSY, INC. cease to sell skin lightening products that contain mercury or mercury containing compounds and has provided Defendant with details of its liability under Proposition 65, the Unfair Competition Law (UCL), and California's Sherman Food, Drug and Cosmetic Law.

13. For example, On December 22, 2023, AS YOU SOW notified ETSY, INC. of the listing on www.etsy.com of nine different skin lightening, whitening, and "smoothing" creams containing mercury or mercury compounds ("PRODUCTS"), most on multiple different storefronts on www.etsy.com. Additionally, in the same letter, AS YOU SOW provided a long list of PRODUCTS which were not found on www.etsy.com, but were known to AS YOU SOW to be for sale in other places in the United States, with the objective of preventing these PRODUCTS from ever appearing on www.etsy.com. AS YOU SOW provided ETSY, INC. with public health warnings and test results as exhibits to the letter.

14. To address the mercury content of products purchased on www.etsy.com, AS YOU SOW has had to fund testing of the products purchased thereon. Plaintiff also has expended further resources to communicate with public health agencies regarding their testing of skin lightening creams that contain mercury or mercury containing compounds.

15. Plaintiffs have thus spent considerable time, energy, manpower, and monetary resources to ensure Defendant's compliance with California law. The resources spent on investigative and enforcement efforts directed towards ETSY, INC.'s sale of skin lightening creams that contain mercury or mercury containing compounds could have been spent in various other ways. Had Plaintiff not had to divert these resources as a result of Defendant's unlawful activities, Plaintiffs would have directed the resources towards other mission-critical activities in Plaintiff's strategic plan.

16. Defendant ETSY, INC. is a business entity with ten or more employees doing business within the scope of Proposition 65. (Health & Saf. Code, § 25249.11.)

17. Plaintiff does not know the true names and capacities of the defendants named in this action as DOES 1-20, and therefore, sues them under fictitious names. Plaintiff will request permission to amend this complaint or substitute DOE defendants to state their true names and capacities when their identities are ascertained.

## Statutory And Regulatory Background

**A. Proposition 65**

18. Overwhelmingly enacted by the voters of California in 1986 as "Proposition 65," the Safe Drinking Water and Toxic Enforcement Act "is a remedial statute intended to protect the public." (*People ex rel. Lungren v. Superior Court* (1996) 14 Cal. 4th 294, 314.)

19. Proposition 65 declared the People's right to be "informed about exposures to chemicals that cause cancer, birth defects, or other reproductive harm." (Health & Saf. Code Div. 20, Ch. 6.6 Note, § 1, subd. (b).)

20. Under Proposition 65:

> No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving clear and reasonable warning to such individual, except as provided in section 25249.10.

(Health & Saf. Code, § 25249.6.)

21. A "person in the course of doing business" does not include any person employing fewer than 10 employees in his or her business; any city, county, or district or any department or agency thereof or the state or any department or agency thereof or the federal government or any department or agency thereof; or any entity in its operation of a public water system as defined in Section 116275. (Health & Saf. Code, § 25249.11, subd. (b).)

22. An exposure to a listed chemical contained in a consumer product "results from a person's acquisition, purchase, storage, consumption, or other reasonably foreseeable use of a consumer good, or any exposure that results from receiving a consumer service." (27 Cal. Code Regs., § 25602 subd. (b).)

23. A "knowingly" exposure occurs where the party responsible for such exposure has:

> knowledge of the fact that a discharge of, release of, or exposure to a chemical listed pursuant to Section 25249.8(a) of the Act is occurring. No knowledge that the discharge, release or exposure is unlawful is required.

(27 Cal. Code Regs., § 25102, subd. (n).)

24. Neither Proposition 65 nor the regulations use the phrase "constructive knowledge" or language commonly associated with the concept, such as "should know" or "reason to know." Similarly, Proposition 65 nor the regulations applicable to this case use the phrase "actual knowledge" as well. *See Lee v. Amazon, Inc*., 76 Cal.App.5th 200 (2002). Further, it has been found that there are circumstances in which constructive knowledge is sufficient to require provision of a warning. (*Id*).

25. According to the Office of Environmental Health Hazard Assessment (OEHHA), a warning meets the "clear and reasonable" requirements of Proposition 65 only if it includes: (1) a symbol consisting of a black exclamation point in a yellow equilateral triangle with a bold black outline[1]; (2) the symbol shall be placed to the left of the text of the warning, in a size no smaller than the height of the word "WARNING"; (3) the word "WARNING:" in all capital letters and bold print; and (4) the words, "This product can expose you to chemicals including [name of one or more chemicals], which is [are] known to the State of California to cause [cancer, birth defects or other reproductive harm or cancer and birth defects or other reproductive harm]." (27 Cal. Code Regs., § 25603, subd. (a).) Where a warning is being provided for an exposure to a single chemical the words "chemicals including" may be deleted from the warning content. (*Id*).

26. For internet purchases, the warning may be provided by including a clearly marked hyperlink using the word "**WARNING**" on the product display page, or by "otherwise prominently displaying the warning to the purchaser prior to completing the purchase." (27 Cal. Code Regs., § 25602, subd. (b).) "For purposes of this subarticle, a warning is not prominently displayed if the purchaser must search for it in the general content of the website." (*Id*.)

27. Where a sign or label used to provide consumer information about a product is in a language other than English, "the warning must also be provided in that language in addition to English." (27 Cal. Code Regs., § 25602, subd. (d).)

---

[1] Where the sign, label or shelf tag for the product is not printed using the color yellow, the symbol may be printed in black and white.

6

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

28. Through its strong notice provisions, Proposition 65 helps to protect California's drinking water sources from contamination; allows consumers to make informed choices about the products they buy; and gives Californians the tools they need to protect themselves from exposure to toxic chemicals.

29. Proposition 65 provides that any person who "violates or threatens to violate" the statute may be enjoined in any court of competent jurisdiction. (Health & Saf. Code, § 25249.7.) "Threaten to violate" is defined to mean "to create a condition in which there is a substantial probability that a violation will occur." (*Id.* at § 25249.11, subd. (e).)

30. In addition, any person who violates Proposition 65 is liable for civil penalties not to exceed $2,500 per day for each violation, recoverable in a civil action. (Health & Saf. Code, § 25249.7, subd. (b).)

31. Private parties are entitled to bring an action in the public interest to enforce Proposition 65 under Health and Safety Code, section 25249.7, subdivision (d).

**B. Unfair Competition Law**

32. California's Unfair Competition Law, Business & Professions Code sections 17200 *et seq*. prohibits businesses from engaging in unlawful or unfair business practices. Section 17500 prohibits unfair, deceptive, untrue, or misleading advertising.

33. California Business & Professions Code section 17203 allows any person to pursue representative claims or relief on behalf of others if the claimant meets the standing requirements of California Business & Professions Code section 17204 and California Civil Procedure Code section 382.

34. Plaintiff has standing under California Business & Professions Code section 17204, which provides that actions for relief pursuant to the UCL shall be prosecuted exclusively in a court of competent jurisdiction by, *inter alia*, any person who has suffered injury in fact and has lost money or property as a result of the unfair competition.

7

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

35.     For claims based on false advertising, Section 17535 of the UCL provides that any person, association, or organization which violates Section 17500 may be enjoined by any court of competent jurisdiction. Actions for such injunctive relief may be prosecuted by any person, association, or organization who has suffered injury in fact and has lost money or property as a result.

36.     An organization meets the economic injury-in-fact standing requirements under the UCL where (1) the organization diverts resources to investigate and counteract a defendant's alleged unlawful business practices, and (2) the defendant's unlawful business practices are inimical to the organization's mission.

37.     Plaintiffs have standing under California Civil Procedure Code section 382, which provides that "when the question is one of a common or general interest, of many persons, of when the parties are numerous, and it is impracticable to bring them all before the court, one or more may sue or defend for the benefit of all."

38.     Section 17200 of the UCL prohibits "unlawful" business practices. An unlawful business practice is an act or practice, committed pursuant to business activity, that is at the same time forbidden by law. Virtually any law—federal, state, local or court-made—can serve as a predicate for an action under Section 17200. Defendants have engaged in unlawful business practices predicated on Proposition 65 and California's Sherman Food, Drug and Cosmetic Law (Health & Saf. Code § 109875 *et seq*.).

39.     Section 17200 of the UCL prohibits "unfair" business practices, which include unfair practices perpetrated by competitors which are harmful to other competitors and unfair practices perpetrated by a seller of services which are harmful to the consumer. Conduct is "unfair" within the meaning of Section 17200 if it is offensive to public policy, unscrupulous, oppressive, or substantially injurious to competitors or consumers.

