# Exhibit 2

NICHOLAS J. HOFFMAN (SBN 284472)
  nhoffman@mcguirewoods.com
ARIA HANGVAL (SBN 336933)
  ahangval@mcguirewoods.com
McGUIREWOODS LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9840
Facsimile: (213) 457-9877

SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
  starry@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard Suite 1800
Tysons, Virginia 22102-4215
Telephone: (703) 712-5425
Facsimile: (703) 712-5185

Attorney for Defendant
ETSY, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ETSY, INC.,<br><br>Defendant. | CASE NO. 24CV078868<br><br>The Hon. Karin Schwartz<br>Department 20<br><br>**DEFENDANT ETSY, INC.'S NOTICE OF NOTICE OF REMOVAL**<br><br>*[Notice of Notice of Removal]*<br><br>Complaint Filed: June 7, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Etsy, Inc. removed this case pursuant to the Notice of Removal filed in the United States District Court for the Northern District of California, on July

1
**NOTICE OF NOTICE OF REMOVAL**

11, 2024.  A true and correct copy of the removal papers filed with the United States District Court is submitted herewith as "**Exhibit A**."

Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

DATED: July 11, 2024                           Respectfully submitted,

                                                McGUIREWOODS LLP

                                                By: _____
                                                Samuel L. Tarry, Jr.
                                                Nicholas J. Hoffman
                                                Aria Hangval
                                                Attorneys for Defendant,
                                                ETSY, INC.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 355 S. Grand Avenue, Suite 4200, Los Angeles, California 90071-3103.

On July 11, 2024, I served the following document(s) described as: **DEFENDANT ETSY, INC.'S NOTICE OF NOTICE OF REMOVAL,** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

*[SEE ATTACHED SERVICE LIST]*

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

☒ **BY E-MAIL ELECTRONIC SERVICE:** I caused the above-described document to be served electronically on the individual(s) identified above per agreement of the parties. (C.C.P. § 1010.6(a)(6); CRC 2.260(a))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 11, 2024, at Los Angeles, CA.

*Miguelina Mendez*
Miguelina Mendez

## SERVICE LIST

Rachel S. Doughty  
Jennifer Rae Lovko  
**GREENFIRE LAW, PC**  
2748 Adeline Street, Suite A  
Berkeley, CA 94703  
Telephone: (510) 900-9502  
Fax: (510) 900-9502  
Email: rdoughty@greenfirelaw.com  
           rlovko@greenfirelaw.com

*Attorneys for Plaintiff,*  
*AS YOU SOW*