NICHOLAS J. HOFFMAN (SBN 284472)
  nhoffman@mcguirewoods.com
McGUIREWOODS LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9840
Facsimile: (213) 457-9877

SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
  starry@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard Suite 1800
Tysons, Virginia 22102-4215
Telephone: (703) 712-5425
Facsimile: (703) 712-5185

Attorney for Defendant ETSY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ETSY, INC. and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 24-cv-04203-SK<br><br>**DEFENDANT ETSY, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[FRCP 7.1; CIVIL L.R. 3-15]** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Etsy, Inc. ("Etsy"), through its undersigned counsel, hereby certifies that Etsy has no parent corporation and no publicly held company owns more than ten percent of Etsy's outstanding common stock.

The following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Plaintiff As You Sow
- Defendant Etsy, Inc.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, Etsy further certifies that as of this date and based on its review of publicly available information—other than the named parties and those set forth above—it is unaware of any person or entity with a conflict or interest to report.

DATED: July 12, 2024                    Respectfully submitted,

                                                        McGUIREWOODS LLP

By: */s/ Nicholas J. Hoffman*
      Samuel L. Tarry, Jr.
      Nicholas J. Hoffman
      Attorneys for Defendant
      ETSY, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Wells Fargo Center, South Tower, 355 S. Grand Avenue, Suite 4200, Los Angeles, California 90071-3103. On July 12, 2024, I caused the service of the foregoing document described as **DEFENDANT ETSY, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, addressed as follows:

| | |
|---|---|
| Rachel S. Doughty<br>Jennifer Rae Lovko<br>**GREENFIRE LAW, PC**<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Telephone: (510) 900-9502<br>Fax: (510) 900-9502<br>Email: rdoughty@greenfirelaw.com<br>         rlovko@greenfirelaw.com | Attorneys for Plaintiff,<br>AS YOU SOW |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.

☒ **(BY ELECTRONIC TRANSMISSION):** I caused such document to be served electronically to the person's electronic service address by transmitting a PDF format copy of such document(s) to each person at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2024, at Los Angeles, California.

/s/ Miguelina Mendez
Miguelina Mendez