1  NICHOLAS J. HOFFMAN (SBN 284472)
     nhoffman@mcguirewoods.com
2  ARIA HANGVAL (SBN 336933)
     ahangval@mcguirewoods.com
3  McGUIREWOODS LLP
   Wells Fargo Center – South Tower
4  355 S. Grand Avenue, Suite 4200
   Los Angeles, California 90071-3103
5  Telephone: (213) 457-9840
   Facsimile: (213) 457-9877
6

7  SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
     starry@mcguirewoods.com
8  McGUIREWOODS LLP
9  1750 Tysons Boulevard Suite 1800
   Tysons, Virginia 22102-4215
10 Telephone: (703) 712-5425
   Facsimile: (703) 712-5185
11

12 Attorneys for Defendant
   ETSY, INC.
13

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> ETSY, INC. and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 24-cv-04203-SK <br><br> **DEFENDANT ETSY, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TRANSFER VENUE** <br><br> **Judge:** Hon. Sallie Kim <br> **Date:** August 26, 2024 <br> **Time:** 9:30 a.m. <br> **Location:** Courtroom C, 15th Floor |

TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF AS YOU SOW, AND ITS COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Defendant Etsy, Inc. ("Etsy") hereby moves for an order compelling arbitration for the claims, allegations, statement of law, and prayer for relief asserted by Plaintiff As You Sow in the Complaint, and to stay this case until the completion of the arbitration proceeding. If the Court does not compel the parties to arbitration, Etsy requests that the Court transfer the venue of this action to the U.S. District Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that if the Court determines a hearing is required, this Motion will be heard at the United States District Courthouse for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California 94102, on August 26, 2024 at 9:30 a.m., or at another time and location deemed appropriate by the Court.

This motion is brought on the authority afforded by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, which requires that Plaintiff's claims be compelled to arbitration. If the FAA requires that a dispute be compelled to arbitration, then the Court must stay the case until the conclusion of that arbitration proceeding. *See* 9 U.S.C. § 3. Etsy's request that the Court transfer venue in the alternative is made pursuant to 28 U.S.C. § 1404(a).

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities and any attachments thereto, the complete record in this action, oral argument, and any other matters this Court may properly consider.

DATED: July 18, 2024                    Respectfully submitted,

                                        McGUIREWOODS LLP


                                        By:  */s/ Nicholas J. Hoffman*
                                             Samuel L. Tarry, Jr. (*PHV forthcoming*)
                                             Nicholas J. Hoffman
                                             Aria Hangval
                                             Attorneys for Defendant
                                             ETSY, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Wells Fargo Center, South Tower, 355 S. Grand Avenue, Suite 4200, Los Angeles, California 90071-3103. On July 18, 2024, I caused the service of the foregoing document described as **DEFENDANT ETSY, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TRANSFER VENUE**, addressed as follows:

| | |
|---|---|
| Rachel S. Doughty<br>Jennifer Rae Lovko<br>**GREENFIRE LAW, PC**<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Telephone: (510) 900-9502<br>Fax: (510) 900-9502<br>Email: rdoughty@greenfirelaw.com<br>　　　　rlovko@greenfirelaw.com | Attorneys for Plaintiff<br>AS YOU SOW |

☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.

☒   **(BY ELECTRONIC TRANSMISSION):** I caused such document to be served electronically to the person's electronic service address by transmitting a PDF format copy of such document(s) to each person at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2024, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Miguelina Mendez
　　　　　　　　　　　　　　　　　　　　　　Miguelina Mendez