NICHOLAS J. HOFFMAN (SBN 284472)
  nhoffman@mcguirewoods.com
ARIA HANGVAL (SBN 336933)
  ahangval@mcguirewoods.com
McGUIREWOODS LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9840
Facsimile: (213) 457-9877

SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
  starry@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard Suite 1800
Tysons, Virginia 22102-4215
Telephone: (703) 712-5425
Facsimile: (703) 712-5185

Attorneys for Defendant
ETSY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ETSY, INC. and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: 24-cv-04203-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ETSY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**Judge:** Hon. Sallie Kim<br>**Date:** August 26, 2024<br>**Time:** 9:30 a.m.<br>**Location:** Courtroom C, 15th Floor |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Motion to Dismiss filed by Defendant Etsy, Inc. ("Etsy") came on regularly for hearing in the above-captioned matter. Etsy was represented by McGuireWoods LLP. Plaintiff As You Sow was represented by Greenfire Law, PC. All appearances were made as noted on the record.

The Court, having reviewed and considered the papers and evidence submitted by the parties, the arguments of counsel made on the record at the hearing, and such other matters of which judicial notice has been taken, and good cause appearing for the relief requested in the motion, **IT IS HEREBY ORDERED** that:

Etsy's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim is GRANTED. Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

DATED: _____

_____
United States District Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Wells Fargo Center, South Tower, 355 S. Grand Avenue, Suite 4200, Los Angeles, California 90071-3103. On July 18, 2024, I caused the service of the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT ETSY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM** , addressed as follows:

| | |
|---|---|
| Rachel S. Doughty<br>Jennifer Rae Lovko<br>**GREENFIRE LAW, PC**<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Telephone: (510) 900-9502<br>Fax: (510) 900-9502<br>Email: rdoughty@greenfirelaw.com<br>           rlovko@greenfirelaw.com | Attorneys for Plaintiff,<br>AS YOU SOW |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.

☒ **(BY ELECTRONIC TRANSMISSION):** I caused such document to be served electronically to the person's electronic service address by transmitting a PDF format copy of such document(s) to each person at the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2024, at Los Angeles, California.

/s/ Miguelina Mendez
Miguelina Mendez
