Rachel S. Doughty (SBN 255904)
J. Rae Lovko (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ETSY, INC., and DOES 1-20, inclusive<br><br>　　　　Defendants, | Case No. 24-cv-04203-MMC<br><br>**[PROPOSED] ORDER GRANTING PROPOSED CASE MANAGEMENT AND BRIEFING SCHEDULE**<br><br>Date: October 11, 2024<br>Time: 9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>　　　Federal District Court<br>　　　450 Golden Gate Ave.<br>　　　San Francisco, CA 94102<br>Judge: Hon. Maxine M. Chesney, presiding |

1  Plaintiff As You Sow ("AYS") and Defendant Etsy, Inc. ("Etsy") filed a Joint Stipulation Regarding Proposed Briefing and Case Management Schedule in this matter on July 25, 2024.

IT IS ORDERED:

1. AYS's Motion to Remand in response to Etsy's Notice of Removal (Doc. No. 1) will be due on or before **July 30, 2024**;

2. Defendant Etsy's opposition to AYS's Motion to Remand and AYS's opposition briefs to Defendant Esty's Motions to Dismiss (Doc No. 7) and to Compel Arbitration (Doc No. 5) will be due on or before **August 20, 2024**;

3. AYS's reply in support of its Motion to Remand and Esty's reply briefs in support of Etsy's Motions to Dismiss and to Compel Arbitration will be due on or before **September 17, 2024**;

4. A hearing on the pending motions to Dismiss, Compel Arbitration, and to Remand will be held on **October 11, 2024,** at **9:00 a.m.**

Dated:

_____
Hon. Maxine M. Chesney
United States District Court Judge
Northern District of California

**CERTIFICATE OF SERVICE**

     I HEREBY certify that on July 26, 2024, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

_____
Jessica San Luis