IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW,<br><br>        Plaintiff,<br><br>   v.<br><br>ETSY INC.,<br><br>        Defendant. | Case No. 24-cv-04203-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY OF NOTICE OF REMOVAL** |

On July 22, 2024, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith, along with all attachments thereto, a courtesy copy of its: (1) Notice of Removal, filed July 11, 2024; (2) "Motion to Compel Arbitration or, In the Alternative, Transfer Venue," filed July 18, 2024; and (3) "Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim," filed July 18, 2024. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: July 26, 2024

MAXINE M. CHESNEY
United States District Judge