1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
J. Rae Lovko (SBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| As You Sow, a 501 (c)(3) non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br><br>        Defendants,<br>. | Case No.: 24-cv-04203-MMC<br><br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF MOTION TO REMAND**<br><br><br>Date:  October 11, 2024<br>Time:  9:00 a.m.<br>Dept:  Courtroom 7, 19th Floor<br>        Federal District Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102<br><br>Hon. Maxine M. Chesney, presiding |

I, Rachel Doughty do declare and state:

1.     If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.     On July 22, 2024, I navigated to the website of the California Attorney General entitled: "Proposition 65 Enforcement Reporting, Private Enforcement Filing, Health and Safety Code Sections 25249.7(e) and (f), Judgments by Plaintiff Report" at the URL: https://oag.ca.gov/prop65/report/judgments-by-plaintiffs. From this website, I generated a report of all judgments from the year 2023 in .csv format. I sorted the resulting spreadsheet by civil penalty amount. It included 241 judgments. I have attached hereto as **Exhibit A** true and correct copy of the civil penalty data with case-identifying data from the spreadsheet generated from the California Attorney General's website.

3.     I then used mathematical formulas to determine the average civil penalty for all reported judgments entered in 2023, which was $16,957.44. I also calculated the median of all 2023 penalties included in judgments, which was $6,000 in 2023. The only 2023 reported mercury-related civil penalty was $4,000. I manually counted the number of cases with a penalty of more than $75,000, which was 11 of 241 judgments in 2023.

4.     The penalties in matters handled by As You Sow are available on the Attorney General's website as well.

5.     To date, in preparing the motion to remand, Greenfire Law has expended approximately $7,000 in attorney fees and anticipates incurring an additional $3,000 to $5,000 in replying to Etsy's opposition.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 25nd day of July, 2024 in Berkeley, California.


Dated: July 25, 2024                          GREENFIRE LAW, PC

                                        By:   */s/ Rachel Doughty*
                                              **RACHEL DOUGHTY**

- 2 -

**DECLARATION OF RACHEL DOUGHTY – 24-CV-04203-MMC**

**Exhibit A**

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-02102 | CEH v. Quemetco, Inc., et al. | 19STCV02668 | Arsenic (inorganic arsenic compounds), Arsenic (inorganic oxides), Lead | $0 | 5/26/23 | Warning and Additional Transparency | Battery recycling |
| 2022-01767 | Environmental Research Center, Inc. v. The Bu LLC | 23CV027154 | Lead and lead compounds, Mercury and mercury compounds | $500 | 10/3/23 | 3.1 Beginning on the Effective Date, The Bu shall not manufacture for sale in the State of California, ‚ÄúDistribute into the State of California,Äù or directly sell in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level,Äù of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under Section 3.2. | Dietary supplements |
| 2020-03551 | Ferreiro v. Starskin USA, Inc., et al. | cgc-22-597530 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 3/17/23 | Reformulation and/or warnings | Starskin ID tag |
| 2020-02471 | Ferreiro v. The Home Depot, Inc. | HG21099964 | Di(2-ethylhexyl)phthalate (DEHP), Diisononyl phthalate (DINP) | $1,000 | 6/3/23 | Reformulation and/or warnings | Wicker fishing creel |
| 2019-00190 | Ferreiro v. Infinite Trading Goods, Inc., Walmart, Inc. | HG19043144 | Diisononyl phthalate (DINP) | $1,000 | 6/15/23 | Warnings | Stalion Armband Case for Galaxy S7 Edge - Clear Plastic Window, X000YQM7ZR |
| 2020-01208 | Ferreiro v. Sierra Trading Post, Inc. | RG21099290 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 7/5/23 | Reformulation and/or warnings | TrekGear duffel bag |
| 2021-00230 | Ferreiro v. CWI, Inc., Revo Brand Group Holdings, Inc. | CGC-22-597913 | Bisphenol A (BPA) | $1,000 | 8/14/23 | Warnings | REAL AVID tool kit/cases |
| 2019-00190 | Ferreiro v. Infinite Trading Goods, Inc., Walmart, Inc. | HG19043144 | Diisononyl phthalate (DINP) | $1,000 | 8/22/23 | warnings | Stalion Armband Case for Galaxy S7 Edge - Clear Plastic Window, X000YQM7ZR |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00510 | APS&EE, LLC v. TMD Holdings, LLC, et al. | 21STCV18431 | Lead | $1,000 | 2/27/23 | Reformulation or clear and reasonable warnings if the reformulation standard is not met. | TMD Retail 23oz latte mug |
| 2021-02491 | McCoy v. Sportsman's Warehouse, Inc. | cgc-22-600785 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 12/13/23 | Warnings | Caribou Gear bags w/ tote |
| 2021-02580 | McCoy v. Sportsman's Warehouse, Inc. | cgc-22-600785 | Bisphenol A (BPA) | $1,000 | 12/13/23 | Warnings | Predator Quest polycarbonate coyote call |
| 2021-02579 | McCoy v. Sportsman's Warehouse, Inc. | cgc-22-600785 | Bisphenol A (BPA) | $1,000 | 12/13/23 | Warnings | Field Proven Calls polycarbonate duck call |
| 2021-02588 | McCoy v. Sportsman's Warehouse, Inc. | cgc-22-600785 | Bisphenol A (BPA) | $1,000 | 12/13/23 | Warnings | Bill Saunders polycarbonate hunting call |
| 2021-02147 | ECOLOGICAL RIGHTS FOUNDATION v. WALMART INC. | CGC-21-596389 | styrene | $1,000 | 8/3/23 | Covered Products not sold on Walmart.com to California consumers with shipping addresses in California or sold in Walmart retail stores in California | 3D Pens |
| 2019-00676 | Bell v. Adesso, Inc. | HG20070351 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 6/9/23 | Reformulation and/or warnings | Adesso Xtream H5 Multimedia Headset with Microphone - Ear Cushion, UPC#783750009232 |
| 2021-03125 | Bell v. 2428392 Inc. | cgc-22-603032 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 12/19/23 | Reformulation and/or warnings | Honeymara plush toy |
| 2022-00995 | Bell v. Robell Research, Inc., Eminent, Inc. | cgc-23-605770 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 12/26/23 | Reformulation and/or warnings | Supersmile 4 pc. Flavor Sampler Kit |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-02455 | Environmental Research Center, Inc. v. Love Beets USA, et al | 23CV030683 | Lead and lead compounds | $1,000 | 8/8/23 | 3.INJUNCTIVE RELIEF, REFORMULATION, TESTING AND WARNINGS 3.1 Beginning on the Effective Date, Love Beets shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under Section 3.2. 3.1.1 As used in this Consent Judgment, the term ‚ÄúDistributing into the State of California,‚Äù shall mean to directly ship a Covered Product into California for sale in California or to sell a Covered Product to a distributor that Love Beets knows or has reason to know will sell the Covered Product in California. 3.1.2 For purposes of this Consent Judgment, the ‚ÄúDaily Lead | Dietary supplements |
| 2022-01298 | Espinoza v. Trade Lines, Inc. | CGC-22-601772 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 2/6/23 | Warning or reformulation | Magazine Holder |
| 2021-03062 | Balabbo v. Sheralven Enterprises, Ltd., et al. | cgc-22-599232 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 6/5/23 | Reformulation and/or warnings | Bum Eqipment case |
| 2021-00639 | Balabbo v. Kohl's, Inc., Kohl's Corporation | cgc-22-598548 | Diisononyl phthalate (DINP) | $1,000 | 9/20/23 | Reformulation and/or warnings | Kohl‚Äôs vinyl tablecloth |
| 2022-02217 | Balabbo v. 2428392 Inc. | cgc-23-608908 | Lead | $1,000 | 12/4/23 | Reformulation and/or warnings | Riot Society Panda Rose Drip Mug, Riot Society Sake Set |
| 2022-00245 | Balabbo v. Tabata U.S.A., Inc., et al. | cgc-23-604298 | Di(2-ethylhexyl)phthalate (DEHP) | $1,000 | 12/29/23 | Reformulation and/or warnings | Tusa dry bag |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-00718 | Environmental Research Center, Inc. vs. Hotze Health | RG18914802 | Lead and lead compounds | $1,000 | 5/8/23 | Beginning on the Effective Date, PPILP shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California any Covered Product that exposes a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day unless it meets the warning requirements under Section 3.2.  The injunctive relief requirements imposed in Section 3 of this Consent Judgment shall be in effect only during time periods in which PPILP | Dietary supplements |
| 2022-02004 | APS&EE, LLC v. Whitecap Industries, Inc., et al. | 22STCV37286 | Lead | $1,500 | 6/20/23 | Reformulation or clear and reasonable warnings if the reformulation standard is not met. | brass cleats |
| 2022-01963 | APS&EE, LLC v. Fastener USA Systems, Inc. | 22STCV37581 | Lead | $1,500 | 9/1/23 | Reformulation or clear and reasonable warnings if the reformulation standard is not met. | FastenerUSA nails |
| 2021-00237 | KASB v. Bamboo Imports MN, Inc. | CGC-21-595906 | Di(2-ethylhexyl)phthalate (DEHP) | $1,500 | 4/10/23 | Reformulation and warnings | PU Leather Accessories |
| 2022-00965 | DIPirro v. Viking Range, LLC | 22cv021224 | Diisononyl phthalate (DINP) | $1,500 | 8/9/23 | Defendant to provide requisite health hazard warnings on Products sold into California, including internet sales.  No warnings had previously been given. | Grill covers |
