**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
J. Rae Lovko (SBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| As You Sow, a 501 (c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>Defendants, | Case No.: 24-cv-04203-MMC<br><br>**DECLARATION OF DANIELLE FUGERE IN SUPPORT OF MOTION TO REMAND**<br><br>Date:  October 11, 2024<br>Time:  9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>        Federal District Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102<br><br>Hon. Maxine M. Chesney, presiding |

- 1 -
**DECLARATION OF DANIELLE FUGERE – 24-CV-04203-MMC**

I, Danielle Fugere do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am the President and Chief Counsel for As You Sow ("AYS"), a position I have held since 2012. Prior to that, I served as Executive Director of the Environmental Law Foundation ("ELF") for two years, focusing on environmental health and water protection.

3. During my career, I estimate that I have been personally involved in hundreds of Proposition 65 matters—some settling out of court before a complaint was filed, others resolving after a complaint was filed. The vast majority of these cases were consumer product exposures.

4. Since 1992, I have followed trends in enforcement of Proposition 65.

5. In our Proposition 65 cases, penalties for consumer product exposures are measured based on a matrix that includes the number of units sold, the time period during which exposures occurred, the harm associated with the exposures, and the defendant's response to curing the violations, among others. I am not aware of a Proposition 65 judgement or settlement in which the maximum penalty award of $2,500 per unit sold without a warning was levied against a violator. Penalties are often lower, particularly when injunctive relief such as reformulation is agreed to, or where violators otherwise prevent exposures or diligently provide the clear and reasonable warnings required by law. In my experience, public enforcers and the courts assiduously apply the penalty factors found at Health & Safety Code 24249.7(b)(2).

6. The median penalty for As You Sow's consumer Proposition 65 cases since I have been at the organization is $8,580 and the median in lieu payment is $8,500. The average penalty is $10,809 and the average in lieu payment is $12,080.

7. We have not yet had the opportunity for discovery in this case, but based on our investigation of Etsy and our understanding of the market in skin whitening creams, we do not expect the number of sales into California in this case to be high.

///

///

///

**DECLARATION OF DANIELLE FUGERE – 24-CV-04203-MMC**

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 24th day of July, 2024 in Oakland, California.

                                  GREENFIRE LAW, PC

                                  By:  */s/ Danielle Fugere*
                                       **DANIELLE FUGERE**

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on July 24, 2024, from Danielle Fugere for the filing of this declaration.

                                      */s/ Rachel Doughty*
                                      Rachel Doughty
                                      ATTORNEY FOR PLAINTIFFS