1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| As You Sow, a 501 (c)(3) non-profit corporation, | Case No.: 24-cv-04203-MMC |
| Plaintiff, | |
| v. | **ORDER TO REMAND [PROPOSED]** |
| Etsy, Inc., and DOES 1-20, inclusive | Date:  October 11, 2024<br>Time:  9:00 a.m.<br>Dept:  Courtroom 7, 19th Floor<br>        Federal District Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102 |
| Defendants. | |
| | Hon. Maxine M. Chesney, presiding |

1        GOOD CAUSE APPEARING, as set forth in Plaintiff's Motion to Remand,

2        IT IS HEREBY ORDERED THAT:

3        This action is **REMANDED** to the Superior Court of California, County of Alameda, and

4   Defendant Etsy shall pay Plaintiff's reasonable attorneys' fees and costs associated with bringing

5   the Motion to Remand. Plaintiff shall file a bill of costs, which shall include fees requested, within

6   seven days of this order.

7        IT IS SO ORDERED.

10  Dated:_____     _____
                                                THE HONORABLE MAXINE M. CHESNEY
11                                              UNITED STATES DISTRICT JUDGE