**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
J. Rae Lovko (SBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ETSY, INC., and DOES 1-20, inclusive<br><br>Defendants, | Case No.: 24-cv-04203-MMC<br><br>**DECLARATION OF RAE LOVKO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TRANSFER VENUE** |

I, Rae Lovko, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am an attorney with Greenfire Law PC, counsel for AS YOU SOW, in this action.

3. Plaintiff avers that ETSY has violated Proposition 65 by selling mercury-containing skin whitening creams on its online marketplace. The exemplar creams identified in Plaintiff's complaint are Deluxe Nadinola Bleaching Cream, Due Beauty Cream, Faiza, La Tia Mana Crema Limpiadora y Curativa, Miss Key Crema Blanqueadora, Jing Zhuang Jinyiqui/"Yiqi", La Magia Blanca de Michelle Marie Crema Blanqueadora, Parley Beauty Cream, and Shivanya Beauty Cream. (Complaint, p. 13.)

4. Between September 20, 2024, and January 24, 2024, a student clerk at Greenfire purchased the following skin whitening creams from Defendant ETSY, INC.'s ("ETSY") website: Faiza Beauty Cream, Caro White Lightening Beauty Lotion, Parley Goldie Cosmetics Original Anti Blemish Cream,[1] and La Unica Cream Casa Botanica. On January 9, 2024, the office manager at Greenfire purchased the following skin whitening creams from Etsy's website: Due Beauty Face Cream, La Magia Blanca de Michelle Marie, Crema Blanqueadora, and Snow White Blemish and Anti-Aging Night Cream. When these purchases were made, Greenfire never represented to ETSY that the purchases were being made as an agent of AYS.

5. These products were purchased for investigation purposes. Some, but not all, are identified in Plaintiff's Complaint. The scope of the Complaint is all "skin lightening, whitening, and 'smoothing' creams containing mercury or mercury compounds" and extends to the "many consumers" who are using and being exposed to mercury as a result of those consumers' purchases from www.etsy.com. (Compl. p. 12, ¶¶62, 66)

6. AYS has reimbursed Greenfire Law for the purchase of some, but not all, of these products.

7. AYS' claims do not arise or relate to Greenfire's purchase of the creams identified above in Paragraph 4 because AYS could have filed the Complaint regardless of whether

---

[1] Further, Greenfire never actually received the Parley Goldie cream.

- 3 -

Greenfire ever purchased any products from ETSY's website. Plaintiff's claims for relief are not based on these purchases, on any actions or statements by ETSY in selling these products to Greenfire, or any exposures to mercury resulting from these purchases. Further, without waiving any privilege, I know the Proposition 65 60-Day Notices sent to ETSY in this case were <u>not</u> based on these purchases.

8. No Greenfire employee has used the skin whitening products for their intended use, but rather, the creams were purchased investigation purposes. In receiving, handling, and/or storing these products, safety protocols were followed to ensure that no one was exposed to mercury or mercury compounds in these products. That is, the products were not used in the manner of an ordinary consumer.

9. Plaintiff sent factual information supporting its Certificates of Merit for the January 18, 2024, and March 15, 2024, Proposition 65 notices sent to ETSY, which information included the identity of the persons consulted with and relied on by the certifier and the facts, studies, and other data reviewed by these persons. On March 13, 2024, and March 27, 2024, the California Attorney General issued "No Merit" letters after reviewing the factual information. Plaintiff disagrees with the Attorney General's conclusion that the factual information is insufficient to conclude there is merit to each element of Plaintiff's Proposition 65 claims.

10. Because AYS has not been exposed to any mercury-containing skin creams purchased from ETSY, Plaintiff's Proposition 65 claims are based upon ETSY's sale of mercury-containing skin creams to California consumers other than AYS.

11. Prior to sending the 60-Day Notices to ETSY, on December 22, 2023, Greenfire Law, PC notified Etsy.com's CEO and Chief Legal Officer that illegal mercury-content creams were listed on Etsy.com in violation of law. The letter identified examples of such creams and where they were posted on Etsy.com, identified the source of information that the products contained mercury—primarily public health alerts, and provided test results showing mercury in the products. The letter in no way relied upon any purchase from ETSY. The letter lists additional products *not* found on ETSY which contain mercury to alert ETSY so ETSY could avoid them

ever being posted on ETSY. A true and correct copy of the December 22, 2023, letter is attached hereto as **Exhibit 1** and the exhibits to the December 22, 2023, letter as **Exhibit 2**.

12. A true and correct copy of the acknowledgement of receipt of the letter received from Etsy.com on December 23, 2023, is attached hereto as **Exhibit 3**. Notwithstanding the acknowledgment, skin whitening products containing mercury continued to be listed on Etsy.com after that date.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 20th day of August, 2024, in Berkeley, California.

GREENFIRE LAW, PC

By: _____
RAE LOVKO