# Exhibit 1
# Declaration of Rae Lovko



Rachel S. Doughty
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
www.greenfirelaw.com

December 22, 2023

Etsy, Inc.
ATTN: Josh Silverman, CEO
jsilverman@etsy.com
ATTN: Colin Stretch, Chief Legal Officer
cstretch@etsy.com
117 Adams St
Brooklyn, NY 11201

**RE: Notice of Illegal Mercury Containing Skin Lightening Products Listed on Etsy**

Dear Mr. Silverman:

We are writing on behalf of our client, As You Sow, to inform you that Etsy is listing several mercury-containing skin lightening products on its website that are toxic to consumers and should not be sold in California or in the United States.[1] Etsy bears responsibility for exposures to mercury that result from California sales of these creams on Etsy's website.[2]

**Table 1**, below, lists several creams that are currently being sold on Etsy that contain illegal concentrations of mercury. We also provide the underlying public health alerts and test results that establish that these and other creams contain mercury and are illegal to sell in the United States. We have provided exemplars–sellers on your website offering these creams. We do not suggest that this list of sellers of these particular brands on your website is exhaustive–there may be other sellers today or in the future of these same illegal products. The source does not change the toxicity, and your role should be to prevent consumers from being exposed through transactions involving Etsy. We demand that you remove all listings of skin lightening products containing illegal amounts of mercury from Etsy.com, and take whatever steps are necessary to prevent them from reappearing on your site.

---

[1] The U.S. Food and Drug Administration limits mercury content in cosmetics. 21 C.F.R. § 700.13(d)(2) (limit for cosmetics is 1 ppm generally and 65 ppm for "cosmetic intended for use only in the area of the eye").

[2] Attached to this letter as Exhibit Z is an appellate opinion establishing the liability of on-line marketplaces for violations of California's Proposition 65.

As You Sow Demand Letter
December 20, 2023
Page 2 of 12

*Table 1*

| Brand | Exemplars | Public Health Warning/Notice Mercury Content | Test Results (ppm) |
|---|---|---|---|
| BeBe Special Cream | Exhibit H– Apsarabazaars | Exhibit CC–Minnesota Department of Health<br><br>Exhibit DD–FDA Warning<br><br>Exhibit EE– Mercury Policy Project Report | Exhibit 2–2,700 (sample A2-022)<br><br>Exhibit CC—11,000 (p. 6) |
| Carotone | Exhibit I– Mama23store<br>Exhibit J– perfectobeautycouk<br>Exhibit K–Hayveen<br>Exhibit L– QueeNikWealth | Exhibit FF– EU Rapex Warning Reference A12/0088/13<br><br>Exhibit EE–Mercury Policy Project Report | Exhibit EE–1.9 (p. 21) |
| CCM | Exhibit X–Apsarabazaars | Exhibit DD –FDA Warning<br><br>Exhibit CC—Minnesota Department of Health | Exhibit 5–3,700 (sample A2-029)<br><br>Exhibit CC—3,940-13,000 ppm (p. 5) |
| Chandni Whitening Cream | Exhibit C—Diamonds Group | Exhibit BB–New York City Public Health Warning<br><br>Exhibit DD – FDA Warning<br><br>Exhibit GG–California Department of Health Warning | Exhibit 7–22,000 (sample A2-035)<br><br>Exhibit DD – 8,790 (p. 4 Table 1 Row 18) |
| Crema la Milagrosa | Exhibit M – NATURALbyLLC<br>Exhibit N– bulkmayoreo99 | Exhibit GG–California Department of Health Warning | Exhibit 3–4,400 (sample A2-132) |
| Face Fresh Cream | Exhibit Y–IMinoosh | Exhibit FF–Rapex Alert | Exhibit 6–5,600 (sample 270155-001) |