## General Allegations of Fact

**A. Defendant ETSY, INC. operates www.etsy.com in the course of doing business.**

40. Defendant is a "person in the course of doing business" as that term is defined at Health and Safety Code section 25249.11, subdivision (a). (*Lee v. Amazon, Inc.* 76 Cal.App.5th 200, 249.)

41. Defendant owns and operates a global marketplace located at the website www.etsy.com

42. Defendant's online platform facilitates the sale of products by third parties to end-users or online customers. In 2023, this platform was used by over 6 million sellers and 91 million buyers.

43. Defendant posted a consolidated gross merchandise sales of $32 billion in fiscal year 2023 with market presence on multiple continents, including Asia, Europe, and the Americas.

44. Defendant provides some level of business service for each product sold through its website, including the skin lightening products at issue in this case.

45. In exchange for the following services, Defendant earns fixed fees, a percentage of sales, per-unit activity fees, interest, or some combination thereof from each of the approximately 6 million third party sellers utilizing www.etsy.com:

a) Defendant attracts customers to the web site and advertises items across the web through offsite advertisements.

b) Defendant assists third parties with the creation and management of their shops and products.

c) Defendant offers Etsy Purchase Protection for buyers, providing reimbursement to buyers for products not received or not received timely, product received as damaged, and products not matching the listing description and photos.

d) Defendant has the authority to moderate seller content, which includes listings, messages, reviews, images, videos, and all other posted content posted. ETSY, INC.

retains the right to employ enforcement mechanisms on an account when its policies are not followed.

e) Defendant has the ability to hold seller funds, deactivate a listing, restrict a listing from some or all members, or suspend an account.

46. Third party sellers would not have the ability to reach Defendant's billions of customers, including those in California, without access to the Defendant's marketplace at www.etsy.com, and Defendant would not have as many business opportunities or as high profit margins absent its partnership with third party sellers.

47. Defendant does not give customers, or private enforcers, access to the legal name, physical address, or contact information for third party sellers through online platform.

**B. Exposure to mercury or mercury compounds is reasonably foreseeable.**

48. On July 1, 1990, OEHHA identified and listed "mercury and mercury compounds" as chemicals known to the State of California to cause developmental toxicity, pursuant to Proposition 65. Mercury and mercury compounds became subject to Proposition 65's "clear and reasonable warning" requirement one year later on July 1, 1991. (Health & Saf. Code, §§ 25249.8, 25249.10, subd. (b); 27 Cal. Code Regs., § 27001, subd. (c).)

49. Mercury is broadly known to be an intentionally added ingredient in products claiming skin lightening qualities.

50. Mercury is an effective skin lightener because it penetrates deep into the skin where it interacts with cells known as melanocytes, which produce the pigment known as melanin, a chemical that darkens the skin. Mercury replaces a critical enzyme in melanocyte cells, which shuts off the production of melanin and causes the skin to lighten. Mercury is also a well-known, effective anti-bacterial for the treatment of acne.

51. Generally, mercury exists in three forms: elemental mercury, inorganic mercury compounds, and organic mercury. Mercury is toxic to humans in all forms. The most commonly used

10

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

active ingredient in skin lightening creams is inorganic mercury because it can be absorbed into the cream readily and easily.

52. Californians acquire, purchase, store, consume, use, and/or dispose of skin lightening creams containing mercury from third party sellers who operate product pages at www.etsy.com.

53. Reasonably foreseeable use of skin lightening creams containing mercury causes those Californians and their household members to be exposed to mercury and mercury compounds in three main routes: ingestion, inhalation, or dermal absorption.

54. Ingestion occurs post-application as a result of normal hand-to-mouth behavior, such as eating or preparing food.

55. Inhalation occurs when mercury vapor off-gasses from the creams.

56. Dermal absorption occurs with each reasonably foreseeable application of a skin lightening cream to the user's skin. Skin lightening creams that contain mercury are designed and specifically marketed for direct contact with skin.

57. Exposure to a cream user's household members is foreseeable because use of the product results in contamination of household air and surfaces, and household members come into direct contact with the skin of the primary user of the cream.

58. Because Californians purchase skin lightening creams containing mercury through the Etsy web site throughout California, exposures to mercury occur and continue to occur in residences where the products are used and in locations in which the products are disposed, including on property not owned or controlled by Defendant.

59. Each reasonably foreseeable use of skin lightening creams containing mercury—whether by ingestion, inhalation, or dermal absorption—results in continuing and ongoing exposure to mercury or mercury compounds because mercury has a half-life in the body of two months, and of decades in the brain.

60. Since 1973, the Food and Drug Administration has warned against the use of mercury in cosmetics, due to ease of exposure and bioaccumulation:

> It is well known that mercury compounds are readily absorbed through the unbroken skin as well as through the lungs by inhalation and by intestinal absorption after ingestion. Mercury is absorbed from topical application and is accumulated in the body, giving rise to numerous adverse effects. … Cosmetic preparations containing mercury compounds are often applied with regularity and frequency for prolonged periods. Such chronic use of mercury-containing skin-bleaching preparations has resulted in the accumulation of mercury in the body and the occurrence of severe reactions.

(21 C.F.R. § 700.13(b).)

61. The California Department of Public Health recommends that when someone has a skin lightening cream they believe contains mercury, that person should immediately dispose of the cream at a household hazardous waste facility.

**C. Defendants knowingly and intentionally exposed and continue to expose Californians to skin lightening creams that contain mercury or mercury compounds.**

62. Beginning at least in 2020 and continuing to present, Defendant ETSY, INC. has permitted third parties access to its online marketplace in order to sell skin lightening, whitening, and "smoothing" creams containing mercury or mercury compounds ("PRODUCTS"), including exemplars listed below in Table 1.

63. Defendants know that the PRODUCTS were sold to consumers in California.

64. Customers who purchase skin lightening creams from www.etsy.com are presumed to have used them. (*Lee v. Amazon.com, Inc.* (2022) 76 Cal.App.5th 200, 250.)

65. Each of the PRODUCTS listed in Table 1 is a multi-use product.

66. Defendants have never provided a Proposition 65 warning to any consumer who bought a PRODUCT, despite the fact that many consumers are still using, and being exposed to mercury through the use of the PRODUCTS, and Defendant's knowledge of that fact.

| Table 1: Skin Lightening, Whitening, and "Smoothing" Creams Containing Mercury or Mercury Compounds |
| --- |

| Product Exemplars[2] | Etsy Storefront[3] |
|---|---|
| Deluxe Nadinola Bleaching Cream | TheDetoxClub; PureJamaicanStore; ShopVensHerbsNGrocer |
| Due Beauty Cream | MystiqueArtShop; WholesaleByHuma |
| Faiza | MystiqueArtShop; KUCHIDRESS |
| La Tia Mana Crema Limpiadora y Curativa | CapirotadaStore; NaturalByLLC; TruVaShopTreasures; Maydi24 |
| Miss Key Crema Blanqueadora | OceansBeautyWellness |
| Jing Zhuang Jinyiqi/“Yiqi” | IGOTBEAUTYSTORE |
| La Magia Blanca de Michelle Marie Crema Blanqueadora | OceansBeautyWellness |
| Parley Beauty Cream | GoldieCosmetics; DYSHOPPINGCENTER; Tchadnatural |
| Shivanya Beauty Cream | Tchadnatural |

67. The PRODUCTS contain mercury or mercury compounds.

68. Since at least 2020 and continuing to present, multiple health and safety agencies across the globe issued health alerts, announced investigations into, and advised consumers to beware of skin lightening products, including for the PRODUCTS, because they contain dangerously high levels of mercury or mercury compounds, including:

a) **Deluxe Nadinola Bleaching Cream**: New York City Public Health Warning

b) **Due Beauty Cream**: New York City Public Health Warning

c) **Faiza**: New York City Public Health Warning; European Union Rapex Warning

d) **La Tia Mana Crema Limpiadora y Curativa**: FDA Warning

e) **Miss Key Crema Blanqueadora**: New York City Public Health Warning

f) **Jing Zhuang Jinyiqi/“Yiqi”**: Minnesota Department of Health

g) **La Magia Blanca de Michelle Marie Crema Blanqueadora**: New York City Public Health

h) **Parley Beauty Cream**: FDA Warning

i) **Shivanya Beauty Cream**: European Commission Safety Gate Alert

[2] The product names listed in Table 1 are exemplars provided to assist in identification only and are not exhaustive of possible name variations under which the PRODUCTS are or may be listed at www.etsy.com.