| 2021-00654 | Ferreiro v. Tenacious Holdings, Inc., et al. | cgc-22-597651 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 3/17/23 | Reformulation and/or warnings | Ergodyne Glowear vest |
| 2021-01986 | Ferreiro v. Q.E.P. Co., Inc., et al. | cgc-22-600431 | Bisphenol A (BPA) | $2,000 | 5/17/23 | Warnings | QEP saw |
| 2021-00939 | Ferreiro v. Unifirst-First Aid Corporation, et al. | cgc-22-598906 | Diisononyl phthalate (DINP) | $2,000 | 11/30/23 | Reformulation and/or warnings | Medi-First first aid kit |
| 2021-00114 | Ferreiro v. Scheels All Sports, Inc. | cgc-22-597563 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 12/21/23 | Warnings | Angler's Choice pliers grip |
| 2021-00113 | Ferreiro v. Scheels All Sports, Inc. | cgc-22-597563 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 12/21/23 | Warnings | Itasca chest waders |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00100 | Ferreiro v. Scheels All Sports, Inc. | cgc-22-597563 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 12/21/23 | Warnings | Rover 1 Passenger Child Bike Trailer |
| 2021-00227 | Ferreiro v. Scheels All Sports, Inc. | cgc-22-597563 | Diisononyl phthalate (DINP) | $2,000 | 12/21/23 | Warnings | BiKASE phone cases/holders |
| 2022-02856 | APS&EE, LLC v. UP Global Sourcing UK Ltd. | 23STCV03751 | Lead | $2,000 | 5/1/23 | Reformulation or clear and reasonable warnings if the reformulation standard is not met. | Portobello By Design mugs with exterior decorations |
| 2023-00740 | APS&EE, LLC v. 99 Cents Only Stores, LLC | 23STCV11467 | Lead | $2,000 | 9/26/23 | Reformulation or clear and reasonable warnings | Sewing Tape Measure Sets |
| 2021-02548 | McCoy v. First Texas Products, LLC | cgc-22-600182 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 5/17/23 | Reformulation and/or warnings | Bounty Hunter headphones |
| 2021-02714 | McCoy v. Aloe Care International, LLC, et al. | cgc-22-601262 | Diethanolamine | $2,000 | 12/6/23 | Commitment Not to Sell | Aloe Up sunscreen |
| 2022-00025 | Bell v. Select Sport America, Inc. | cgc-22-599673 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 3/17/23 | Reformulation and/or warnings | Select ball bag |
| 2021-00892 | Bell v. TonyMoly USA, LLC, et al. | CGC-22-599233 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 6/1/23 | Reformulation and/or warnings | TonyMoly Minions set for children/toddlers |
| 2022-02829 | Bell v. Votum Enterprises LLC | 23CV029208 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 6/22/23 | Reformulation and/or warnings | Votum Unicorn Power Toiletry Bag |
| 2021-01067 | Espinoza v. Wright & Mcgill Co. | CGC-22-597630 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 1/27/23 | Warning or reformulation | Eagle Claw bag/satchel |
| 2021-01632 | Espinoza v. Wilson Sporting Goods Co., et al. | cgc-22-599772 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 3/20/23 | Reformulation and/or warnings | Wilson badminton kit |
| 2021-00242 | Espinoza v. Monkeysports, Inc. | CGC-21-595959 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 8/9/23 | Reformulation and/or warnings | GRAF backpack |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00340 | Espinoza v. Monkeysports, Inc. | CGC-21-595959 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 8/9/23 | Reformulation and/or warnings | Sher-wood bag |
| 2021-00339 | Espinoza v. Monkeysports, Inc. | CGC-21-595959 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 8/9/23 | Reformulation and/or warnings | Alkali bag |
| 2021-00338 | Espinoza v. Monkeysports, Inc. | CGC-21-595959 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 8/9/23 | Reformulation and/or warnings | GRIT bag |
| 2021-00524 | Espinoza v. Monkeysports, Inc. | CGC-21-595959 | Diisononyl phthalate (DINP) | $2,000 | 8/9/23 | Reformulation and/or warnings | True bag |
| 2023-00294 | Keep America Safe And Beautiful, Inc. v Memebox Corporation | 23TRCV01165 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 3/7/24 | Reformulations and Warnings | MINI MAKEUP BRUSH SET, UPC#8806190710505 |
| 2022-01277 | DiPirro v Aviation Supplies & Academics, Inc. | 22cv018423 | Diisononyl phthalate (DINP) | $2,000 | 8/9/23 | Defendant to provide requisite health hazard warnings for Products sold into California, including internet sales. No warnings had previously been given. | Binders |
| 2022-00057 | Balabbo v. Samsonico USA, LLC | CGC-22-602151 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 5/9/23 | Reformulation and/or warning | Auto Cleaning Kit, Emergency Kit |
| 2021-02789 | Balabbo v. The Arister Group, Inc. dba DesignStyles | cgc-22-602750 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 5/11/23 | Reformulation and/or warnings | Becki Owens log holder |
| 2021-00928 | Balabbo v. The Northwest Group LLC | cgc-22-599360 | Di-isodecyl phthalate (DIDP) | $2,000 | 6/7/23 | Reformulation and/or warnings | The Northwest Lakers fanny pack |
| 2021-01583 | Balabbo v. Bestway (USA), Inc. | CGC-22-602446 | Di(2-ethylhexyl)phthalate (DEHP) | $2,000 | 6/16/23 | Reformulation and/or warnings | PlayDay children's ball set |
| 2022-00564 | Balabbo v. Skip Hop, Inc. | cgc-22-603658 | Di-isodecyl phthalate (DIDP) | $2,000 | 6/22/23 | Reformulation and/or warnings | Kid‚Äôs backpack |
| 2023-00334 | Balabbo v. Harvest Green Inc. | 23CV031505 | Lead | $2,000 | 8/7/23 | Reformulation and/or warnings | Harvest Green Studio Mug |
| 2023-00333 | Balabbo v. Harvest Green Inc. | 23CV031505 | Lead | $2,000 | 8/7/23 | Reformulation and/or warnings | Harvest Green Studio Spoon Rest |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-01692 | Public Health and Safety Advocates, LLC v. Hite USA, Inc. | 21STCV25765 | Cadmium, Lead | $2,000 | 10/26/23 | Commencing after the Effective Date, HITE shall not manufacture for consumer sale into the State of California any Covered Product that subsequently exposes a person to a Daily Serving of more than 0.5 micrograms of lead or 4.1 micrograms of cadmium without providing a warning as set forth in Sections 2.3 -2.6. A reformulated Covered Product (,ÄúReformulated Product,Äù) is one for which the Daily Serving contains no more than 0.5 micrograms of lead or 4.1 micrograms of cadmium. | Arkshell |
| 2020-01693 | Public Health and Safety Advocates, LLC v. Hite USA, Inc. | 21STCV25765 | Lead | $2,000 | 10/26/23 | Commencing after the Effective Date, HITE shall not manufacture for consumer sale into the State of California any Covered Product that subsequently exposes a person to a Daily Serving of more than 0.5 micrograms of lead or 4.1 micrograms of cadmium without providing a warning as set forth in Sections 2.3 -2.6. A reformulated Covered Product (,ÄúReformulated Product,Äù) is one for which the Daily Serving contains no more than 0.5 micrograms of lead or 4.1 micrograms of cadmium. | Marsh Clam |
| 2021-00686 | Davia v. Esslinger & Co., Inc. | CIV 2102990 | Lead and lead compounds | $2,000 | 5/1/23 | customer notification, reformulation request, warning | Brass Craft Gauges |
| 2017-00008 | Consumer Advocacy Group, Inc. vs. Valu Mart Company | BC679776 | Di-n-butyl phthalate (DBP) | $2,300 | 10/4/23 | Reformulation of DBP in Children's Footwear to 0.1% (1000 ppm). Reformulation of Lead in Ground Sage to 375 ppb. Reformulation of Lead in Ground Ginger, Whole Ginger and Ground Anise to 1000 ppb. | Children's Footwear with Polymer Straps |
| 2021-00882 | Davia v. Galaxy Enterprises, Inc. | CIV 2104126 | Diisononyl phthalate (DINP) | $2,400 | 6/1/23 | customer notification, reformulation request, warning | Galaxy Doctor Stools |
| 2021-00684 | Davia v. Grobet file Company of America LLC | CIV 2102515 | Lead and lead compounds | $2,400 | 9/7/23 | reformulation, customer notification, interim warning | Grobet Brass Craft Caliper/Gauge with Vinyl Case |
| 2020-00483 | Ferreiro v. PBI Group, LLC, et al. | RG21088866 | Di(2-ethylhexyl)phthalate (DEHP) | $2,500 | 6/15/23 | Reformulation and/or warnings | Hempz His kit |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-01914 | Calsafe Research Center Inc. v S&E Gourmet Cuts, Inc. | 23TRCV00100 | Lead and lead compounds | $2,500 | 7/7/23 | Reformulation or warnings | Country Archer Provisions, Plant-Based Jerky Teriyaki, UPC#850011381922, Country Archer Provisions, Plant-Based Jerky Spiced Bacon, UPC#850011381915 |
| 2021-02515 | KASB v. ZURN INDUSTRIES, LLC DBA ZURN et al. | CGC-22-601811 | Di(2-ethylhexyl)phthalate (DEHP) | $2,500 | 3/7/23 | Reformulation or warnings | Ball Valves with vinyl components |
| 2021-01666 | KASB v. TigerChef, et al. | CGC-22-600606 | Bisphenol A (BPA) | $2,500 | 12/11/23 | Reformulation and warnings | Food Storage Containers |
| 2021-00687 | Davia v. Novelties & Beyond, Inc. | CIV 2103856 | Di(2-ethylhexyl)phthalate (DEHP) | $2,500 | 5/3/23 | warning | Sage & Emily Bath & Body Organizers |
| 2021-02177 | CEH v. Easy Spirit LLC, et al. | CGC-22-598022 | Bisphenol A (BPA) | $2,700 | 4/3/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |
| 2022-01783 | Calsafe Research Center, Inc. v Indo-European Foods, Inc. | 30-2022-01289191-CU-TT-CXC | Lead and lead compounds | $2,850 | 9/8/23 | Reformulations or Warnings | Zergut, Lutenica Pepper & Tomato Spread, UPC#043717282208 |
| 2022-00972 | Audrey Kallander v. Kaytee Products Incorporated et al. | 23CV409997 | Lead | $3,000 | 8/1/23 | Reformulation of the Product or use of required health hazard warnings. | Chew Proof Water Bottles With Exterior Decorations |