As You Sow Demand Letter
December 20, 2023
Page 3 of 12

| Faiza[3] | Exhibit A– Nova Jewels Art storefront<br>Exhibit B– BeautyShopIndia<br>Exhibit C– DiamondsGroup<br>Exhibit D– Creations4all786<br>Exhibit E– WeddingbyASRBoutique<br>Exhibit F– iMinoosh<br>Exhibit G– Cosmeticss4All | Exhibit AA–European Union Rapex Warning Reference A12/0071/13<br>Exhibit BB–New York City Public Health Warning | Exhibit 1–12,000 (sample MPP-002) |
|---|---|---|---|
| Goree–Day and Night Whitening Cream | Exhibit O– ObserverFinds<br>Exhibit P– PakistanShop2023 | Exhibit GG–California Department of Health Warning<br>Exhibit EE–Mercury Policy Project Report<br>Exhibit BB–New York City Public Health Warning | Exhibit 4–23,000 (sample A2-026) |
| Nunn Care | Exhibit S– Menwomengiftshop<br>Exhibit T– Wellnessrootsstore<br>Exhibit U– naturallylifee<br>Exhibit V– TruVaShopTreasures<br>Exhibit W–BotanicaMexicana | Exhibit GG–California Department of Health Warning<br>Exhibit EE–Mercury Policy Project Report | Exhibit EE–1,500 (p. 6) |

**Table 2** below lists products that contain mercury but which we did not locate in our recent search of Etsy's website. However, we know that there are efforts to sell these products in the United States. Therefore, we encourage you to take measures to ensure that these products are never listed on Etsy.com.

---

[3] Etsy has been notified twice about the mercury content in this particular brand of cream: once through a letter dated September 29, 2023 reporting seller MystiqueArtShop, and once through Etsy's Reporting Portal with the form submitted on September 22, 2023.

As You Sow Demand Letter
December 20, 2023
Page 4 of 12

*Table 2*

| Products | Public Health Warning/Notice Mercury Content | Test Results |
|---|---|---|
| 12 Plus Whitening Less Shave | Exhibit CC—Minnesota Department of Health | Exhibit CC—1.2 (p. 16) |
| 88 Total White Underarm Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—11,000 (p. 7) |
| Aneeza Gold Beauty Face Cream | Exhibit DD–FDA Warning | Exhibit DD—12,400 (p. 2, Table 1 Row 10) |
| Anti Acne Melasma Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—23,000 (p. 4) |
| Arche Pearl Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–5.2 (p. 13) |
| Avocado Night Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—3,730-9,700 (p. 7) |
| Ba Be Special Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–11,000 (p. 6) |
| BB Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—4,350 (p. 21) |
| BBC Creams | Exhibit CC—Minnesota Department of Health | Exhibit CC—9,130 (green); 4,390 (blue); 9 (white) (p. 19) |
| BB Health & Beauty | Exhibit CC—Minnesota Department of Health | Exhibit CC—54,000 (p. 18) |
| B.B Special Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–51-96 (p. 11) |
| Be Be Special Cream CCM/Yellow | Exhibit DD–FDA Warning | Exhibit DD—8,909 (p. 2, Table 1 Row 3) |
| CCM Classic | Exhibit CC—Minnesota Department of Health | Exhibit CC—3,170 (p. 21) |

As You Sow Demand Letter
December 20, 2023
Page 5 of 12

| | | |
|---|---|---|
| CCM Miss Beauty 7 Days White | Exhibit CC–Minnesota Department of Health | Exhibit CC–3,700-7,290 (p. 9) |
| CCM Naomi 5 Day Special Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—5,400 (p. 20) |
| CCM Perfect 365 White Cream | Exhibit DD–FDA Warning | Exhibit DD—4,322 (p. 2, Table 1 Row 2) |
| CCM Perfect 501 White Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—5,810 (p. 20) |
| CCM Q10 Extra Whitening | Exhibit CC—Minnesota Department of Health | Exhibit CC—4,090 (p. 21) |
| CCM Special Cream Turmeric | Exhibit DD–FDA Warning | Exhibit DD—8,088 (p. 2, Table 1 Row 1) |
| CCM V Special Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—4,320 (p. 21) |
| Cell Repair Placenta Sheep Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–6,460-13,000 (p. 6) |
| Collagen Plus – Vit E Cream, Night Cream | Exhibit DD–FDA Warning | Exhibit DD—3,670 (p. 3, Table 1 Row 9) |
| Cream Aghader | Exhibit CC—Minnesota Department of Health | Exhibit CC—135 (p. 22) |
| Crema Santa | Exhibit BB–New York City Public Health Warning | |
| Crema Santa Germicida | Exhibit BB–New York City Public Health Warning | |
| Crème Diana C.T.R | Exhibit CC—Minnesota Department of Health | Exhibit CC—6,370 (p. 20) |
| Darlene Lightening Star Fruit Soap | Exhibit CC—Minnesota Department of Health | Exhibit CC—1.1 (p. 16) |
| Deluxe Nadinola Bleaching Cream | Exhibit BB–New York City Public Health Warning | |