[3] The Etsy storefront names listed in Table 1 are provided to assist in identification only and are not exhaustive of possible storefronts under which the PRODUCTS are or may be listed at www.etsy.com.

69.     Defendant ETSY, INC. uses a combination of automated systems and human review by enforcement specialists to review seller items that are in violation of Defendant's policies. This review includes consideration of regulatory reports from government agencies.

70.     According to public health experts, skin whitening cosmetic products likely contain mercury if (1) the product packaging is in a foreign language and does not contain an ingredient label; (2) the product is manufactured in Pakistan; (3) the product claims to whiten or bleach the skin. If these three factors are present, Defendant should either prohibit the sale of the product, require a Proposition 65 warning regarding the mercury content of the product, or test the product to confirm the presence or absence of mercury in the product line.

71.     On December 22, 2023, Plaintiff sent a letter to ETSY, INC. to inform the company that several mercury-containing skin lightening products were being posted and sold on its website and such products are toxic to consumers and should not be sold in California or in the United States.

72.     On January 18, 2024, and March 15, 2024, Plaintiff sent sixty-day Notices of Violation to ETSY, INC., identifying the types of products as skin-lightening, whitening, and "smoothing" creams containing 1 ppm or more of mercury or mercury compounds. These notices identified Deluxe Nadinola Bleaching Cream, Due Beauty Cream, Faiza, La Tia Mana Crema Limpiadora y Curativa, Miss Key Crema Blanqueadora, Jing Zhuang Jinyiqi/"Yiqi" , La Magia Blanca de Michelle Marie Crema Blanqueadora, and Parley Beauty Cream.

73.     Despite its knowledge that skin whitening creams may contain mercury or mercury compounds, ETSY, INC. has permitted, and continues to permit, third party sellers access to www.etsy.com to sell skin lightening creams that it knows contain toxic amounts of mercury to California consumers.

**D. Defendants have exposed Californians to mercury and mercury compounds without providing a clear and reasonable warning to consumers.**

74.     Defendants have not posted any Proposition 65 warnings for mercury in skin lightening creams at issue in this case.

**E. Notice of Violation**

75. A true and correct copy of the January 18, 2024, Notice of Violation is attached as **Exhibit 1** to this Complaint.

76. A true and correct copy of the March 15, 2024, Notice of Violation is attached as **Exhibit 2** to this Complaint.

77. In both notices, Plaintiff warned Defendants that, as a result of its sales of skin lightening, whitening, and "smoothing" creams containing mercury or mercury compounds, purchasers and users in the State of California were being exposed to mercury resulting from consumer's reasonably foreseeable use, without the individual purchasers and users first having been provided with a "clear and reasonable warning" regarding such toxic exposures, as required by Proposition 65.

78. The notices included, *inter alia*, the following information: the name, address, and telephone number of the noticing individual; the name of the alleged violator; the statute violated; the approximate time-period during which violations occurred; and descriptions of the violations, including the chemical involved, the routes of toxic exposure, the type of products causing the violations ("skin lightening, whitening, and 'smoothing' creams containing mercury or mercury compounds"), and exemplars of the PRODUCTS. Defendant ETSY, INC. and the California Attorney General were provided copies of the notices by electronic mail. Additionally, Defendants were provided with a copy of a document entitled "The Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65): A Summary," which is also known as Appendix A to title 27 of California Code of Regulations section 25093.

79. The notices included a certificate of merit, executed by Plaintiff's attorney stating that the person executing the certificate had consulted with one or more persons with relevant and appropriate experience or expertise who has reviewed the facts, studies, or other data regarding exposure to the listed chemical that is the subject of the notices, and that, based on that information, the person executing the certificate believes there is a reasonable and meritorious case for this private

action. Factual information sufficient to establish the bases of the certificate of merit was attached to the certificate of merit served on the California Attorney General for the notices.

80. No public prosecutor has commenced and is diligently prosecuting an action against the violations at issue herein, although the notice period provided in Health and Safety Code section 25249.7 has elapsed.

**First Cause Of Action**

**(Violation of Health & Saf. Code, § 25249.6)**

81. Plaintiff realleges and incorporates each and every allegation contained in the preceding paragraphs as though fully set forth herein.

82. Under Proposition 65:

> No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving clear and reasonable warning to such individual, except as provided in section 25249.10.

(Health & Saf. Code, § 25249.6.)

83. Mercury and mercury compounds are present in the PRODUCTS in such a way as to expose individuals in California to mercury and mercury compounds.

84. The PRODUCTS were distributed, sold, or offered for sale in California and so require a "clear and reasonable warning" under Proposition 65.

85. Defendants had constructive and actual knowledge that the PRODUCTS contain mercury or mercury compounds.

86. Consumers are not provided with a clear and reasonable warning prior to purchase of the PRODUCTS.

87. Consumers are not provided with a clear and reasonable warning prior to use of the PRODUCTS.

88. In the course of its business, Defendant ETSY, INC. makes possible and intends for third parties to sell the PRODUCTS to California consumers.

16

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

89.     Defendants, in the course of doing business in California, have violated Health and Safety Code section 25249.6 by knowingly and intentionally exposing California consumers to mercury or mercury compounds without first giving clear and reasonable warning to such individuals who were or who would become exposed to mercury or mercury compounds through dermal contact, ingestion, and/or inhalation during the reasonably foreseeable uses of the PRODUCTS.

90.     Defendants have caused Californians to be exposed to a listed chemical in violation of Proposition 65, whether such exposure is classified as a consumer exposure, environmental exposure, none of the above, all of the above, some of the above, or otherwise.

91.     Under Health and Safety Code section 25249.7, subdivision (b), this Court has authority to assess against Defendants a maximum civil penalty not to exceed $2,500 per day for each violation of Proposition 65 that has occurred and continues to occur.

92.     Under Health and Safety Code section 25249.7, subdivision (a) this Court is authorized to enjoin Defendants to comply with Proposition 65 now and at all times in the future.

**Second Cause of Action**

**(Violation of 27 Cal. Code Regs., §§ 25602 and 25603)**

93.     Plaintiff realleges and incorporates each and every allegation contained in the preceding paragraphs as though fully set forth herein.

94.     Defendants have violated and continue to violate California Code Regulations, Title 27, section 25603, subdivision (a) because no warning is prominently displayed on the product description page on www.etsy.com and may not be displayed at all to a purchaser prior to completing the purchase.

95.     Defendants have violated and continue to violate California Code Regulations, Title 27, section 25602, subd. (b) because Defendants have never provided a Proposition 65 warning in any non-English language used on the labels for the PRODUCTS on www.etsy.com.

96. To date, although at least some of the PRODUCTS remain in use, Defendants have failed and continue to fail to provide a clear and reasonable warning as required by Health and Safety Code section 25249.6 to users of the PRODUCTS.

97. As a direct result of Defendants' acts and omissions, the general public in California has been regularly, unlawfully, and involuntarily exposed to mercury and mercury compounds, which are known to the State of California to be developmental toxins.

98. Under Health and Safety Code section 25249.7, subdivision (b), this Court has authority to assess against Defendants a maximum civil penalty not to exceed $2,500 per day for each violation of Proposition 65 that has occurred and continues to occur.

99. Under Health and Safety Code section 25249.7, subdivision (a) this Court is authorized to enjoin Defendants to comply with Proposition 65 now and at all times in the future.

**Third Cause of Action**

**(Violation of Bus. & Prof. Code, § 17200 *et seq*.)**

100. Plaintiff realleges and incorporates each and every allegation contained in the preceding paragraphs as though fully set forth herein.

101. Defendants have engaged in and continue to engage in business practices that constitute unfair competition as defined in California Business & Professions Code section 17200 *et seq*.

102. Defendants have violated and continue to violate the UCL through unlawful business acts and practices.

103. Defendants have violated and continue to violate the UCL through their unlawful business acts and practices in that these acts and practices violate Proposition 65.

104. Defendants have violated and continue to violate the UCL through their unlawful business acts and practices in that these acts and practices violate California's Sherman Food, Drug and Cosmetic Law (Sherman Law). The Sherman Law imposes criminal liability without fault,

reflecting the public policy of protecting the public from dangerous products placed on the market, irrespective of negligence in their manufacture.

105. Under the Sherman Law, it is unlawful for any individual or entity to "receive in commerce" or "proffer for delivery" a misbranded cosmetic; "receive in commerce," "proffer for delivery" or "offer for sale" any cosmetic that is adulterated; "deliver, hold, or offer for sale any drug or device that is misbranded"; "receive in commerce any drug or device that is misbranded or to deliver or proffer for delivery" such a drug.