| 2022-00154 | McCoy v. Vida Shoes International, Inc. | cgc-23-604148 | Bisphenol A (BPA) | $3,000 | 9/22/23 | Reformulation and/or warnings | XOXO heels |
| 2020-02090 | Bell v. No Rinse Laboratories, LLC, et al. | cgc-21-594409 | Diethanolamine | $3,000 | 5/22/23 | Reformulations and/or warnings | CleanLife No Rinse shampoo |
| 2022-00885 | Bell v. Blueoco, LLC | 23cv029966 | Di(2-ethylhexyl)phthalate (DEHP) | $3,000 | 9/27/23 | Reformulation and/or warnings | Ice pack |
| 2021-01790 | Bell v. Shalom International Corp., et al. | cgc-22-600485 | Diethanolamine | $3,000 | 11/29/23 | Reformulation and/or warnings | Jack Nicklaus hand cream |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-02896 | Bell v. Arches & Halos, LLC, et al. | 21CV002133 | Diethanolamine | $3,000 | 12/12/23 | Reformulation and/or warnings | Arches & Halos brow mousse |
| 2022-01520 | Environmental Research Center, Inc. v. Vejo, Inc. | 23CV025549 | Lead and lead compounds | $3,000 | 6/21/23 | internet warnings as described in Section 3.2) or thirty (30) days after the Effective Date (the ‚ÄúCompliance Date‚Äù) (for all other warning methods described in Section 3.2), as applicable, Vejo shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day and/or a ‚ÄúDaily Cadmium Exposure Level,‚Äù of more than 4.1 micrograms of cadmium per day unless it meets the warning requirements under Section 3.2. | Dietary supplements |
| 2022-00946 | EnviroProtect, LLC v. GMA Accessories, Inc., et al. | 22STCV35454 | Di(2-ethylhexyl)phthalate (DEHP) | $3,000 | 8/25/23 | and continuing thereafter, Covered Products that are imported, manufactured and/or sold or offered for sale or purchase for sale in or into California, shall be deemed to comply with Proposition 65, and be exempt from any Proposition 65 warning requirements with respect to DEHP if they meet the standard of ‚ÄúReformulated Products.‚Äù ‚ÄúReformulated Products,‚Äù shall mean Covered Products with accessible components containing less than or equal to 1,000 parts per million (0.1%) DEHP in each accessible component when analyzed pursuant to Environmental Protection Agency testing methodologies 3580A and 8270C, CPSC-CH-C1001-09.3 or equivalent methodologies utilized by federal or state agencies for the purpose of determining DEHP content in a solid | Charlotte Hair Elastics (Component Tested was the Clear Plastic of the Storage bag, The Pink Edge, and Green Leaf) |
| 2021-01999 | Espinoza v. Water Gremlin Company, et al. | CGC-22-600480 | Bisphenol A (BPA) | $3,000 | 2/10/23 | Warning | Gremlin Green fishing weights |
| 2021-01702 | Espinoza v. Greenbrier International, Inc. | 22cv014107 | Di(2-ethylhexyl)phthalate (DEHP) | $3,000 | 6/30/23 | Reformulation and/or warnings | Black plastic grip of Tool Bench plier |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-00149 | KASB v. Buffalo Corporation | CGC-23-604219 | Di(2-ethylhexyl)phthalate (DEHP) | $3,000 | 12/12/23 | Reformulation & Interim Warnings | Work Chair with Vinyl/PVC Upholstery |
| 2023-00056 | DiPirro v United Pacific industries, Inc. | 22cv019163 | Diisononyl phthalate (DINP) | $3,000 | 8/9/23 | Defendant to provide requisite health hazard warnings for Products sold into California, including internet sales. No warnings had previously been given. | Shift Boots |
| 2021-02279 | Balabbo v. Pacific Cycle, Inc. | CGC-22-603011 | Bisphenol A (BPA) | $3,000 | 8/2/23 | Reformulation and/or warnings | Schwinn Quick Wrap Water Bottle Cage |
| 2021-02264 | Balabbo v. A.D. Sutton & Sons, Inc., et al. | CGC-22-597740 | Di(2-ethylhexyl)phthalate (DEHP) | $3,000 | 8/9/23 | Reformulation and/or warnings | Madison & Dakota tote |
| 2020-01515 | Public Health and Safety Advocates, LLC v. Haitai USA, Inc. | 21STCV23084 | Lead | $3,000 | 10/26/23 | Commencing within 60 days of the Effective Date, HAITAI shall not manufacture for consumer sale into the State of California any Covered Product that subsequently exposes a person to a Daily Serving of more than 0.5 micrograms of lead without providing a warning as set forth in Sections 2.3 -2.6. A reformulated Covered Product (,ÄúReformulated Product,Äù) is one for which the Daily Serving contains no more than 0.5 | Seasoned Shredded Cuttle Fish (UPC: 020914812469), Seasoned Shredded Cuttle Fish (UPC: 020914812476) |
| 2021-00478 | Davia v. New Solutions, et al. | CIV 2101861 | D&C Orange No. 17, Di(2-ethylhexyl)phthalate (DEHP), Di-isodecyl phthalate (DIDP) | $3,000 | 6/1/23 | customer notification, reformulation request, warning | padded vinyl armrests and leg rests |
| 2021-02287 | Davia v. MADA Medical Products, Inc. | CIV 2200189 | Di(2-ethylhexyl)phthalate (DEHP) | $3,200 | 7/12/23 | customer notification, reformulation, interim warning | Oxygen Cylinder Bags with Vinyl Windows and Oxygen Cylinder Dust Caps |
| 2021-02290 | Davia v. Shin's Trading Co., Inc. | CIV-2202537 | Di(2-ethylhexyl)phthalate (DEHP) | $3,200 | 9/7/23 | customer notification, reformulation request, warnings | Spa Solutions Shower Accessories with Vinyl Case Products |
| 2021-02292 | Davia v. Compass Brands Corp. | CIV2104125 | Di(2-ethylhexyl)phthalate (DEHP) | $3,200 | 11/29/23 | customer letter, warnings, reformulation request | Oxygen Cylinder Carry Bags with Vinyl Windows |
| 2021-02431 | CEH v. Easy Spirit LLC, et al. | CGC-22-598022 | Bisphenol A (BPA) | $3,200 | 4/3/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-01209 | Center For Environmental Health v. Gymshark et al. | RG21107796 | N-Nitrosodiethylamine | $3,200 | 6/26/23 | Reformulation, Warnings, Civil Penalty | Workout Bands |
| 2022-01951 | CAPA v. Minerva Beauty, Inc. | CGC-23-605599 | Di(2-ethylhexyl)phthalate (DEHP) | $3,300 | 7/25/23 | Reformulation and interim warnings | Seats with Vinyl Upholstery |
| 2022-01721 | Calsafe Research Center Inc. v Louisville Vegan Jerky Co. | 23TRCV00311 | Lead and lead compounds | $3,500 | 8/2/23 | Reformulation or Warnings | Louisville Vegan Jerky Co., Maple Bacon, UPC#867905000043 |
| 2021-00561 | KASB v. Synergee Worldwide Inc. dba Synergee USA | CGC21596798 | Di(2-ethylhexyl)phthalate (DEHP) | $3,500 | 1/3/23 | Reformulation, warnings, and notification | Tricep Ropes with Rubber Stoppers |
| 2021-03090 | Keep America Safe and Beautiful v. Vive Health LLC | CGC-22-599164 | Di(2-ethylhexyl)phthalate (DEHP) | $3,500 | 11/28/23 | Reformulation or Warnings | Blood Pressure Monitors |
| 2021-02255 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $3,900 | 4/17/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |
| 2021-03039 | Berj Parseghian v. Hu Products, LLC | 22STCV32049 | Lead | $4,000 | 6/13/23 | Beginning on the Compliance Date, HU PRODUCTS shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that expose a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day, unless it meets the warning requirements under | Grain Free Cookies |
| 2021-03019 | McCoy v. Mercer Tool Corp. | cgc-22-602790 | Di(2-ethylhexyl)phthalate (DEHP) | $4,000 | 6/19/23 | Reformulation and/or warnings | Mercer bag |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-01595 | Environmental Research Center v. Non Acidic Beverages, LLC | 23CV028537 | Mercury and mercury compounds | $4,000 | 7/29/23 | 3.1 Beginning on the Effective Date, NOOMA shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day and/or a ‚ÄúDaily Mercury | Dietary supplements |
| 2022-03149 | Environmental Research Center, Inc. v. Bio-Reigns, Inc | 23CV029942 | Lead and lead compounds, Mercury and mercury compounds | $4,000 | 11/8/23 | 3.1 Beginning on the Effective Date, Bio-Reigns shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level,‚Äù of more than 0.3 micrograms of mercury per day unless it meets the warning | Dietary supplements |
| 2023-00111 | Environmental Research Center, Inc. v. Bio-Reigns, Inc | 23CV029942 | Lead and lead compounds, Mercury and mercury compounds | $4,000 | 11/8/23 | 3.1 Beginning on the Effective Date, Bio-Reigns shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level,‚Äù of more than 0.3 micrograms of mercury per day unless it meets the warning | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-03036 | Environmental Research Center, Inc. v. Excelsior Nutrition | 22CV007440 | Lead and lead compounds | $4,000 | 11/30/23 | Excelsior Nutrition and Fresh Nutrition shall be permanently enjoined from manufacturing for sale in the State of California, „ÁúDistributing into the State of California,„Áù or directly selling in the State of California, any Covered Product that exposes a person to a „ÁúDaily Lead Exposure Level,„Áù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under Section 3.2. Excelsior Nutrition and Fresh Nutrition shall only ship, distribute, sell or offer for sale in California, Covered Products that are labeled with a clear and reasonable warning pursuant to Section 3.2. Excelsior Nutrition and Fresh Nutrition shall have no obligation to label Covered Products that were shipped or sold to third parties and are no longer in the possession of or under the control of Excelsior Nutrition or Fresh Nutrition | Dietary supplements |
| 2021-01488 | Espinoza v. HEAD USA, Inc. | cgc-22-602662 | Chromium (hexavalent compounds) | $4,000 | 6/5/23 | Warnings | Head Renegade Racquet Leather Glove |