As You Sow Demand Letter
December 20, 2023
Page 6 of 12

| | | |
|---|---|---|
| Dermaline Beauty Cream | Exhibit BB–New York City Public Health Warning | |
| Dermaline Skin Cream | Exhibit BB–New York City Public Health Warning | |
| Dermaline Skin Whitening Cream | Exhibit BB–New York City Public Health Warning | |
| Diana Cream | Exhibit BB–New York City Public Health Warning | |
| Doctor Luei Speckle Killer | Exhibit CC–Minnesota Department of Health | Exhibit CC–1.5-2 (p. 15) |
| Dr. Yanhee Night Cream | | Exhibit 8–9,000 (sample A2-098 e.) |
| Due Beauty Cream | Exhibit BB–New York City Public Health Warning | |
| Eity Eight – Dewy Face Glow | Exhibit CC–Minnesota Department of Health | Exhibit CC–5 (p. 13) |
| Face Fresh Beauty Cream | Exhibit BB – New York City Public Health Warning<br><br>Exhibit DD – FDA Warning | Exhibit D – 18,500 (p. 4, Table 1 Row 22) |
| Facial Mask Anti-Oxidant and Whitening | Exhibit CC–Minnesota Department of Health | Exhibit CC–17 (p. 12) |
| Fasco | Exhibit CC—Minnesota Department of Health | Exhibit CC—4,600 (p. 20) |
| Fo Me Herbal Mask | Exhibit CC–Minnesota Department of Health | Exhibit CC–2 (p. 15) |
| GCM Whitening Special Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—3,440 (p. 21) |
| Germicida 200 (soap) | Exhibit BB–New York City Public Health Warning | |

As You Sow Demand Letter
December 20, 2023
Page 7 of 12

| Glutatione Cream White & Bright | Exhibit CC—Minnesota Department of Health | Exhibit CC—20,000 (p. 4) |
|---|---|---|
| Golden Pearl Beauty Cream | Exhibit BB–New York City Public Health Warning  Exhibit DD – FDA Warning | Exhibit DD – 12,000 (p..4 Table 1 Row 17) |
| Hiso Diamond MGT | Exhibit CC–Minnesota Department of Health | Exhibit CC–1.6 (p. 15) |
| HIYADY Glutatione Cream White & Bright | Exhibit DD–FDA Warning | Exhibit DD—15,900 (p. 3 Table 1 Row 11) |
| HIYADY Hyalulonic Filler & ULTRA White Night Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—7,400 (p. 8) |
| Hnub Yiqi – Beauty Day & Night Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—11,999 (p. 6 (night cream)) |
| Hua Shu Li | Exhibit CC—Minnesota Department of Health | Exhibit CC—7,700 (p. 7) |
| Hynes – La Tia Mana | Exhibit CC—Minnesota Department of Health | Exhibit CC—13,000 (p. 5) |
| Infocus Professional Pearl Beauty Cream | Exhibit BB–New York City Public Health Warning | |
| Jabon Germicida Contifarm (soap) | Exhibit BB–New York City Public Health Warning | |
| Jiaoyan | Exhibit CC—Minnesota Department of Health | Exhibit CC—10,200 (p. 19) |
| Jiao Li | Exhibit CC—Minnesota Department of Health | Exhibit CC—1,700 (p. 22) |
| Jing Zhuang Jinyiqi--Day Cream (pink) | Exhibit CC–Minnesota Department of Health | Exhibit CC–1.5 (p.15) |
| Jing Zhuang Jinyiqi Whitening Sun Block (red) | Exhibit CC–Minnesota Department of Health | Exhibit CC–8.2 (p. 13) |