106. Under the Sherman Law, a skin-lightening cream is classified as a "drug" because it is "used or intended to affect the structure or any function of the body of human beings or any other animal." (Health & Saf. Code, § 109925.) It is also a "cosmetic" because it is "intended to be rubbed, . . . or otherwise applied to, the human body, or any part of the human body, for cleansing, beautifying, promoting attractiveness, or altering the appearance." (Health & Saf. Code § 109900.)

107. Skin lightening products that contain mercury or mercury compounds are considered adulterated and/or misbranded drugs and cosmetics.

108. Third party sellers utilize www.etsy.com to sell skin lightening, whitening, and "smoothing" creams containing mercury or mercury compounds, including the exemplars listed above in Table 1. In so doing, they receive in commerce, proffer for delivery, deliver, hold, offer for sale, and sell drugs and cosmetics that are adulterated and/or misbranded.

109. Defendant ETSY, INC. is strictly liable for aiding and abetting third party sellers in furthering these transactions as forbidden by the Sherman Act.

110. In violation of the UCL, Defendants are avoiding the full economic cost of responsibility by neglecting to do conventional due diligence that would be required of any other commercial actor involved in the sale and delivery of drugs and cosmetics regulated under the Sherman Law.

111. Defendants have violated the UCL's provisions at Section 17500 *et seq.* regarding false advertising in that Defendants have publicly disseminated untrue or misleading statements and

advertising regarding the safety of the PRODUCTS sold on the website, www.etsy.com. Defendants knew, or in the exercise of reasonable care should have known, that these statements and advertising were untrue or misleading.

112. As a direct and proximate result of Defendants' violation of the UCL, Plaintiff suffered injury in fact because they were forced to divert limited organizational resources away from their core mission and have incurred significant costs associated with investigating and communicating with Defendants.

113. As a direct and proximate result of Defendants' violation of the UCL, important public interest rights have been harmed.

**Prayer For Relief**

114. WHEREFORE, Plaintiff prays the Court:

A. Grant civil penalties pursuant to Health and Safety Code section 25249.7, subdivision (b)(1) against Defendants in the amount of up to $2,500 per day for each violation;

B. Enter such injunctions or other orders as are necessary pursuant to Health and Safety Code section 25249.7, subdivision (a) to prevent Defendants from exposing persons within the state of California to the developmental toxins mercury and mercury compounds caused by the reasonably foreseeable use of the PRODUCTS without providing clear and reasonable warnings;

C. Enter such injunctions or other orders as are necessary pursuant to Business and Profession Code section 17200 et seq. to prevent Defendants from exposing persons within the state of California to mercury and mercury compounds caused by the reasonably foreseeable use of the PRODUCTS;

D. Award Plaintiff reasonable attorneys' fees and costs pursuant to Code of Civil Procedure, section 1021.5 and as otherwise appropriate; and

E. Grant such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: June 6, 2024

GREENFIRE LAW, PC

By: /s/ Rachel S. Doughty

Rachel Doughty
Attorney for Plaintiff
AS YOU SOW

21

COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES AND OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PROPOSITION 65 (HEALTH & SAF. CODE, § 25249.6 et seq.) AND CALIFORNIA'S UNFAIR COMPETITION LAW (BUS. & PROF. CODE, § 17200 et seq.)

# Exhibit 1



RACHEL S. DOUGHTY
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502, ext. 706
Email: rdoughty@greenfirelaw.com
www.greenfirelaw.com

January 18, 2024

*By Electronic Mail and U.S. Mail*

Etsy, Inc.
ATTN: Josh Silverman, CEO
jsilverman@etsy.com

ATTN: Colin Stretch, Chief Legal Officer
cstretch@etsy.com
117 Adams St
Brooklyn, NY 11202

ATTN: Etsy Regulatory Request for Regulators or Government Officials
regulatory-intake@etsy.com

**RE: 60-Day Notice of Violation of the Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65) & Demand for Supply Chain Identification**

Dear Mr. Silverman and Mr. Stretch:

This firm represents As You Sow ("Noticing Party") in connection with this notice of violations of California's Safe Drinking Water and Toxic Enforcement Act of 1986, which is codified at California Health & Safety Code section 25249.5, et seq. ("Proposition 65"). As You Sow is a non-profit organization working to create a safe, just, and sustainable world in which protecting the environment and human rights is central to corporate decision making.

This letter constitutes notice to the addressee that they have violated and continue to violate provisions of Proposition 65 and its implementing regulations. Specifically, the Alleged Violator—Etsy, Inc. ("Violator")—to which this letter is addressed has violated and continues to violate the warning requirement at section 25249.6 of the California Health & Safety Code, which provides, "No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving clear and reasonable warning to such individual[.]"

Pursuant to California Health & Safety Code section 25249.7, subdivision (d), the Noticing Party, as defined in that section, intends to bring an enforcement action against the Violator sixty (60) days after effective service of this notice unless the public enforcement agencies listed in the attached Certificate of Service have commenced and are diligently prosecuting an action to rectify these violations. A summary of Proposition 65 and its implementing regulations, prepared by the Office of Environmental Health Hazard Assessment, the lead agency designated under

Proposition 65, is enclosed with the copy of this notice served to the Violator. The specific details of the violations that are the subject of this Notice are provided below.

**Description of Violations**

The Violator has contravened the warning requirement at section 25249.6 of the California Health and Safety Code, which provides, "[no] person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving a clear and reasonable warning to such individual." Violators have manufactured, produced, packaged, imported, supplied, distributed, sold or otherwise provided the consumer products containing mercury listed below directly to consumers through the Violator's website without providing the clear and reasonable warnings required by Proposition 65 and its implementing regulations, dating at least as far back as January 2, 2023, and continuing each day through the present.

- Time Period of Exposure: The violations have been occurring since at least January 2, 2023, and are continuing to this day.

- Provision of Proposition 65 Implicated: This Notice of Violation covers the "warning provision" of Proposition 65, which is found at California Health and Safety Code, section 25249.6, and its implementing regulations.

- Chemical Involved: The listed chemical involved in this notice of violation is mercury and mercury compounds. This chemical is recognized by the State of California as a developmental toxin. Exposure to mercury or mercury compounds occurs through ingestion, inhalation, and dermal absorption when skin-lightening creams, sold on Etsy.com's website, are applied.

- Types of Products: The specific types of products causing the violations are skin-lightening, whitening, and "smoothing" creams containing 1 ppm or more mercury or mercury compounds, including but not limited to those products specifically listed below in **Table 1**.

**Table 1**

| Product | Etsy Storefront[1] |
|---|---|
| Aneeza Gold Beauty Face Cream | NaturalSkincarStudio |
| Aneeza Gold Beauty Face Cream | OkinArewa |
| Aneeza Gold Beauty Face Cream | PetsUniqueBeautyCent |
| BeBe Special Cream | Apsarabazaars |
| Carotone | Hayveen |
| Carotone | Mama23store |
| Carotone | perfectobeautycouk |
| Carotone | QueeNikWealth |
| CCM | Apsarabazaars |
| CCM Perfect 365 White Cream | Apsarabazaars |

[1] The Notice covers all skin-lightening, whitening, and "smoothing" creams containing mercury or mercury compounds, including those products listed in Table 1, whether or not sold at the storefront listed. The Storefront is provided as a courtesy so that Etsy.com can more efficiently locate and remove dangerous products from its website.

| | |
|---|---|
| Chandni Whitening Cream | Diamonds Group |
| Crema la Milagrosa | Bulkmayoreo99 |
| Crema la Milagrosa | NATURALbyLLC |
| Deluxe Nadinola Bleaching Cream | TheDetoxClub |
| Due Beauty Cream | MystiqueArtShop |
| Due Beauty Cream | WholesaleByHuma |
| Faiza | BeautyShopIndia |
| Faiza | Nova Jewels Art |
| Faiza | Creations4all786 |
| Faiza | Cosmeticss4All |
| Faiza | DiamondsGroup |
| Faiza | iMinoosh |
| Faiza | KUCHIDRESS |
| Faiza | MystiqueArtShop |
| Faiza | WeddingbyASRBoutique |
| Faiza | WholesaleByHuma |
| Face Fresh Beauty Cream | IMinoosh |
| Face Fresh Beauty Cream | BeautyShopIndia |
| Goree Day Avocado and Aloevera | IMinoosh |
| Goree Day and Night Whitening Cream | Nova Jewels Art |
| Goree Day and Night Whitening Cream | OverseasTrend |
| Goree Day and Night Whitening Cream | ObserverFinds |
| Goree Day and Night Whitening Cream | PariAfghanShop |
| Goree Day and Night Whitening Cream | PakistanShop2023 |
| La Tia Mana Crema Limpiadora y Curativa | La Tia Mana |
| Miss Key Crema Blanqueadora | OceansBeautyWellness |
| Nunn Care | BotanicaMexicana |
| Nunn Care | bulkmayoreo99 |
| Nunn Care | GiftofHealthByPaul |
| Nunn Care | Menwomengiftshop |
| Nunn Care | Naturallylifee |
| Nunn Care | NATURALbyLLC |
| Nunn Care | TruVaShopTreasures |
| Nunn Care | Wellnessrootsstore |

| Nunn Care | YadyTreasures |
| --- | --- |
| Snow White Armpit Whitening Underarm Cream | ShopSheida |