| 2022-02689 | KASB v. Quilt In A Day, Inc., et al. | CGC-23-604422 | Di(2-ethylhexyl)phthalate (DEHP), Diisononyl phthalate (DINP) | $4,000 | 8/21/23 | Reformulation or warnings | Vinyl/PVC Bags, Adhesive Craft Tape |
| 2022-02510 | DiPirro v The Boeing Company | 23cv027488 | Di(2-ethylhexyl)phthalate (DEHP) | $4,000 | 8/9/23 | hazard warnings on all sales of the Product into California, including internet sales. Previously no warnings were being given. | Aviation chart wallets |
| 2021-02910 | Balabbo v. Inspired Beauty Brands, Inc., et al. | cgc-22-602057 | Coconut oil diethanolamine condensate (cocamide diethanolamine) | $4,000 | 6/28/23 | Commitment Not to Sell | Hask shampoo |
| 2020-01526 | Public Health and Safety Advocates, LLC v. H&T Seafood, Inc. | 21STCV21484 | Cadmium, Lead | $4,000 | 5/4/23 | Commencing after the Effective Date, H&T shall not manufacture for consumer sale into the State of California any Covered Product that subsequently exposes a person to a Daily Serving of more than 0.5 micrograms of lead or 4.1 micrograms of cadmium without providing a warning as set forth in Sections 2.3 -2.6. A reformulated Covered Product. | Frozen Tiny Shrimp |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00872 | Center For Environmental Health v. Gymshark et al. | RG21107796 | N-Nitrosodiethylamine | $4,700 | 6/26/23 | Reformulation | Workout Bands |
| 2020-03231 | Anthony Ferreiro v. 99 Cents Only Stores, LLC | CGC-21-591957 | Di(2-ethylhexyl)phthalate (DEHP) | $5,000 | 2/20/23 | reformulation and/or warnings | Studio Art pencil pouch |
| 2021-03065 | Berj Parseghian v. Wilde Brands, Inc. | 22STCV12542 | Lead | $5,000 | 2/23/23 | Beginning on the Effective Date, WILDE BRANDS shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that expose a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day unless it meets the warning requirements under Section 3.2. | Protein Chips |
| 2022-02084 | Berj Parseghian v. JFC International, Inc. | 23STCV10942 | Lead | $5,000 | 11/14/23 | By the Effective Date, JFC agrees to discontinue, ‚Äô Distributing into the State of California,‚Äù or manufacturing the Covered Product. The injunctive relief in Section 3 does not apply to any Covered Product that was manufactured, distributed, or sold prior to the Effective Date and all claims as to such Covered Product is released in this Consent | Dynasty Rice Paper |
| 2021-01486 | Bell v. Central Purchasing, LLC, et al. | 22cv014862 | Di(2-ethylhexyl)phthalate (DEHP) | $5,000 | 6/6/23 | Reformulation and/or warnings | Pittsburgh 3 1/2" Hand Seamer |
| 2022-00363 | Environmental Research Center, Inc. v. 88 Acres Foods, Inc. | 22CV010885 | Cadmium | $5,000 | 11/30/23 | 3.1 Beginning on the Effective Date, 88 Acres shall be permanently enjoined from manufacturing for sale in the State of California, ‚Äô Distributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚Äô Daily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplement |
| 2022-00469 | Environmental Research Center, Inc. v. 88 Acres Foods, Inc. | 22CV010885 | Cadmium, Lead and lead compounds | $5,000 | 11/30/23 | 3.1 Beginning on the Effective Date, 88 Acres shall be permanently enjoined from manufacturing for sale in the State of California, ‚Äô Distributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚Äô Daily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplement |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-01486 | Bell v. Central Purchasing, LLC, et al. | 22cv014862 | Di(2-ethylhexyl)phthalate (DEHP) | $5,000 | 6/3/23 | Reformulation and/or warnings | Pittsburgh 3 1/2" Hand Seamer |
| 2020-02058 | Tamar Kaloustian v. Beanfields, Inc., et al. | 21STCV40024 | Lead | $5,000 | 12/20/23 | Beginning on the Effective Date, WFM shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that expose a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day, or a level permissible by Proposition 65 regulation in effect on or after the Effective Date, unless it meets the warning requirements | Grain Free Vegan Cracklins |
| 2022-00408 | CEH v. Easy Spirit LLC, et al. | CGC-22-598022 | Bisphenol A (BPA) | $5,280 | 4/3/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |
| 2022-00408 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $5,800 | 5/23/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |
| 2021-02431 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $5,800 | 12/15/23 | Reformulation | Socks Made Primarily of Polyester with Spandex |
| 2021-00651 | Ferreiro v. West Chest Holdings, LLC | CGC-22-602368 | Di-isodecyl phthalate (DIDP) | $6,000 | 6/23/23 | Reformulation and/or warnings | HDX earmuffs |
| 2021-02211 | KASB v. DOLLAMUR, L.P. DBA DOLLAMUR SPORT SURFACES | CGC-22-603328 | Di(2-ethylhexyl)phthalate (DEHP) | $6,000 | 6/23/23 | Reformulation or warnings | Tape |
| 2022-02821 | CEH v Dolls Kill, Inc | CGC-22-602383 | Bisphenol A (BPA) | $6,000 | 5/23/23 | Reformulation | Socks |
| 2022-02433 | CEH v Athleta LLC | CGC-23-604604 | Bisphenol A (BPA) | $6,300 | 9/21/23 | Warning and Reformulation | Athletic Shirts Made Primarily of Polyester with Spandex |
| 2020-00272 | Davia v. Wire & Cable Specialties, Inc. | civ 2003583 | Di(2-ethylhexyl)phthalate (DEHP) | $6,500 | 4/7/23 | customer notification, reformulation, interim warnings | Beadalon Pliers and Hand Tools with Vinyl Grips |
| 2020-02899 | Calsafe Research Center Inc. v Mary's Gone Crackers, Inc. | 30-2021-01187926-CU-TT-CXC | Acrylamide | $6,500 | 5/18/23 | Reformulation or Warnings | Mary's Gone Crackers, Inc., Herb Crackers |

Exhibit A

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00871 | Center For Environmental Health v. Gymshark et al. | RG21107796 | N-Nitrosodimethylamine | $6,800 | 6/26/23 | Reformulation, Warnings, Civil Pentality | Workout Bands |
| 2020-02779 | Ferreiro v. HORI (U.S.A.), Inc., Best Buy Co., Inc. | RG21101989 | Bisphenol A (BPA) | $7,000 | 4/25/23 | Warnings | HORI Nintendo Switch armor |
| 2021-02865 | Berj Parseghian v. Seven Sundays LLC | 22STCV12549 | Cadmium | $7,000 | 3/28/23 | Beginning on the Effective Date, Seven Sundays shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that expose a person to a ‚ÄúDaily Cadmium Exposure Level‚Äù of more than 4.1 micrograms of cadmium per day, unless it meets the warning requirements under Section 3.2. | Grain Free Cereal |
| 2022-02080 | Ecological Alliance vs. Lizard Skins, LLC | 23STCV12263 | Di-n-butyl phthalate (DBP) | $7,000 | 10/12/23 | reformulation to less than 0.1% DBP or Warning Labels | glove guardians |
| 2023-02426 | Ecological Alliance vs. Grisi Hnos, S.A. DE C.V. | 23stcv25944 | Di(2-ethylhexyl)phthalate (DEHP) | $7,000 | 1/30/24 | reformulation to less than 0.1% DEHP or Warning Labels | transparent gift/travel kit bags |
| 2022-02993 | Green Initiative vs. Profusion Cosmetics Corp. | 23STCV13335 | Di(2-ethylhexyl)phthalate (DEHP) | $7,000 | 11/30/23 | reformulation to less than 0.1% DEHP or Warning Labels | cases of brow kits |
| 2022-03076 | Green Initiative vs. Profusion Cosmetics Corp. | 23STCV13335 | Di(2-ethylhexyl)phthalate (DEHP) | $7,000 | 11/30/23 | reformulation to less than 0.1% DEHP or Warning Labels | cases of brush sets |
| 2022-00081 | APS&EE, LLC v. ABB Installation Products, Inc., et al. | 22STCV30703 | Lead | $7,500 | 3/7/23 | Reformulation or clear and reasonable warnings if the reformulation standards are not met. | including #36020, 510389, 0-51411-36020-7 as well as ¬Ω‚Äù to 1‚Äù T&B heavy duty ground clamp #510423, T&B brand of conduits, including elbow |
| 2020-01625 | Calsafe Research Center Inc. v Mexicorp, LLC | 30-2021-01179086-CU-TT-CXC | Acrylamide | $7,800 | 5/30/23 | Reformulation and labeling | Mexicorp, LLC Corn Tostadas |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-01972 | Environmental Research Center v. Ajinomoto Cambrooke, Inc. | 21CV000970 | Lead and lead compounds | $8,000 | 4/13/23 | 3.1 Beginning sixty (60) days after the Effective Date (the ‚ÄúCompliance Date‚Äù),ENU Nutrition shall be permanently enjoined from manufacturing for sale in the State of California, ‚Äú[d]istributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day or a ‚ÄúDaily Mercury Exposure Level‚Äù of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under | Dietary supplement |
| 2022-02318 | Environmental Research Center, Inc. vs. The Feed.com, Inc. | 23CV028038 | Cadmium, Lead and lead compounds, Mercury and mercury compounds | $8,000 | 8/1/23 | Beginning on the Effective Date, The Feed shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposes a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day and/or "Daily Mercury Exposure Level" of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under | Dietary supplements |
| 2022-02821 | CEH v Dolls Kill, Inc | CGC-22-602383 | Bisphenol A (BPA) | $8,000 | 9/22/23 | Reformulation | Socks |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2016-00483 | Consumer Advocacy Group, Inc v. Island Pacific Distribution | BC638152 | Lead and lead compounds | $8,530 | 7/12/23 | 3.1 Defendant PFT maintains that it does not sell the Covered Product and has not sold the Covered Product since 2016. CAG disputes this claim. As of the Effective Date, Defendant PFT will not sell in California, offer for sale in California, or ship for sale in California agar agar that contains lead in a level exceeding 75 parts per billion unless Proposition 65 compliant warnings are provided. Warnings shall be compliant with Title 27, California Code of Regulations, ¬ß 25600, et seq. Although Defendant PFT agrees to this provision, Defendant PFT does not agree that 75 parts per billion is the maximum amount of Lead that the Covered Product could contain without exceeding the safe harbor level for Agar Agar. 3.2 Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual | Agar  Agar, a seaweed derivative |