| | | |
|---|---|---|
| Jing Zhuang Jinyiqi Beauty Whitening Set | Exhibit CC—Minnesota Department of Health | Exhibit CC—0.69-20,000 (p. 4) |
| KA Whtie – Night Serum | Exhibit CC–Minnesota Department of Health | Exhibit CC–3.2 (p.14) |
| Kanza Beauty Cream | Exhibit BB–New York City Public Health Warning | |
| Kim Ginseng Cream | | Exhibit 9–5,500 (sample A2-027) |
| Kim Whitening Pearl & Snowlotus Cream | Exhibit DD–FDA Warning | Exhibit DD—47 (p. 47, Table 1 Row 16) |
| La Tia Mana Crema Limpiadora y Curativa | Exhibit DD–FDA Warning | Exhibit DD—5,432 (p. 2, Table 1 Row 5) |
| Ling Zhi BB Whitening Cream | Exhibit DD–FDA Warning | Exhibit DD—1,393 (p. 2, Table 1 Row 6) |
| Lemon Herbal Whitening Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—28,800-33,000 (p. 18) |
| Lovely Paris Extra Brightening | Exhibit CC–Minnesota Department of Health | Exhibit CC—5,500 (p. 9) |
| Lulanjina – Yellow Cream and White Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—16,700 (yellow); 12,800 (white) (p. 19) |
| Madame Organic Set – Whitening Arbutin, Collagen Mask, Pearl Skin, and Sunscreen | Exhibit CC—Minnesota Department of Health | Exhibit CC—18,000 (p. 5) |
| Maiv Lis (red flower) | Exhibit CC–Minnesota Department of Health | Exhibit CC–14 (p. 12) |
| Magia Blanca de Michelle Marie Crema Blanqueadora Nufutong | Exhibit BB–New York City Public Health Warning | |
| Mclean – Apricot Scrub | Exhibit CC–Minnesota Department of Health | Exhibit CC–4.7 (p.14) |

As You Sow Demand Letter
December 20, 2023
Page 9 of 12

| Product | Source | Reference |
|---|---|---|
| Mclean – Young and Fresh | Exhibit CC–Minnesota Department of Health | Exhibit CC–2,400 (p. 9) |
| Meiyong Seaweed Super Whitening – Extra Whitening & Face Lift | Exhibit CC—Minnesota Department of Health | Exhibit 10–21,000 (sample 263906-004)<br><br>Exhibit CC—30,000 (p. 3) |
| Mild Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—1,630 (p. 22) |
| Milk Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–1,700-4,500 (p. 10) |
| Miss Key Crema Blanqueadora | Exhibit BB–New York City Public Health Warning | |
| Monsepa Express Peeling | Exhibit CC—Minnesota Department of Health<br><br>Exhibit DD – FDA Warning | Exhibit CC—30,000 (p. 3)<br><br>Exhhibit DD – 5,030 (p. 4, Table 1 Row 21) |
| Monsepa II | Exhibit CC—Minnesota Department of Health | Exhibit CC—38,000 (p. 3) |
| MSII Express Peeling Pearl Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—38,000 (p. 3) |
| Natural Cream Night Cream Skin Care | Exhibit CC–Minnesota Department of Health | Exhibit CC–2,200 (p. 10) |
| Niuma Medicated Antiseptic Soap | Exhibit BB–New York City Public Health Warning | |
| Niuma Lemon Medicated Germicidal Soap | Exhibit BB–New York City Public Health Warning | |
| (No English Product Name) | Exhibit CC–Minnesota Department of Health | Exhibit CC–1.6-2.2 (p. 14) |
| (No English Product Name) | Exhibit CC—Minnesota Department of Health | Exhibit CC—1,600 (p. 22) |