Description of Exposures: This Notice addresses consumer product exposures to mercury and mercury compounds resulting from the acquisition, purchase, storage, consumption, or reasonably foreseeable use of cosmetics used to lighten, whiten, or "smooth" skin. Mercury is an additive or active ingredient in such cosmetics. Use of the items listed above in Table 1, as well as other items containing mercury as an active ingredient, results in human exposures to mercury.[2] Mercury exposure occurs in three main routes: ingestion, inhalation, or dermal absorption. Ingestion may occur post-application due to insufficient hand washing prior to eating or preparing food or touching of the mouth. Inhalation may occur due to the significant amount of mercury vapor produced by use of these creams, which can affect all household members. Dermal absorption may occur as these products are designed and specifically marketed for direct contact with skin. These exposures occur in residences throughout California where the products are used. No clear and reasonable warning is provided with these products regarding the developmental toxicity of using these products or specifically of mercury.

Pursuant to California Code of Regulations, title 11, section 3100, a Certificate of Merit is attached.[3]

**Lack of Non-English Warning**

A number of the products listed in Table 1 include non-English labeling. Those products additionally violate California Code of Regulations, title 27, section 25602, subdivision (b), for failing to carry warnings in the non-English language on the label.

**Resolution of Claims Being Noticed**

Based on the allegations set forth in this Notice, the Noticing Party intends to file a citizen enforcement lawsuit against the Violator unless it agrees to remedy the violations set forth above. If the Violator is interested in resolving this dispute without resort to expensive and time-consuming litigation, please contact the Noticing Party through its counsel identified below.

**Preservation of Relevant Evidence**

This Notice also serves as a demand that the Violator preserve and maintain all relevant evidence, including all electronic documents and data, pending resolution of this matter. Such relevant evidence includes but is not limited to all documents relating to mercury released from or during the storage, shipment, and use of skin lightening creams; purchases and sales information for such products; communications with any person relating to actual or potential exposures to mercury from the use of such products; representative exemplars of each unit of any of the brands listed above in Table 1 sold since January 2022; the content of internet displays for the products causing the violations; and all communications regarding the alleged violations.

[2] These products are also illegal adulterated cosmetics sold in violation of FDA regulations. (See 21 C.F.R. § 700.13(d)), and California's Sherman Act.

[3] A second copy of the entire notice and Certificate of Merit is served on the Attorney General, clearly marked "Attorney General Copy: Contains Official Information Pursuant to Evidence Code Section 1040" with all supporting documentation required by 11 Cal. Code Regs., § 3102 attached thereto.

**Parties**

This Notice is provided on behalf of the following organization:

As You Sow
Responsible Individual: Danielle Fugere
Main Post Office
As You Sow
PO Box 751
Berkeley, CA 94701
(510) 735-8158

The Noticing Parties can be contacted through counsel as identified below:

Rachel Doughty
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rdoughty@greenfirelaw.com

**Demand for Supply Chain Contacts**

Pursuant to California Code of Regulations title 27, article 6, section 25600.2, subdivision (g) you must promptly provide As You Sow (through its counsel) with the names and contact information for each of the manufacturers, producers, packagers, importers, suppliers, and distributors of each of the products listed above in Table 1. **We expect to receive this information within a week.**

Sincerely,

Rachel S. Doughty
Greenfire Law, PC

Attachments:

Certificate of Merit (All Recipients)

Certificate of Merit Support (Attorney General only)

Certificate of Service (All Recipients)

*The Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65): A Summary* ("Summary") (Noticed Party Only)

# Certificate of Merit

California Health & Safety Code Section 25249.7, Subdivision (d)

I, Rachel Doughty, hereby declare:

1. This Certificate of Merit accompanies the attached sixty-day notice(s) in which it is alleged the parties identified in the notices have violated Health and Safety Code section 25249.6 by failing to provide clear and reasonable warnings.
2. I am the attorney for the noticing party.
3. I have consulted with one or more persons with relevant and appropriate experience or expertise who has reviewed facts, studies, or other data regarding the exposure to the listed chemical that is the subject of the action.
4. Based on the information obtained through those consultations, and on all other information in my possession, I believe there is a reasonable and meritorious case for the private action. I understand that "reasonable and meritorious case for the private action" means that the information provides a credible basis that all elements of the plaintiff's case can be established and the information did not prove that the alleged violator will be able to establish any of the affirmative defenses set forth in the statute.
5. The copy of this Certificate of Merit served on the Attorney General attaches to it factual information sufficient to establish the basis for this certificate, including the information identified in Health and Safety Code section 25249.7(h)(2), i.e., (1) the identity of the persons consulted with and relied on by the certifier, and (2) the facts, studies, or other data reviewed by those persons.

Dated: January 18, 2024

Greenfire Law, PC

By: *Rachel S. Doughty*

Rachel Doughty

# Exhibit 2



RACHEL S. DOUGHTY
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502, ext. 706
Email: rdoughty@greenfirelaw.com
www.greenfirelaw.com

March 15, 2024

*By Electronic Mail and U.S. Mail*

Etsy, Inc.
117 Adams St
Brooklyn, NY 11202
ATTN: Josh Silverman, CEO
jsilverman@etsy.com
ATTN: Colin Stretch, Chief Legal Officer
cstretch@etsy.com
ATTN: Etsy Regulatory Request for Regulators or Government Officials
regulatory-intake@etsy.com

Maria Villasenor
dba Capirotada Store
3721 S. 6000 W.
W. Valley City, UT 84128

Sherley Sajous
Registered Agent for
Oceans Beauty & Wellness LLC
573 NW 101 St
Miami, FL 33150
sajous85@gmail.com

**RE: 60-Day Notice of Violation of the Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65) & Demand for Supply Chain Identification**

Dear Mr. Silverman and Mr. Stretch, et.al:

This firm represents As You Sow ("Noticing Party") in connection with this notice of violations of California's Safe Drinking Water and Toxic Enforcement Act of 1986, which is codified at California Health & Safety Code section 25249.5, et seq. ("Proposition 65"). As You Sow is a non-profit organization working to create a safe, just, and sustainable world in which protecting the environment and human rights is central to corporate decision making.

This letter constitutes notice to the addressees that they have violated and continue to violate provisions of Proposition 65 and its implementing regulations. Specifically, the alleged Violators to which this letter is addressed have violated and continue to violate the warning requirement at section 25249.6 of the California Health & Safety Code, which provides, "No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving clear and reasonable warning to such individual[.]"

As to Etsy, Inc., this letter serves as a supplemental 60-Day Notice and does not replace the January 18, 2024 60-Day Notice sent to Etsy, Inc.

Pursuant to California Health & Safety Code section 25249.7, subdivision (d), the Noticing Party, as defined in that section, intends to bring an enforcement action against the Violators sixty (60) days after effective service of this notice unless the public enforcement agencies listed in the attached Certificate of Service have commenced and are diligently prosecuting an action to rectify these violations. A summary of Proposition 65 and its implementing regulations, prepared by the Office of Environmental Health Hazard Assessment, the lead agency designated under Proposition 65, is enclosed with the copy of this notice served to the Violators. The specific details of the violations that are the subject of this Notice are provided below.

## Description of Violations

The Violators have contravened the warning requirement at section 25249.6 of the California Health and Safety Code, which provides, "[no] person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproductive toxicity without first giving a clear and reasonable warning to such individual." Violators have manufactured, produced, packaged, imported, supplied, distributed, sold or otherwise provided the consumer products containing mercury listed below directly to consumers through Etsy.com's website without providing the clear and reasonable warnings required by Proposition 65 and its implementing regulations, dating at least as far back as January 2, 2023, and continuing each day through the present.