| 2013-00819 | Consumer Advocacy Group, Inc v. Amazon.com Services, LLC | 21STCV01324 | Lead | $8,580 | 6/20/23 | 3.1 The injunctive relief set forth herein will mirror the injunctive relief as set out in the Consent Judgment between CAG and the California Rice Commission in the JCCP Action and the Consent Judgment between CAG and Defendant Mercado Latino, Inc. in the 2013 Action. After the Effective Date, Defendants shall not, without the warning referenced below, sell in California, offer for sale in California, or ship for sale in California any Rice unless the level of Lead contained therein does not exceed 56 parts per billion (‚Äúppb‚Äù). 3.2 For any Covered Products that exceeds 56 ppb for the Listed Chemical, that are sold in California, offered for sale in California, or shipped for sale in California after the Effective Date, Defendants must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Nothing is intended herein to provide for a | Rice |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-01329 | CEH v Dolls Kill, Inc | CGC-22-602383 | Bisphenol A (BPA) | $8,900 | 9/28/23 | Reformulation, Warning | Socks Made Primarily of Polyester with Spandex |
| 2023-02160 | CEH v Dolls Kill, Inc | CGC-22-602383 | Bisphenol A (BPA) | $8,900 | 9/28/23 | Reformulation, Warning | Socks Made Primarily of Polyester with Spandex |
| 2021-01663 | KASB v. FKA Distributing Company LLC dba Homedics USA, LLC | CGC-22-599163 | Di(2-ethylhexyl)phthalate (DEHP) | $9,000 | 4/11/23 | Reformulation | Deep Kneading Back Massagers |
| 2020-01936 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight.¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Handbag with PVC Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-01375 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight.¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Brown leather/Vinyl storage Ottoman |
| 2018-01621 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight.¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Stereo Bluetooth Headphone |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-01189 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. ¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Handbags with Plastic Components |
| 2020-00245 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. ¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Handbag with Plastic Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01752 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight.¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Plastic Handbag |
| 2021-00120 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight.¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Exterior Plastic of Holographic Backpack |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-02122 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 21STCV23590 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/1/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. ¬†3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Any warnings provided pursuant | Plastic Suction Mount Phone Holder |
| 2019-01804 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV31340 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/28/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition | Handbag with PVC Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01655 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV31340 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/28/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition | Dual Compartment Clear and Pink Handbag with Polymer Components |
| 2019-02285 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV31340 | Di(2-ethylhexyl)phthalate (DEHP) | $9,720 | 11/28/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition | Clear Plastic Handbag |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-02212 | CAPA v. Bymm Corporation dba Kleancolor | 23CV419667 | Lead | $10,000 | 12/21/23 | Reformulation | Glass Bottles with Exterior Decoration |
| 2022-02265 | Ecological Alliance vs. Quinn Foods LLC | 23STCV06548 | Lead | $10,000 | 11/21/23 | reformulation to less than 0.5ug of Lead per serving, or Warning Labels | Quinn peanut butter filled pretzel nuggets |
| 2022-00001 | Tamar Kaloustian v. Hu Products, LLC | 22STCV32071 | Lead | $10,000 | 3/8/23 | Beginning on the Compliance Date, HU PRODUCTS shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that expose a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day, unless it meets the warning requirements under | Grain Free Cookies |
| 2022-03152 | Environmental Research Center, Inc. vs. Real Beauty Food | 23CV030375 | Lead and lead compounds | $10,000 | 8/17/23 | Beginning on the Effective Date, Real Beauty Food shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposures a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |
| 2023-00112 | Environmental Research Center, Inc. vs. Real Beauty Food | 23CV030375 | Lead and lead compounds | $10,000 | 8/18/23 | Beginning on the Effective Date, Real Beauty Food Shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposes a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |
| 2022-00139 | Environmental Research Center, Inc. vs. 4DH LLC | 22CV010207 | Lead and lead compounds, Mercury and mercury compounds | $10,000 | 4/3/23 | Beginning on the Effective Date, Axe & Sledge Supplements shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposes a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day and/or "Daily Mercury Exposure Level" of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01552 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Steering Wheel Cover with Plastic Components |
| 2018-01614 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Women's Wallet |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-00664 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Wallet |
| 2018-01555 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | 1,1,2,2-Tetrachloroethane | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Storage Chest with Polymer Veneer |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-01654 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di-n-butyl phthalate (DBP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Storage Boxes with Polymer Components |
| 2019-00671 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Silver Multi-Purpose Storage Boxes with Polymer Exteriors |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01548 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Diisononyl phthalate (DINP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Fanny Pack with Plastic Components |
| 2020-00532 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Jewelry Box |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-02258 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Jewelry Box |
| 2019-01925 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Handbag with Plastic Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01958 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Clear Plastic Handbag |
| 2019-02086 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Diisononyl phthalate (DINP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Plastic Crossbody Bags |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-02086 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Diisononyl phthalate (DINP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Plastic Crossbody Bags |
| 2019-02281 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Clear Plastic Handbags |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01766 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Handbag with Plastic Components |
| 2019-01765 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Clear Plastic Handbag with PVC Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-02246 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Handbags with Plastic Components |
| 2019-02160 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 19STCV25883 | Di(2-ethylhexyl)phthalate (DEHP) | $10,300 | 11/16/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Covered Products that were ordered prior to the Effective Date and contain DEHP above 0.1% by weight shall contain Proposition 65 warnings for cancer and reproductive toxicity. Covered Products that were ordered prior to the Effective Date and contain DINP above 0.1% by weight shall contain Proposition 65 warnings for cancer. Covered Products that were | Backpacks with Plastic Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-00709 | Consumer Advocacy Group, Inc. v. Burlington Coat Factory... | RG18916514 | Di(2-ethylhexyl)phthalate (DEHP), Di-n-butyl phthalate (DBP) | $10,360 | 10/23/23 | After the Effective Date, Settling Defendants shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. Any Covered Products that Settling Defendant sells, distributes, or ships for sale into California after the Effective date that were ordered prior to the Effective Date must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to | Black Sandals |