As You Sow Demand Letter
December 20, 2023
Page 10 of 12

| | | |
|---|---|---|
| Nufutong | Exhibit BB – New York City Public Health Warning | |
| OK Brand | Exhibit CC–Minnesota Department of Health | Exhibit CC–1,600-1,860 (p. 10) |
| Pearl Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–3.6 (p. 14) |
| Polla Anti-Acne Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–3,300 (p. 9) |
| Polla Gold – Super White Perfects | Exhibit CC—Minnesota Department of Health | Exhibit CC—12,000 (p. 6) |
| Pomada Salva-Vida (balm) | Exhibit BB—New York City Public Health Warning | |
| Pomegranate Whitening Set "Queenly Girl" | Exhibit CC—Minnesota Department of Health | Exhibit CC—0.53-29,000 (p. 4) |
| Popieu Turmeric Facial Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–420 (p. 11) |
| Prime White | Exhibit CC—Minnesota Department of Health | Exhibit CC—9,590 (p. 19) |
| Promina Ginseng Pearl Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–29 (p. 11) |
| Qian Li | Exhibit CC—Minnesota Department of Health | Exhibit CC—9,300 (p. 7) |
| Qian MEI yellow and white jars | Exhibit CC–Minnesota Department of Health | Exhibit CC–6.4-4,650 (p. 12) |
| Recetas de la Farmacia Normal – Crema Blanqueadora | Exhibit BB–New York City Public Health Warning | |
| Rice Milk Whitening Cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—7,470-35,000 (p. 3) |
| Rice Milk Whitening Cream – Lighten Skin | Exhibit CC—Minnesota Department of Health | Exhibit CC—7,600 (p. 8) |

As You Sow Demand Letter
December 20, 2023
Page 11 of 12

| Rojzy Jiali | Exhibit CC—Minnesota Department of Health | Exhibit CC—2,230 (p. 21) |
|---|---|---|
| Sandal Whitening Beauty Cream | Exhibit BB–New York City Public Health Warning<br><br>Exhibit DD – FDA Warning | Exhibit DD – 5,030 (p. 4 Table 1 Row 20) |
| Savor Pour L'acne – Diana Soap | Exhibit CC—Minnesota Department of Health | Exhibit CC—31 (p. 20) |
| Seaweed Cream | Exhibit CC–Minnesota Department of Health | Exhibit 6–2,000 (sample 270155-001) |
| Seven Herbal Ubtan Cream | Exhibit BB–New York City Public Health Warning | |
| Silky Cool Extra | Exhibit CC–Minnesota Department of Health | Exhibit CC–7 (p. 13) |
| Skin care & Cosmetic MSII Whitening Peeling | Exhibit DD–FDA Warning | Exhibit DD—1,581 (p. 3, Table 1 Row 7) |
| Skin care & Cosmetic Express Peeling | Exhibit DD–FDA Warning | Exhibit DD—5,797 (p. 3, Table 1 Row 8) |
| Snow White Armpit Whitening Underarm Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC—6,700 (p. 8) |
| Specail Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC–800 (p. 11) |
| Stillman's Freckle Cream | Exhibit BB–New York City Public Health Warning | |
| Stillman's Skin Beach Cream | Exhibit BB–New York City Public Health Warning | |
| Super Gold Caviar Whitening Cream | Exhibit CC–Minnesota Department of Health | Exhibit CC—5,700 (p. 8) |
| (Unlabeled Container) – packaged with soap and anti-fungal cream | Exhibit CC—Minnesota Department of Health | Exhibit CC—9,950 (p. 19) |

As You Sow Demand Letter
December 20, 2023
Page 12 of 12

| (Unmarked Jar with Rose Design) | Exhibit CC–Minnesota Department of Health | Exhibit CC–1,300 (p. 10) |
|---|---|---|
| Whitening Cream (Black Box with flowers) | Exhibit CC—Minnesota Department of Health | Exhibit CC—17,000 (p. 5) |
| Whitening Cream (Black Box with Model) | Exhibit CC—Minnesota Department of Health | Exhibit CC—22,000 (p. 18) |
| Yoko Yogurt Milky Body | Exhibit CC–Minnesota Department of Health | Exhibit CC–9.3 (p. 12) |
| Zuni Beyoutiful Beauty Cream | Exhibit BB–New York City Public Health Warning | |

As You Sow intends to take formal enforcement action if the products listed in the Exhibits referenced above are not permanently removed from Esty's online platform, or when and if these products are listed in the future. We appreciate your prompt attention to this significant public health matter.

Sincerely,

Rachel S. Doughty
Counsel for As You Sow