- Time Period of Exposure:  The violations have been occurring since at least January 2, 2023 and are continuing to this day.

- Provision of Proposition 65 Implicated:  This Notice of Violation covers the "warning provision" of Proposition 65, which is found at California Health and Safety Code, section 25249.6, and its implementing regulations.

- Chemical Involved:  The listed chemical involved in this notice of violation is mercury and mercury compounds. This chemical is recognized by the State of California as a developmental toxin. Exposure to mercury or mercury compounds occurs through ingestion, inhalation, and dermal absorption when skin-lightening creams, sold on Etsy.com's website, are applied.

- Types of Products: The specific types of products causing the violations are skin-lightening, whitening, and "smoothing" creams containing 1 ppm or more mercury or mercury compounds, including but not limited to those products specifically listed below in **Table 1**.

# Table 1

| Product | Thumbnail of Product | Etsy Storefront[1] | Parties Noticed |
| --- | --- | --- | --- |
| Deluxe Nadinola Bleaching Cream | | PureJamaicanStore | Etsy, Inc. |
| Jing Zhuang Jinyiqi ("Yiqi") | | IGOTBEAUTYSTORE | Etsy, Inc. |
| La Tia Mana Crema | | NaturalByLLC | Etsy, Inc. |
| La Tia Mana Crema | | CapirotadaStore | Etsy, Inc.<br><br>Maria Villasenor dba Capirotada Store |
| La Tia Mana Crema | | TruVaShopTreasures | Etsy, Inc. |
| Magia Blanca de Michelle Marie Crema Blanqueadora | | OceansBeautyWellness | Etsy, Inc.<br><br>Oceans Beauty & Wellness LLC |
| Miss Key Crema Blanqueadora | | OceansBeautyWellness | Etsy, Inc.<br><br>Oceans Beauty & Wellness LLC |
| Parley Beauty Cream | | GoldieCosmetics | Etsy, Inc. |
| Parley Beauty Cream | | DYSHOPPINGCENTER | Etsy, Inc. |

[1] This Supplemental Notice covers all skin-lightening, whitening, and "smoothing" creams containing mercury or mercury compounds, including those products listed in Table 1, whether or not sold presently at the storefront listed.

- Description of Exposures: This Notice addresses consumer product exposures to mercury and mercury compounds resulting from the acquisition, purchase, storage, consumption, or reasonably foreseeable use of cosmetics used to lighten, whiten, or "smooth" skin. Mercury is an additive or active ingredient in such cosmetics. Use of the items listed above in Table 1, as well as other items containing mercury as an active ingredient, results in human exposures to mercury.[2] Mercury exposure occurs in three main routes: ingestion, inhalation, or dermal absorption. Ingestion may occur post-application due to insufficient hand washing prior to eating or preparing food or touching of the mouth. Inhalation may occur due to the significant amount of mercury vapor produced by use of these creams, which can affect all household members. Dermal absorption may occur as these products are designed and specifically marketed for direct contact with skin. These exposures occur in residences throughout California where the products are used. No clear and reasonable warning is provided with these products regarding the developmental toxicity of using these products or specifically of mercury.

Pursuant to California Code of Regulations, title 11, section 3100, a Certificate of Merit is attached.[3]

## Resolution of Claims Being Noticed

Based on the allegations set forth in this Notice, the Noticing Party intends to file a citizen enforcement lawsuit against the Violator unless it agrees to remedy the violations set forth above. If the Violator is interested in resolving this dispute without resort to expensive and time-consuming litigation, please contact the Noticing Party through its counsel identified below.

## Preservation of Relevant Evidence

This Notice also serves as a demand that the Violator preserve and maintain all relevant evidence, including all electronic documents and data, pending resolution of this matter. Such relevant evidence includes but is not limited to all documents relating to mercury released from or during the storage, shipment, and use of skin lightening creams; purchases and sales information for such products; communications with any person relating to actual or potential exposures to mercury from the use of such products; representative exemplars of each unit of any of the brands listed above in Table 1 sold since January 2022; the content of internet displays for the products causing the violations; and all communications regarding the alleged violations.

## Parties

This Notice is provided on behalf of the following person and organization:

As You Sow
2201 Broadway
Oakland, CA 94612
(510) 735-8158

---

[2] These products are also illegal adulterated cosmetics sold in violation of FDA regulations (see 21 C.F.R. § 700.13(d)), and California's Sherman Act.
[3] A second copy of the entire notice and Certificate of Merit is served on the Attorney General, clearly marked "Attorney General Copy: Contains Official Information Pursuant to Evidence Code Section 1040" with all supporting documentation required by 11 Cal. Code Regs., § 3102 attached thereto.

The Noticing Parties can be contacted through counsel as identified below:

Rachel Doughty
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rdoughty@greenfirelaw.com

## Demand for Supply Chain Contacts

Pursuant to California Code of Regulations title 27, article 6, section 25600.2, subdivision (g) you must promptly provide As You Sow (through its counsel) with the names and contact information for each of the manufacturers, producers, packagers, importers, suppliers, and distributors of each of the products listed above in Table 1. **We expect to receive this information within a week.**

Sincerely,

Rachel S. Doughty
Greenfire Law, PC

Attachments:

Certificate of Merit (All Recipients)

Certificate of Merit Support (Attorney General only)

Certificate of Service (All Recipients)

*The Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65): A Summary* ("Summary") (Noticed Parties Only)

# Certificate of Merit

California Health & Safety Code Section 25249.7, Subdivision (d)

I, Rachel Doughty, hereby declare:

1. This Certificate of Merit accompanies the attached sixty-day notice(s) in which it is alleged the parties identified in the notices have violated Health and Safety Code section 25249.6 by failing to provide clear and reasonable warnings.
2. I am the attorney for the noticing party.
3. I have consulted with one or more persons with relevant and appropriate experience or expertise who has reviewed facts, studies, or other data regarding the exposure to the listed chemical that is the subject of the action.
4. Based on the information obtained through those consultations, and on all other information in my possession, I believe there is a reasonable and meritorious case for the private action. I understand that "reasonable and meritorious case for the private action" means that the information provides a credible basis that all elements of the plaintiff's case can be established and the information did not prove that the alleged violator will be able to establish any of the affirmative defenses set forth in the statute.
5. The copy of this Certificate of Merit served on the Attorney General attaches to it factual information sufficient to establish the basis for this certificate, including the information identified in Health and Safety Code section 25249.7(h)(2), i.e., (1) the identity of the persons consulted with and relied on by the certifier, and (2) the facts, studies, or other data reviewed by those persons.

Dated: March 15, 2024

Greenfire Law, PC

By: Rachel S. Doughty

Rachel Doughty

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Rachel S. Doughty (CSB 255904), Jennifer Rae Lovko (CSB 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
TELEPHONE NO.: (510) 900-9502 FAX NO. : (510) 900-9502
EMAIL ADDRESS: rdoughty@greenfirelaw.com, rlovko@greenfirelaw.com
ATTORNEY FOR *(Name):* As Yous Sow, a 510(c) non-profit corporation

*FOR COURT USE ONLY*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**06/07/2024 at 02:04:24 PM**
By: Damaree Franklin,
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Courthouse

CASE NAME:
As You Sow, a 501(c)(3) non-profit corporation v. Etsy, Inc. and DOES 1-20, inclusive

**CIVIL CASE COVER SHEET**

[X] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

**Complex Case Designation**

[ ] Counter [ ] Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 24CV078868

JUDGE:

DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [X] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [X] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [X] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 06/07/2024

Rachel S. Doughty
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

**Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form | Save this form | Clear this form

# SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA

Reserved for Clerk's File Stamp

FILED
Superior Court of California
County of Alameda
06/07/2024
Chad Finke, Executive Officer / Clerk of the Court
By: D. Franklin, Deputy

COURTHOUSE ADDRESS:
Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612

PLAINTIFF:
As You Sow, a 501(c)(3) non-profit corporation

DEFENDANT:
Etsy, Inc. et al

## NOTICE OF CASE MANAGEMENT CONFERENCE

CASE NUMBER:
24CV078868

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

Date: 10/07/2024 Time: 8:30 AM Dept.: 21
Location: Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA CIV-100 [Rev. 10/2021]

NOTICE OF
CASE MANAGEMENT CONFERENCE

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | FILED<br>Superior Court of California<br>County of Alameda<br>06/07/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: ____________ Deputy<br>D. Franklin |
| PLAINTIFF/PETITIONER:<br>As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT:<br>Etsy, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>24CV078868 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

Chad Finke, Executive Officer / Clerk of the Court

Dated: 06/07/2024

By:

D. Franklin, Deputy Clerk

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
06/07/2024
Chad Finke, Executive Officer / Clerk of the Court
By: D. Franklin Deputy

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
ETSY, INC. and DOES 1-20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
AS YOU SOW, a 501(c)(3) non-profit corporation

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Rene C. Davidson Courthouse
Rene C. Davidson Courthouse 1225 Fallon St, Oakland, CA 94612

CASE NUMBER: *(Número del Caso):* 24CV078868

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Rachel S. Doughty (CSB 255904), Greenfire Law, PC., 2748 Adeline St., Suite A, Berkeley, CA 94703, (510) 900-9502

DATE: *(Fecha)* 06/07/2024 Chad Finke, Executive Officer / Clerk of the Court Clerk, by *(Secretario)* D. Franklin , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date)*:

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form | Save this form | Clear this form

**CM-015**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Rachel S. Doughty (CSB 255904), Jennifer Rae Lovko (CSB 208855)
2748 Adeline Street, Suite A
Berkeley, CA, 94703

TELEPHONE NO.: 510-900-9502 FAX NO. *(Optional)*: 510-900-9502
EMAIL ADDRESS *(Optional)*: rdoughty@greenfirelaw.com, rlovko@greenfirelaw.com
ATTORNEY FOR *(Name)*: As Yous Sow, a 510(c) non-profit corporation

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**06/11/2024 at 11:06:46 AM**
By: Anthony Zapotoczny,
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF/PETITIONER: As You Sow, a 501(c)(3) non-profit corporation

DEFENDANT/RESPONDENT: Etsy, Inc. and DOES 1-20, inclusive

CASE NUMBER: 24CV078868

JUDICIAL OFFICER: Hon. Noel Wise

DEPT:. 21

**NOTICE OF RELATED CASE**

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: As You Sow, a 501(c)(3) non-profit corporation v. Etsy, Inc.
   b. Case number: 24CV068179
   c. Court: [x] same as above
      [ ] other state or federal court *(name and address):*
   d. Department:
   e. Case type: [ ] limited civil [x] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
   f. Filing date: 3/18/2024
   g. Has this case been designated or determined as "complex?" [x] Yes [ ] No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      [x] involves the same parties and is based on the same or similar claims.
      [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [ ] involves claims against, title to, possession of, or damages to the same property.
      [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [ ] pending
      [x] dismissed [ ] with [x] without prejudice
      [ ] disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: [ ] same as above
      [ ] other state or federal court *(name and address):*
   d. Department:

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300
www.courts.ca.gov

**CM-015**

| PLAINTIFF/PETITIONER: As You Sow, a 501(c)(3) non-profit corporation | CASE NUMBER: 24CV078868 |
|---|---|
| DEFENDANT/RESPONDENT: Etsy, Inc. and DOES 1-20, inclusive | |

2. *(continued)*

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other (*specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 2h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

3. a. Title:

b. Case number:

c. Court: ☐ same as above

☐ other state or federal court *(name and address):*

d. Department:

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other (*specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 3h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: ________

Date: 06/07/2024

Rachel S. Doughty
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ Rachel S. Doughty
(SIGNATURE OF PARTY OR ATTORNEY)

Rachel S. Doughty, Cal. Bar No. 255904
Rae Lovko, Cal. Bar No. 208855
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Tel: (510) 900-9502
Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| As You Sow, a 510 (c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Etsy, Inc., and DOES 1-20, inclusive,<br><br>Defendants, | Case No. 24CV078868<br><br>Assigned for all purposes to:<br>Hon. Hon. Noël Wise, Department 21<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of Alameda. My business address is 2748 Adeline Street, Suite A, Berkeley, California 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **Notice of Related Case**

On June 11, 2024, I served the foregoing document(s) on the parties in this action, located on the attached service list as designated below:

| | | |
|---|---|---|
| ( ) | By First Class Mail: | Deposited the above documents in a sealed envelope with the United States Postal Service, with the postage fully paid. |
| ( ) | By Personal Service: | I personally delivered each in a sealed envelope to the office of the address on the date last written below. |
| ( ) | By Overnight Mail: | I caused each to be placed in a sealed envelope and placed the same in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for. |
| (x) | By Electronic Transmission: | Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2024, in Berkeley, California.

________________________

Jessica San Luis

**SERVICE LIST**

| | |
|---|---|
| Nicholas J. Hoffman<br>Joseph T. Rezabek<br>McGuireWoods LLP<br>Wells Fargo Center<br>South Tower<br>355 S. Grand Ave, Ste 4200<br>Los Angeles, CA 90071-3103<br>nhoffman@mcguirewoods.com<br>jrezabek@mcguirewoods.com | By Electronic Transmission |

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
06/14/2024 at 08:54:39 AM
By: Carrie Thao,
Deputy Clerk

Rachel S. Doughty, Cal. Bar No. 255904
Rae Lovko, Cal. Bar No. 208855
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
(510) 900-9502
Emails: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| As You Sow, a 510 (c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Etsy, Inc.,<br><br>Defendants, | Case No. 24CV078868<br><br>*Assigned for all purposes to:*<br>*Hon. Noel Wise, Department 21*<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of Alameda. My business address is 2749 Adeline Street, Suite A, Berkeley, California 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **Summons**
- **Complaint**
- **Exhibits 1 – 2 to Complaint**
- **Alternative Dispute Resolution (ADR) Package**
- **Civil Case Cover Sheet**
- **Notice of Case Management Conference**

On June 11, 2024, I served the foregoing document(s) on the parties in this action, located on the attached service list as designated below:

( ) By First Class Mail: Deposited the above documents in a sealed envelope with the United States Postal Service, with the postage fully paid.

( ) By Personal Service: I personally delivered each in a sealed envelope to the office of the address on the date last written below.

( ) By Overnight Mail: I caused each to be placed in a sealed envelope and placed the same in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for.

(x) By Electronic Transmission: Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2024, in Berkeley, California.

Jessica San Luis

**SERVICE LIST**

| | |
|---|---|
| Nicholas J. Hoffman<br>Joseph T. Rezabek<br>McGuireWoods LLP<br>Wells Fargo Center<br>South Tower<br>355 S. Grand Ave, Ste 4200<br>Los Angeles, CA 90071-3103<br>nhoffman@mcguirewoods.com<br>JRezabek@mcguirewoods.com | By Electronic Transmission |

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Rachel Doughty (CSB 255904), Jennifer Rae Lovko (CSB 208855)
2748 Adeline St, Suite A
Berkeley, CA 94703
United States

TELEPHONE NO.: 510-900-9502 FAX NO. (Optional): 510-900-9502
E-MAIL ADDRESS (Optional): rdoughty@greenfirelaw.com, Rlovko@greenfirelaw.com
ATTORNEY FOR (Name): Plaintiff As You Sow, a 501(c)(3) non-profit corporation

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California, County of Alameda
**06/18/2024 at 02:14:04 PM**
By: Carrie Thao, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF/PETITIONER: AS YOU SOW, A 510(C)(3) NON-PROFIT CORPORATION
DEFENDANT/RESPONDENT: ETSY, INC. and DOES 1-20, inclusive

CASE NUMBER: 24CV078868

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Notice of Case Management Conference
3. a. Party served *(specify name of party as shown on documents served):*

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* Counsel for Etsy, Inc., Nicholas J. Hoffman and Joseph T. Rezabek.
4. Address where the party was served:
   NHoffman@mcguirewoods.com, JRezabek@mcguirewoods.com
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 06/18/2024 (2) at *(time):* 1:54 PM
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

**POS-010**

| PLAINTIFF/PETITIONER: AS YOU SOW, A 510(C)(3) NON-PROFIT CORPORATION<br>DEFENDANT/RESPONDENT: ETSY, INC. and DOES 1-20, inclusive | CASE NUMBER: 24CV078868 |
|---|---|

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*: (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **bv other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. [ ] as an individual defendant.

   b. [ ] as the person sued under the fictitious name of *(specify)*:

   c. [ ] as occupant.

   d. [x] On behalf of *(specify)*: ETSY, INC.

   under the following Code of Civil Procedure section:

   [x] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**

   a. Name: Nuria de la Fuente

   b. Address: 2748 Adeline St. Suite A, Berkeley, CA 94703

   c. Telephone number: (510) 900-9502

   d. **The fee** for service was: $

   e. I am:

   (1) [ ] not a registered California process server.

   (2) [x] exempt from registration under Business and Professions Code section 22350(b).

   (3) [ ] a registered California process server:

   (i) [ ] owner [ ] employee [ ] independent contractor.