| 2018-02188 | Consumer Advocacy Group, Inc v. General Discount Corporation | 19STCV28570 | Di(2-ethylhexyl)phthalate (DEHP) | $11,440 | 4/4/23 | After the Effective Date, Settling Defendant shall not sell, ship for sale, or distribute for sale any Covered Products with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight without a Proposition 65- compliant warning consistent with 27 California Code of Regulations Section 25600 et | Bath Caddy with Plastic Suction Cup |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-02665 | Consumer Advocacy Group, Inc v. Eden Foods, Inc. | 21STCV23004 | Lead and lead compounds | $11,440 | 8/30/23 | After the Compliance Date, Defendant shall not manufacture to sell in California, offer for sale in California, or ship for sale in California any Seaweed or Sea Vegetables unless the level of Lead does not exceed 75 parts per billion („Äúppb„Äù) and the level of Cadmium does not exceed 85 ppb, and the level of Arsenic does not exceed 20 ppb unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 After the Compliance Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California any Pickled Ginger unless the level of Lead does not exceed 33 ppb unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.3 For any Covered Products that exceeds their respective levels of Lead, Cadmium and/or Arsenic that are placed into the | Sushi Nori |
| 2021-02177 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $11,500 | 12/15/23 | Warning | Socks Made Primarily of Polyester with Spandex |
| 2022-00481 | Ecological Alliance vs. John B. Sanfilippo & Sons, Inc. | 22STCV15518 | Cadmium | $12,000 | 9/26/23 | reformulation to less than 410ppb cadmium | Stater Bros. sunflower seeds |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-01615 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Plastic/Vinyl Tote Bags |
| 2019-01955 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Handbags with Plastic Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01959 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Diisononyl phthalate (DINP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | 4 piece Tote bag with Polymer Components |
| 2019-02158 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP), Diisononyl phthalate (DINP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Tote Bag with Polymer Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-02367 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Tote  Bag Sets with Plastic Components |
| 2020-00623 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Cosmetic Cases |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2020-01462 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Handbag with Polymer Components |
| 2020-02155 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Make-Up Bag |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-01088 | Consumer Advocacy Group, Inc. v. Ross Stores, Inc. | 20STCV34003 | Di(2-ethylhexyl)phthalate (DEHP) | $12,020 | 10/19/23 | 3.1 After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). For Covered Products with DINP the warnings shall be provided for cancer. For Covered Products with DEHP warnings shall be provided for cancer and reproductive toxicity. Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Purse |
| 2019-02409 | Consumer Advocacy Group, Inc v. Mitsuwa Corporation | 20STCV47785 | Cadmium and cadmium compounds, Lead and lead compounds | $12,850 | 6/2/23 | 3.1 After the Effective Date, Settling Defendants shall not manufacture, import, distribute, and/or sell in California any Dried Seaweed products without a Proposition 65 warning unless the level of Lead in such Dried Seaweed products does not exceed more than 75 parts per billion ("ppb") and the level of Cadmium in such products does not exceed more than 85 ppb. For any Dried Seaweed products that exceed 75 ppb of Lead and/or 85 ppb of Cadmium and which are sold in California after the Effective Date, Settling Defendants must provide a Proposition 65 compliant warning for the Dried Seaweed products, as set forth below in Section 3.3. Any warning provided pursuant to this section shall be provided by retail store signage, or on the labeling of or affixed to the packaging of the Dried Seaweed products, and shall be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an | Dried Seaweed |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-01769 | Environmental Research Center, Inc. v. QCK LLC et al. | 23CV026623 | Lead and lead compounds | $13,525 | 5/22/23 | 3.1 Beginning on the Effective Date, Hoist shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day and/or a ‚ÄúDaily Mercury Exposure Level,‚Äù of more than 0.3 | Dietary supplements |
| 2021-02177 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $14,000 | 4/17/23 | Clear and Reasonable Warnings | Socks Made Primarily of Polyester with Spandex |
| 2019-01727 | Consumer Advocacy Group, Inc v. The TJX Companies, Inc. | 22STCV20457 | Diisononyl phthalate (DINP) | $14,300 | 6/20/23 | 3.1 After the Effective Date, Urban Expressions shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2 Any Covered Products that Urban Expressions sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual under customary conditions before purchase or use. Should Defendant sell or distribute any Covered Product through | Handbag with Plastic Components |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2018-02323 | Consumer Advocacy Group, Inc v. Numero Uno Markets, et al. | 19STCV16843 | Arsenic (inorganic arsenic compounds), Lead and lead compounds | $14,900 | 5/30/23 | After the Effective Date, Defendant Miravalle Foods, Inc. shall not sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Lead does not exceed 550 parts per billion ("ppb"), and the level of Arsenic does not exceed 20 ppb unless Propisition 65 compliant warnings are set forth in the following paragraphs. For any Covered Products that exceeds their respective levels of Lead, or Arsenic that are placed into the stream of commerce in California after the Effective Date, Defendant Miravalle Foods, Inc. must provide a Proposition 65 compliant warning consistent with 27 California Code of Regulations („ÄúCCR‚Äù) Section 25600 etseq for the Covered Products. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary | Ground Cinnamon |
| 2022-02929 | Environmental Research Center v. Innovative Beverage Concept | 23CV036329 | Lead and lead compounds | $15,000 | 1/3/24 | 3.1Beginning on the Effective Date, Innovative Beverage Concepts shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |
| 2022-03023 | Environmental Research Center v. Innovative Beverage Concept | 23CV036329 | Lead and lead compounds | $15,000 | 1/3/24 | 3.1Beginning on the Effective Date, Innovative Beverage Concepts shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-03151 | Environmental Research Center v. Innovative Beverage Concept | 23CV036329 | Lead and lead compounds | $15,000 | 1/3/24 | 3.1Beginning on the Effective Date, Innovative Beverage Concepts shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |
| 2023-00113 | Environmental Research Center v. Innovative Beverage Concept | 23CV036329 | Lead and lead compounds | $15,000 | 1/3/24 | 3.1Beginning on the Effective Date, Innovative Beverage Concepts shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |
| 2023-00202 | Environmental Research Center v. Innovative Beverage Concept | 23CV036329 | Lead and lead compounds | $15,000 | 1/3/24 | 3.1Beginning on the Effective Date, Innovative Beverage Concepts shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level,‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-01056 | Environmental Research Center v. Cymbiotika | 22CV023029 | Lead and lead compounds | $15,000 | 4/19/23 | appearing on the label), which equals micrograms of lead exposure per day. If the label contains no recommended daily servings, then the number of recommended daily servings shall be one. 3.2 Clear and Reasonable Warnings If Cymbiotika is ever required to provide a warning pursuant to Section 3.1, the following warning must be utilized (‚ÄúWarning‚Äù): WARNING: Consuming this product can expose you to chemicals including lead which is known to the State of California to cause [cancer and] birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov/food. If Cymbiotika is ever required to provide a warning pursuant to Section 3.1, Cymbiotika shall also comply with the following additional conditions of this Section 3.2: (1) Cymbiotika shall use the phrase ‚Äúcancer and‚Äù in the Warning if Cymbiotika has reason to believe that the ‚ÄúDaily Lead Exposure Level‚Äù is greater than 15 micrograms of lead as determined | Dietary supplements |