   (ii) Registration No.:

   (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06-18-2024

Nuria de la Fuente ▶ Nuria de la Fuente

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) (SIGNATURE)

**For your pro ection and privacy, please press the Clear This Form button after you have printed the form.** [Print this form] [Save this form] [Clear this form]

Nuria de la Fuente <ndelafuente@greenfirelaw.com>

# [E-Service] As You Sow v. Etsy, Inc. and Does 1-20, inclusive (Case No. 24CV078868)

1 message

**Nuria de la Fuente** <ndelafuente@greenfirelaw.com> Tue, Jun 18, 2024 at 1:54 PM
To: "Nicholas J. Hoffman" <nhoffman@mcguirewoods.com>, "Joseph T. Rezabek" <JRezabek@mcguirewoods.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>, Jennifer Rae Lovko <rlovko@greenfirelaw.com>, Jessica San Luis <jsanluis@greenfirelaw.com>

Dear Counsel,

Attached please find electronic service of the following documents:

- Summons
- Complaint with Exhibits 1 & 2
- Alternative Dispute Resolution (ADR) Package
- Civil Case Cover Sheet
- Notice of Case Management Conference

Thank you,

--

Nuria de la Fuente, *Office Manager*
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 700
F: 510.900.9502
ndelafuente@greenfirelaw.com

**6 attachments**

**2024-06-07 Summons for ETSY, INC.pdf**
57K

**2024-06-07 Complaint.pdf**
3289K

**ADR Packet for Defendant.pdf**
279K

**2024-06-07 Civil Case Cover Sheet.pdf**
176K

**2024-06-07 Notice of Case Management Conference.pdf**
360K

**2024-06-18 POS_Final.pdf**
111K

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Rene C. Davidson Courthouse, Department 21

JUDICIAL OFFICER: HONORABLE NOËL WISE

Courtroom Clerk: Dazimon Kinney CSR: None

**24CV078868** July 9, 2024
2:30 PM

**AS YOU SOW, A 501(C)(3) NON-PROFIT CORPORATION**
**vs**
**ETSY, INC., et al.**

## MINUTES

**APPEARANCES:**

**NATURE OF PROCEEDINGS: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024**

The Court does not designate this case as complex. The parties will receive notice of a case management conference in another civil department. Any complex fees paid for or by the parties prior to the order shall be reimbursed in the amount paid pursuant to Government Code Section 70616(c).

Order for Release of Funds has been filed.

Clerk is directed to serve copies of this order, with proof of service, to counsel and to self-represented parties of record.

Nicole Hall

By: N. Hall, Deputy Clerk

Minutes of: 07/09/2024
Entered on: 07/09/2024

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Rene C. Davidson Courthouse

| As You Sow, a 501(c)(3) non-profit corporation<br>Plaintiff/Petitioner(s)<br>vs.<br>Etsy, Inc. et al<br>Defendant/Respondent(s) | No. 24CV078868<br><br>Date: 07/09/2024<br>Time: 2:30 PM<br>Dept: 21<br>Judge: Noël Wise<br><br>ORDER re: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024 |
|---|---|

The Court does not designate this case as complex. The parties will receive notice of a case management conference in another civil department. Any complex fees paid for or by the parties prior to the order shall be reimbursed in the amount paid pursuant to Government Code Section 70616(c).

Order for Release of Funds has been filed.

Clerk is directed to serve copies of this order, with proof of service, to counsel and to self-represented parties of record.

Dated : 07/09/2024

Noël Wise / Judge

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

Rene C. Davidson Courthouse

ORDER re: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024

Page 2 of 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
Rene C. Davidson Courthouse

| | |
|---|---|
| As You Sow, a 501(c)(3) non-profit corporation<br>Plaintiff/Petitioner(s)<br>vs.<br>Etsy, Inc. et al<br>Defendant/Respondent (s) | No. 24CV078868<br><br>Date: 07/09/2024<br>Time: 2:30 PM<br>Dept: 21<br>Judge: Noël Wise<br><br>ORDER re: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024 |

The Court does not designate this case as complex. The parties will receive notice of a case management conference in another civil department. Any complex fees paid for or by the parties prior to the order shall be reimbursed in the amount paid pursuant to Government Code Section 70616(c).

Order for Release of Funds has been filed.

Clerk is directed to serve copies of this order, with proof of service, to counsel and to self-represented parties of record.

Dated : 07/09/2024

Noël Wise / Judge

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
Rene C. Davidson Courthouse

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp<br>FILED<br>Superior Court of California<br>County of Alameda<br>07/09/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: Nicole Hall Deputy<br>N. Hall |
| --- | --- |
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | |
| PLAINTIFF/PETITIONER:<br>As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT:<br>Etsy, Inc. et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>24CV078868 |

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Order re: Complex Determination Hearing filed by As You Sow, a 501(c)(3) non-profit corporation (Plaintiff) on 06/07/2024 entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
rdoughty@greenfirelaw.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 07/09/2024

By: Nicole Hall

N. Hall, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | FILED<br>Superior Court of California<br>County of Alameda<br>07/10/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: ______________ Deputy<br>A. Hewitt |
| PLAINTIFF(S) / PETI<br>As You Sow, a 501(c)(3) non-profit corporation | |
| Etsy, Inc. et al | |
| **NOTICE OF CASE REASSIGNMENT** | CASE NUMBER:<br>24CV078868 |

**EFFECTIVE** 07/10/2024

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

ASSIGNED JUDGE: Rebekah Evenson
DEPARTMENT: 24
LOCATION: Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612
PHONE NUMBER: (510) 267-6940
FAX NUMBER:
EMAIL ADDRESS: Dept24@alameda.courts.ca.gov

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**ASSIGNED FOR ALL PURPOSES TO**
**JUDGE** Rebekah Evenson
**DEPARTMENT** 24

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

A. Hewitt, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Rene C. Davidson Courthouse 1225 Fallon Street, Oakland, CA 94612 | FILED Superior Court of California County of Alameda 07/10/2024 Chad Finke, Executive Officer / Clerk of the Court By: Deputy A. Hewitt |
| PLAINTIFF/PETITIONER: As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT: Etsy, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER: 24CV078868 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

Chad Finke, Executive Officer / Clerk of the Court

Dated: 07/10/2024 By:

A. Hewitt, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp<br><br>FILED<br>Superior Court of California<br>County of Alameda<br>07/10/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: ____________ Deputy<br>A. Hewitt |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | |
| PLAINTIFF/PETITIONER:<br>As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT:<br>Etsy, Inc. et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>24CV078868 |

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the attached document entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
rdoughty@greenfirelaw.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 07/10/2024

By:

A. Hewitt, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | FILED<br>Superior Court of California<br>County of Alameda<br>07/10/2024<br>Chad Flike, Executive Officer / Clerk of the Court<br>By: ______ Deputy<br>A. Hewitt |
| PLAINTIFF(S) / PETI<br>As You Sow, a 501(c)(3) non-profit corporation | |
| Etsy, Inc. et al | |
| **NOTICE OF CASE REASSIGNMENT** | CASE NUMBER:<br>24CV078868 |

**EFFECTIVE** 07/10/2024

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| ASSIGNED JUDGE: | Karin Schwartz |
| DEPARTMENT: | 20 |
| LOCATION: | Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 |
| PHONE NUMBER: | (510) 267-6936 |
| FAX NUMBER: | |
| EMAIL ADDRESS: | Dept20@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**ASSIGNED FOR ALL PURPOSES TO**
**JUDGE** Karin Schwartz
**DEPARTMENT** 20

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference.  The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days."   The court's website contains this form and other ADR information.  If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By

A. Hewitt, Deputy Clerk

**NOTICE OF CASE REASSIGNMENT**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>07/10/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: ____________ Deputy<br>A. Hewitt |
| PLAINTIFF/PETITIONER:<br>As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT:<br>Etsy, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>24CV078868 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

Chad Finke, Executive Officer / Clerk of the Court

Dated: 07/10/2024

By:

A. Hewitt, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp<br><br>FILED<br>Superior Court of California<br>County of Alameda<br>07/10/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: Deputy<br>A. Hewitt |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | |
| PLAINTIFF/PETITIONER:<br>As You Sow, a 501(c)(3) non-profit corporation | |
| DEFENDANT/RESPONDENT:<br>Etsy, Inc. et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>24CV078868 |

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the attached document entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Rachel Doughty
Greenfire Law, PC
rdoughty@greenfirelaw.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 07/10/2024

By:

A. Hewitt, Deputy Clerk