| 2022-01056 | Environmental Research Center v. Cymbiotika | 22CV023029 | Lead and lead compounds | $15,000 | 4/19/23 | appearing on the label), which equals micrograms of lead exposure per day. If the label contains no recommended daily servings, then the number of recommended daily servings shall be one. 3.2 Clear and Reasonable Warnings If Cymbiotika is ever required to provide a warning pursuant to Section 3.1, the following warning must be utilized (‚ÄúWarning‚Äù): WARNING: Consuming this product can expose you to chemicals including lead which is known to the State of California to cause [cancer and] birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov/food. If Cymbiotika is ever required to provide a warning pursuant to Section 3.1, Cymbiotika shall also comply with the following additional conditions of this Section 3.2: (1) Cymbiotika shall use the phrase ‚Äúcancer and‚Äù in the Warning if Cymbiotika has reason to believe that the ‚ÄúDaily Lead Exposure Level‚Äù is greater than 15 micrograms of lead as determined | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01278 | Ferreiro v. Target Corporation | RG20068380 | Diethanolamine | $16,000 | 1/27/23 | Warning or reformulation | Eco Styling gel |
| 2022-02238 | Tamar Kaloustian v. Bob's Red Mill Natural Foods, Inc. | 22STCV38062 | Lead | $16,000 | 5/26/23 | Beginning one hundred and twenty (120) days after the Effective Date (the ‚ÄúCompliance Date‚Äù), BRM shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements under Section 3.2. The injunctive relief in Section 3 does not apply to any Covered Product that was packaged, distributed, shipped or sold by BRM prior to the Compliance Date. All claims as to such | Egg Replacer |
| 2021-02255 | CEH v Easy Spirit LLC | CGC-22-598022 | Bisphenol A (BPA) | $16,000 | 4/17/23 | Reformulation, Warning | Socks Made Primarily of Polyester with Spandex |
| 2020-01785 | Consumer Advocacy Group, Inc v. Mitsuwa Corporation | 20STCV47785 | Lead and lead compounds | $17,152 | 4/18/23 | After the Effective Date, Defendant shall not import, sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Lead does not exceed 20 parts per billion (‚Äúppb‚Äù), unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. For any Covered Products that exceeds their respective levels of Lead that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read | Seasoned Filefish Cutted |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2019-01868 | Consumer Advocacy Group, Inc v. Ross Dress for Less, Inc. | 20STCV03564 | Di(2-ethylhexyl)phthalate (DEHP) | $20,000 | 7/6/23 | 3.1) After the Effective Date, Ross shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. 3.2) Any Covered Products that Ross sells, distributes, or ships into California after the Effective Date that were ordered prior to the Effective Date, must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual under customary conditions before purchase or use. The Parties agree that the following warning shall constitute compliance with Proposition 65 with | Plastic Cosmetic Case |
| 2021-01498 | Public Health and Safety Advocates, LLC v. Best Brands | 21STCV41274 | Benzene | $20,000 | 3/16/23 | Best Brands no longer manufactures the Covered Product as they no longer have the license from Disney to do so. If, in the future, Best Brands regains the license to manufacture and manufactures the Covered Products, Best Brands will comply with Proposition 65 by providing the warning set forth in Section 2.3. To the extent the Attorney General's Office or OEHHA in the future adopts a standard for hand sanitizers with respect to the number of parts per million or parts per billion of benzene that they determine falls within the Safe Harbor provisions of Proposition 65, Best Brands shall be permitted to rely on such standard rather | Hand Sanitizer |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-02717 | Environmental Research Center, Inc. v. Genius Gourmet, Inc. | 23CV028374 | Lead and lead compounds, Mercury and mercury compounds | $20,000 | 6/30/23 | 3.1 Beginning on the Effective Date, Genius Gourmet shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury | Dietary supplements |
| 2022-00342 | Environmental Research Center v. Slate Craft Goods, LLC | 22CV013692 | Lead and lead compounds | $22,500 | 3/30/23 | 3.1 Beginning on the Effective Date, Slate Craft Goods shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day unless it meets the warning requirements | Dietary supplements |
| 2022-00857 | Environmental Research Center, Inc. v. Mamma Chia, LLC | 23CV025611 | Lead and lead compounds, Mercury and mercury compounds | $23,125 | 5/16/23 | 3.1 Beginning 30 days after the Effective Date (the ‚ÄúCompliance Date‚Äù), but not before May 1, 2023 Mamma Chia shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level,‚Äù of | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-02768 | Consumer Advocacy Group, Inc v. The TJX Companies, Inc., | 22STCV20457 | Arsenic (inorganic arsenic compounds), Arsenic (inorganic oxides) | $25,720 | 7/12/23 | For any Covered Products that exceeds 15 parts per billion (‚Äúppb‚Äù) of Arsenic that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual under customary conditions before purchase or use. The warning must be set off from other surrounding information, enclosed in a box. Where the packaging of the Covered Product includes consumer information as defined by California Code of Regulations title 27 | Cumin Powder |
| 2021-01199 | Consumer Advocacy Group, Inc. v. The TJX Companies, Inc. | 22STCV01596 | Arsenic (inorganic arsenic compounds), Arsenic (inorganic oxides) | $25,720 | 9/11/23 | After the Effective Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Arsenic does not exceed 20 parts per billion (‚Äúppb‚Äù) unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 For any Covered Products that exceeds 20 ppb of Arsenic that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood | Sage |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-02148 | Consumer Advocacy Group, Inc. v. The TJX Companies, Inc. | 22STCV01596 | Arsenic (inorganic arsenic compounds), Arsenic (inorganic oxides) | $25,720 | 9/12/23 | After the Effective Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Arsenic does not exceed 20 parts per billion („Äúppb‚Äù) unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 For any Covered Products that exceeds 20 ppb of Arsenic that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood | Organic Sage |
| 2020-01314 | Center For Environmental Health v. McCall Farms, Inc. | RG 20-061569 | Lead | $27,725 | 5/17/23 | Compliance re Lead Limits, Warnings | Canned Sweet Potatoes, Including Canned Yams |
| 2022-02246 | Environmental Research Center vs. Gorilla Mind LLC | 22CV024941 | Lead and lead compounds, Mercury and mercury compounds | $27,750 | 5/18/23 | Beginning on the Effective Date, Gorilla Mind shall be permanently enjoined from manufacturing for sale in the State of California, "Distributing into the State of California," or directly selling in the State of California, any Covered Product that exposes a person to a "Daily Lead Exposure Level" of more than 0.5 micrograms of lead per day and/or "Daily Mercury Exposure Level" of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-03095 | Environmental Research Center, Inc. v. FNX Sport L.L.C. | 22CV007993 | Lead and lead compounds | $28,000 | 5/3/23 | 3.1 Beginning on the Effective Date, FNX Sport shall be permanently enjoined from California Sales (as defined in Section 3.1.1. below) of any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Cadmium Exposure Level‚Äù of more than 4.1 micrograms of cadmium per day and/or ‚ÄúDaily Mercury Exposure Level‚Äù of more than 0.3 micrograms of mercury per day | Dietary supplements |
| 2020-02073 | Consumer Advocacy Group, Inc v. Groupon, Inc. | RG20080746 | Di-n-butyl phthalate (DBP) | $28,600 | 3/29/23 | After the Effective Date, Groupon shall not order any Covered Products for sale into California, with any component that contains the Listed Chemical(s) in excess of 0.1% (1,000 parts per million) by weight. For the purposes of this injunction, Groupon is not considered the seller of, and shall not be responsible under this agreement for, products offered exclusively by third parties on websites hosted by Groupon or its affiliates. Any Covered Products that were ordered prior to the Effective Date by Groupon, must be destroyed or caused to be destroyed by Groupon; or If Groupon sells, distributes, or ships for sale into California any Covered Products, it must contain a clear and reasonable warning, consistent with 27 CCR section 25600 et seq., unless it contains no more than 0.1% by weight (1,000 ppm) of the Listed Chemical(s). Any warnings provided pursuant to this Section 3.2 shall be affixed to the packaging of, or directly on, or attached to the Covered Products, and be prominently placed with such | Sandals |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-02599 | Consumer Advocacy Group, Inc v. Rom America, Inc. | 22CV009370 | Cadmium and cadmium compounds, Lead and lead compounds | $28,600 | 7/6/23 | After the Effective Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California: 3.1.1 any Dried Anchovy unless the level of Lead does not exceed 34 parts per billion („Äúppb„Äù) and the level of Cadmium does not exceed 85 ppb unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.1.2 any Dried Mushroom unless the level of Cadmium does not exceed 40 ppb unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 For any Covered Products that exceeds their respective levels of Listed Chemical that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other | Dried Anchovy |
| 2021-03093 | KASB v. Asia Trans & Co., et al. | CGC-22-600759 | Lead | $29,500 | 12/28/23 | Reformulation & Warnings | Dried Plums |
| 2022-00077 | Environmental Research Center v. Arms Race Nutrition, LLC | 22CV009275 | Lead and lead compounds | $30,000 | 2/24/23 | 3.1 Beginning on the Effective Date, Arms Race Nutrition and Dynamic Nutraceuticals shall be permanently enjoined from manufacturing for sale in the State of California,„ÄúDistributing into the State of California,„Äù or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level„Äù of more than 0.5 micrograms of lead per day | Dietary supplements |
| 2021-01443 | CTWG v. Pharmaca Integrative Pharmacy, Inc. | 21CV004037 | Lead | $31,000 | 4/10/23 | reformulation or warnings | Pharmaca Valerian, Pharmaca Ginger |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-02035 | Environmental Research Center, Inc. v. IMoney Tools LLC | 22CV023635 | Lead and lead compounds | $32,750 | 6/5/23 | Tranont shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,„Äù or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level,Äù of more than 0.5 micrograms of lead per day and/or „ÄúDaily Mercury Exposure Level,Äù of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under Section 3.2. However, if the California Office of Environmental Health Hazard Assessment establishes a „Äúsafe harbor,Äù Maximum Allowable Dose Level („ÄúMADL,Äù) for either | Dietary supplements |
| 2021-00472 | Mateel v. Fiskars Living US LLC | CGC-21-592209 | Lead | $35,000 | 8/25/23 | Reformulation and warnings | Leaded Glassware |
| 2020-00158 | Center For Environmental Health v. McCall Farms, Inc. | RG 20-061569 | Lead | $52,710 | 5/17/23 | Compliance re Lead Levels, Warnings | Canned Sweet Potatoes, Including Canned Yams |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2014-01143 | Consumer Advocacy Group, Inc v. Tawa Supermarket, Inc. | BC634011 | Lead | $57,160 | 6/23/23 | 3.1 After the Effective Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Lead does not exceed 75 parts per billion („Äúppb‚Äù), unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 For any Covered Products that exceed their respective levels of Lead that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual under customary conditions before purchase or use. The warning must be set off from other surrounding information, enclosed in a box. Where the | Seaweed |
| 2020-01549 | Consumer Advocacy Group, Inc v. Takaokaya, U.S.A., Inc. | 20STCV38763 | Cadmium and cadmium compounds, Lead and lead compounds | $59,440 | 6/16/23 | 3.1 After the Effective Date, Defendant shall not sell in California, offer for sale in California, or ship for sale in California any Covered Products unless the level of Lead does not exceed 75 parts per billion („Äúppb‚Äù) the level of Cadmium does not exceed 85 ppb, and the level of Arsenic does not exceed 15ppb, unless Proposition 65 compliant warnings are used as set forth in the following paragraphs. 3.2 For any Covered Products that exceeds their respective levels of Lead, Cadmium, and Arsenic that are placed into the stream of commerce in California after the Effective Date, Defendant must provide a Proposition 65 compliant warning for the Covered Products as set forth below. Any warning provided pursuant to this section shall be affixed to the packaging of, or directly on, the Covered Products, and be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual | Roasted Seaweed |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00103 | ERC v. Newport News Nutrition Corner, LLC et al. | RG21094334 | Lead and lead compounds | $60,000 | 2/3/23 | 3.1 Beginning on the Effective Date, The Nutrition Corners shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,„Äu or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level,„Äu of more than 0.5 micrograms of lead per day and/or „ÄúDaily Mercury Exposure Level,„Äu of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under Section 3.2. | Dietary supplements |
| 2022-01462 | Environmental Research Center v. Black Rifle Coffee Company | 23CV025570 | Cadmium, Lead and lead compounds, Mercury and mercury compounds | $60,000 | 6/15/23 | 3.1 Beginning on the Effective Date, Black Rifle Coffee Company shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,„Äu or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level,„Äu of more than 0.5 micrograms of lead per day and/or „ÄúDaily Cadmium Exposure Level,„Äu of more than 4.1 micrograms of cadmium per day and/or „ÄúDaily Mercury Exposure Level,„Äu of more than 0.3 micrograms of mercury per day unless it meets the warning requirements under Section 3.2. The requirements of Sections 3.1 and 3.2 do not apply to Covered Products that „Äuenter the stream of commerce,„Äu prior to the Effective Date. For purposes of this Consent | Dietary supplements |
| 2022-02357 | Envt'l Research Center, Inc. v. Soulful Nutrition, Inc. | 23CV028720 | Lead and lead compounds, Mercury and mercury compounds | $82,525 | 12/18/23 | Beginning sixty (60) days after the Effective Date (the „ÄúCompliance Date,„Äu), Soulful Nutrition shall be permanently enjoined from manufacturing for sale in the State of California, „ÄúDistributing into the State of California,„Äu or directly selling in the State of California, any Covered Product that exposes a person to a „ÄúDaily Lead Exposure Level,„Äu of more than 0.5 micrograms of lead per day and/or „ÄúDaily Mercury | Dietary supplements |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2022-02516 | Envt'l Research Center, Inc. v. Soulful Nutrition, Inc. | 23CV028720 | Lead and lead compounds, Mercury and mercury compounds | $82,525 | 12/18/23 | Beginning sixty (60) days after the Effective Date (the „ÄúCompliance Date‚Äù), Soulful Nutrition shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level‚Äù of more than 0.3 micrograms of mercury per | Dietary supplements |
| 2022-02615 | Envt'l Research Center, Inc. v. Soulful Nutrition, Inc. | 23CV028720 | Lead and lead compounds, Mercury and mercury compounds | $82,525 | 12/18/23 | Beginning sixty (60) days after the Effective Date (the „ÄúCompliance Date‚Äù), Soulful Nutrition shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÄúDistributing into the State of California,‚Äù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÄúDaily Lead Exposure Level‚Äù of more than 0.5 micrograms of lead per day and/or ‚ÄúDaily Mercury Exposure Level‚Äù of more than 0.3 micrograms of mercury per | Dietary supplements |
| 2022-02192 | Mateel v. Neiman Marcus | 603724 | Lead and lead compounds | $150,000 | 9/25/23 | Reformulation/Warnings | Leaded crystal vessels for drinking |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2014-01346 | Consumer Advocacy Group, Inc v. Tawa Supermarke t, Inc. | BC634011 | Cadmium | $171,440 | 6/23/23 | After the Effective Date, unless the Settling Defendants provide a Proposition 65 compliant warning for the Covered Products as set forth below, they shall not sell in California, or offer for sale in California, or ship for sale in California, any of the Covered Products manufactured after the Effective Date unless the level of the Listed Chemicals does not exceed the levels specified below. ‚ÀúParts per billion‚Àù, ‚Àù is hereinafter referred to as ‚Àúppb‚Àù. 3.1.1 Bamboo Products (as defined herein): Lead 20 ppb. 3.1.2 Cassava Products (as defined herein): Lead of 20 ppb. 3.1.3 Cinnamon (as defined herein): Lead of 200 ppb, Cadmium of 85 ppb. 3.1.4 Liquorice (as defined herein): Lead of 500 ppb 3.1.5 Ginger (as defined herein): Lead of 720 ppb, Arsenic of 20 ppb 3.1.6 Galangal (as defined herein): Lead of 720 ppb. 3.1.7 Cutcherry (as defined herein): Lead of 720 ppb. 3.1.8 Mushroom Products (as defined herein): Lead of 20 ppb, Cadmium of 34 ppb. 3.1.9 Pollock: Lead of 20 ppb. 3.1.10 Rice and Rice | Seaweed |
| 2023-01621 | Wozniak v. Whaleco Inc. DBA TEMU | CGC-23-608727 | Lead | $200,000 | 1/4/24 | Reformulation or Warnings | Fishing Weights Containing Lead, Including Fishing Tackle Kits Containing Such Items |
| 2023-01622 | Wozniak v. Whaleco Inc. DBA TEMU | CGC-23-608727 | Lead | $200,000 | 1/4/24 | Reformulation or Warnings | Solder Wire Containing Lead, Including Kits Containing Such Items |
| 2022-01058 | Environmen tal Research Center v. The LIV Group Inc. | 22CV018972 | Lead and lead compounds | $245,500 | 1/20/23 | 3.1 Beginning on the Effective Date, The LIV Group shall be permanently enjoined from manufacturing for sale in the State of California, ‚ÀúDistributing into the State of California,‚Àù or directly selling in the State of California, any Covered Product that exposes a person to a ‚ÀúDaily Lead Exposure Level‚Àù of more than 0.5 micrograms of lead per day and/or ‚ÀúDaily Cadmium Exposure Level‚Àù of more than 4.1 micrograms of cadmium per day unless it meets the warning | Dietary supplements |
| 2021-00510 | APS&EE, LLC v. TMD Holdings, LLC, et al. | 21STCV18431 | Lead | $368,000 | 6/7/23 | Defendant is permanently enjoined from selling, or causing to be sold, in California, ceramic mugs with exterior decorations without providing clear and reasonable warnings that comply with the law | TMD Retail 23oz latte mug |

| AG Number | Case Name | Court Docket Number | Chemicals | Civil Penalty | Entry Date | Injunctive Relief | Source/Product |
|---|---|---|---|---|---|---|---|
| 2021-00956 | Wozniak v. Amazon.com, Inc. | CGC-21-594849 | Lead | $500,000 | 3/8/23 | Reformulation or Warnings | Lead-Based Solder Wire |