# Exhibit  2, pt. 1
# Declaration of Rae Lovko

**EXHIBIT 1**



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

February 22, 2023

Nuria De La Fuente
2748 Adeline Street, Suite A
Greenfire Law, PC
Berkeley, CA 94703

Work Order Number: 2300301
RE: Mercury Project

Enclosed are the results of analyses for samples received by the laboratory on 01/24/23. If you have any questions concerning this report, please feel free to contact me.

The results in this report apply to the samples as received.

All samples will be retained by Legend Technical Services, Inc. unless consumed in the analysis, for 30 days from the date of this report and then discarded unless other arrangements are made.

Prepared by,
Legend Technical Services, Inc.

Bach Pham
Client Manager II/Department Manager
bpham@legend-group.com

---

*Legend Technical Services, Inc.*

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | | |
|---|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project | |
| 2748 Adeline Street, Suite A | Project Number: | GFL 001 | **Date Reported:** |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente | February 22, 2023 |

### ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date/Time Sampled | Date/Time Received |
|---|---|---|---|---|
| MPP-001 | 2300301-01 | Solid | 01/17/23 00:00 | 01/24/23  10:55 |
| MPP-002 | 2300301-02 | Solid | 01/17/23 00:00 | 01/24/23  10:55 |

*Legend Technical Services, Inc.*

*Work Order Number:*     *2300301*

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 2 of 4



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| Greenfire Law, PC | Project: | Mercury Project | |
|---|---|---|---|
| 2748 Adeline Street, Suite A | Project Number: | GFL 001 | **Date Reported:** |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente | February 22, 2023 |

## TOTAL METALS ANALYSIS
### Legend Technical Services, Inc.

| Analyte | Result | RL | Unit | Prepared | Analyzed | Method | Qualifier(s) |
|---|---|---|---|---|---|---|---|
| **MPP-001 (2300301-01)** | | | | | | | |
| **Mercury** | **11000** | 50 | mg/kg wet | 01/26/23 | 02/15/23 | EPA 6010D | M3 |
| **MPP-002 (2300301-02)** | | | | | | | |
| **Mercury** | **12000** | 50 | mg/kg wet | 01/26/23 | 02/15/23 | EPA 6010D | |

*Legend Technical Services, Inc.*

Work Order Number:        2300301

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 3 of 4



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | |
|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project |
| 2748 Adeline Street, Suite A | Project Number: | GFL 001 |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente |

**Date Reported:**

February 22, 2023

**Report Comments**

**Notes and Definitions**

RL          Reporting Limit

M3         The spike recovery value is unusable since the analyte concentration in the sample is disproportionate to the spike level.  The associated blank spike recovery
             was acceptable.

*Legend Technical Services, Inc.*

*Work Order Number:        2300301*

*The results in this report apply to the samples analyzed in accordance with the
chain of custody document. This analytical report must be reproduced in its
entirety.*

Page 4 of 4

**EXHIBIT  2**





# Enthalpy Analytical

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 296375**
**ANALYTICAL REPORT**

Greenfire Law                          Project  : STANDARD
1202 Oregon Street                     Location : 2017-00237
Berkeley, CA 94702                     Level    : II

| Sample ID | Lab ID |
|-----------|--------|
| A2-021 | 296375-001 |
| A2-022 | 296375-002 |
| ▇▇▇ | ▇▇▇ |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature. The results contained in this report meet all requirements of NELAP and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____          Date: __01/24/2018__
             Patrick McCarthy
             Project Manager
         patrick.mccarthy@enthalpy.com
             (510) 204-2236

CA ELAP# 2896, NELAP# 4044-001



### CASE NARRATIVE

| | |
|---|---|
| Laboratory number: | **296375** |
| Client: | **Greenfire Law** |
| Location: | **2017-00237** |
| Request Date: | **01/17/18** |
| Samples Received: | **01/17/18** |

This data package contains sample and QC results for three face cream samples, requested for the above referenced project on 01/17/18. The samples were received cold and intact.

**Metals (EPA 7471A):**
No analytical problems were encountered.

Page 1 of 1

4.0

**Enthalpy Analytical LLC**
2323 Fifth Street
Berkeley, CA 94710
(510) 486-0900 Phone
(510) 486-0532 Fax

# CHAIN OF CUSTODY

Page 1 of 1

Chain of Custody # :

C&T LOGIN # 296375

| | |
|---|---|
| Project No: | 2017-00237 |
| Project Name: | Greenfire Law - Mercury Test |
| EDD Format: | Rpt Level:  II  III  IV |
| Turnaround Time: | ○ RUSH _____  X Standard |

| | |
|---|---|
| Sampler: | |
| Report To: | Rachel Doughty |
| Company : | Greenfire Law, PC |
| Telephone: | 828-424-2005 |
| Email: | rdoughty@greenfirelaw.com |

**Analytical Request**

| Lab No. | Sample ID. | Sampling | | Matrix | | Chemical Preservative | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Time | Water | Soil | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None |
| A2-021 | CCM Perfect 365 Special White Cream | 1/17/2018 | | | | | | | | | |
| A2-022 | Be Be Special Cream Round-Yellow (Anti-Freckle, Blemish) | 1/17/2018 | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Notes: All product are in their original packaging, unopened. Do not test if Prop 65 warning is found in the product. | SAMPLE RECEIPT ○ Intact  ○ Cold ○ On Ice  ○ Ambient | RELINQUISHED BY: 1/13/18  9:22 am | RECEIVED BY: Pat Han     1/17/18  9 am |
|---|---|---|---|
| | | DATE/TIME | DATE/TIME |
| | | DATE/TIME | DATE/TIME |



*296375*

**GREENFIRE**
**LAW, PC**

RACHEL S. DOUGHTY
1202 OREGON STREET
BERKELEY, CA 94702
PHONE: 828.424.2005
EMAIL: rdoughty@greenfirelaw.com
WWW.GREENFIRELAW.COM

January 17ʰ, 2017

Enthalpy Analytical, LLC.
2323 5ᵀᴴ Street
Berkeley, CA 94710

### RE: Testing of products for mercury content

Good afternoon,

Please find enclosed 3 products in their original packaging, unopened, for testing dropped off at your lab on January 17th, 2017. As previously discussed, we would like to request mercury testing of these. Please retain all of the products and all packaging and enclosures for each, to be returned or disposed of upon our further direction, depending on the test results. Please provide results for each product on a separate page and provide a chain of custody report.

The packaging of each product is unopened. **If a warning referring California's Proposition 65 is enclosed in any of the packaging, please notify me before proceeding with testing of that product.** Feel free to contact me if you have any questions.

| Product Category | Product | Product Chemical |
|---|---|---|
| Skin Whitening Product | CCM Perfect 365 Special White Cream (A2-021) | Hg |
| Skin Whitening Product | Be Be Special Cream Round-Yellow (Anti-Freckle, Blemish) (A2-022) | Hg |
| ███████████████ | ███████████████ | |

Sincerely,

Carla Barraez
*Administrative Assistant*



**COOLER RECEIPT CHECKLIST**

ENTHALPY
ANALYTICAL
Berkeley

Login # 296375   Date Received 1-7-18   Number of coolers ___
Client Greenfire Law   Project Greenfire Law - Mercury Test

Date Opened 1-17-18   By (print) kp   (sign) kp
Date Logged in 1   By (print) kp   (sign) kp
Date Labelled ✓   By (print) kp   (sign) kp

1. Did cooler come with a shipping slip (airbill, etc)_____YES   NO
   Shipping info_____

2A. Were custody seals present? .... ☐ YES (circle)   on cooler   on samples   ☐ NO
    How many _____ Name_____ Date_____
2B. Were custody seals intact upon arrival? _____YES   NO   N/A
3. Were custody papers dry and intact when received?_____YES   NO
4. Were custody papers filled out properly (ink, signed, etc)? _____YES   NO
5. Is the project identifiable from custody papers? (If so fill out top of form)___YES   NO
6. Indicate the packing in cooler: (if other, describe)_____
   ☑ Bubble Wrap    ☐ Foam blocks    ☑ Bags    ☐ None
   ☐ Cloth material  ☐ Cardboard      ☐ Styrofoam    ☐ Paper towels
7. Temperature documentation:      * Notify PM if temperature exceeds 6°C

   Type of ice used: ☐ Wet    ☐ Blue/Gel   ☑ None   Temp(°C)_____

   ☐ Temperature blank(s) included? ☐ Thermometer#_____ ☐ IR Gun#_____

   ☐ Samples received on ice directly from the field. Cooling process had begun

8. Were Method 5035 sampling containers present?_____YES   NO
   If YES, what time were they transferred to freezer?_____
9. Did all bottles arrive unbroken/unopened?_____YES   NO
10. Are there any missing / extra samples? _____YES   NO
11. Are samples in the appropriate containers for indicated tests? _____YES   NO
12. Are sample labels present, in good condition and complete? _____YES   NO
13. Do the sample labels agree with custody papers? _____YES   NO
14. Was sufficient amount of sample sent for tests requested? _____YES   NO
15. Are the samples appropriately preserved? _____YES   NO   N/A
16. Did you check preservatives for all bottles for each sample? _____YES   NO   N/A
17. Did you document your preservative check? (pH strip lot#_____ ) YES   NO   N/A
18. Did you change the hold time in LIMS for unpreserved VOAs? _____YES   NO   N/A
19. Did you change the hold time in LIMS for preserved terracores? _____YES   NO   N/A
20. Are bubbles > 6mm absent in VOA samples? _____YES   NO   N/A
21. Was the client contacted concerning this sample delivery? _____ YES   NO
    If YES, Who was called?_____ By_____ Date:_____

COMMENTS _____
_____
_____
_____
_____
_____
_____

Rev 14, 8/01/17


ENTHALPY
ANALYTICAL

Detections Summary for 296375

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location : 2017-00237


Client Sample ID : A2-021                Laboratory Sample ID :          296375-001

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 1,800 |  | 180 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |


Client Sample ID : A2-022                Laboratory Sample ID :          296375-002

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 2,700 |  | 160 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |





| Mercury by Cold Vapor AA | | | | | | |
|---|---|---|---|---|---|---|

| Lab #: | 296375 | | Location: | 2017-00237 | | |
|---|---|---|---|---|---|---|
| Client: | Greenfire Law | | Prep: | METHOD | | |
| Project#: | STANDARD | | Analysis: | EPA 7471A | | |
| Analyte: | Mercury | | Sampled: | 01/17/18 | | |
| Units: | mg/Kg | | Received: | 01/17/18 | | |
| Basis: | as received | | Prepared: | 01/23/18 | | |
| Batch#: | 255826 | | Analyzed: | 01/23/18 | | |

| Field ID | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|
| A2-021 | SAMPLE | 296375-001 | Miscell. | 1,800 | 180 | 10,000 |
| A2-022 | SAMPLE | 296375-002 | Miscell. | 2,700 | 160 | 10,000 |
| ███ | ██████ | ███████ | ██████ | ███ | ████ | ████ |

ND= Not Detected
RL= Reporting Limit



Batch QC Report

| Mercury by Cold Vapor AA | | | | |
|---|---|---|---|---|

| Lab #: | 296375 | Location: | 2017-00237 |
|---|---|---|---|
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Diln Fac: | 1.000 |
| Field ID: | ZZZZZZZZZZ | Batch#: | 255826 |
| MSS Lab ID: | 296242-001 | Sampled: | 01/12/18 |
| Matrix: | Soil | Received: | 01/12/18 |
| Units: | mg/Kg | Prepared: | 01/23/18 |
| Basis: | as received | Analyzed: | 01/23/18 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| BS | QC917406 | | 0.1667 | 0.1712 | 103 | 80-126 | | |
| BSD | QC917407 | | 0.1639 | 0.1437 | 88 | 80-126 | 16 | 45 |
| MS | QC917408 | 0.03371 | 0.1695 | 0.2264 | 114 | 61-157 | | |
| MSD | QC917409 | | 0.1613 | 0.1949 | 100 | 61-157 | 11 | 57 |

**EXHIBIT  3**



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

May 25, 2023

Nuria De La Fuente
2748 Adeline Street, Suite A
Greenfire Law, PC
Berkeley, CA 94703

Work Order Number: 2301941
RE: Mercury Project

Enclosed are the results of analyses for samples received by the laboratory on 05/16/23. If you have any questions concerning this report, please feel free to contact me.

The results in this report apply to the samples as received.

All samples will be retained by Legend Technical Services, Inc. unless consumed in the analysis, for 30 days from the date of this report and then discarded unless other arrangements are made.

Prepared by,
Legend Technical Services, Inc.

Bach Pham
Client Manager II/Department Manager
bpham@legend-group.com

Legend Technical Services, Inc.

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | |
|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project |
| 2748 Adeline Street, Suite A | Project Number: | 005 GFL |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente |

**Date Reported:**

May 25, 2023

## ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date/Time Sampled | Date/Time Received |
|---|---|---|---|---|
| A2-128.b | 2301941-01 | Solid | 05/12/23 00:00 | 05/16/23  14:31 |
| A2-132 | 2301941-02 | Solid | 05/12/23 00:00 | 05/16/23  14:31 |

*Legend Technical Services, Inc.*

*Work Order Number:*      *2301941*

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 2 of 4



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | |
|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project |
| 2748 Adeline Street, Suite A | Project Number: | 005 GFL |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente |

**Date Reported:**
May 25, 2023

### TOTAL METALS ANALYSIS
### Legend Technical Services, Inc.

| Analyte | Result | RL | Unit | Prepared | Analyzed | Method | Qualifier(s) |
|---|---|---|---|---|---|---|---|
| **A2-128.b (2301941-01)** | | | | | | | |
| **Mercury** | **4400** | 0.50 | mg/kg wet | 05/22/23 | 05/22/23 | EPA 6010D | E-7 |
| **A2-132 (2301941-02)** | | | | | | | |
| **Mercury** | **2600** | 0.50 | mg/kg wet | 05/22/23 | 05/22/23 | EPA 6010D | E-7 |

*Legend Technical Services, Inc.*

Work Order Number:       2301941

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 3 of 4



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | |
|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project |
| 2748 Adeline Street, Suite A | Project Number: | 005 GFL |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente |

**Date Reported:**

May 25, 2023

**Report Comments**

**Notes and Definitions**

RL          Reporting Limit
E-7         Result estimated; not within calibration range.

*Legend Technical Services, Inc.*

Work Order Number:          2301941

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 4 of 4

**EXHIBIT  4**





# Enthalpy Analytical

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 297293**
**ANALYTICAL REPORT**

| | |
|---|---|
| Greenfire Law | Project  : STANDARD |
| 1202 Oregon Street | Location : Greenfire Law-Mercury Test |
| Berkeley, CA 94702 | Level    : II |

| Sample ID | Lab ID |
|-----------|--------------|
| A2-025 | 297293-001 |
| A2-026 | 297293-002 |
| A2-027 | 297293-003 |
| A2-028 | 297293-004 |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature which applies to this PDF file as well as any associated electronic data deliverable files. The results contained in this report meet all requirements of NELAP and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____          Date:  02/28/2018

              Patrick McCarthy
              Project Manager
        patrick.mccarthy@enthalpy.com
              (510) 204-2236

CA ELAP# 2896, NELAP# 4044-001



## CASE NARRATIVE

Laboratory number:      **297293**
Client:                 **Greenfire Law**
Location:               **Greenfire Law-Mercury Test**
Request Date:           **02/21/18**
Samples Received:       **02/21/18**


This data package contains sample and QC results for four whitening cream samples, requested for the above referenced project on 02/21/18. The samples were received intact.

**<u>Metals (EPA 7471A):</u>**
Low recoveries were observed for mercury in the MS/MSD for batch 256835; the parent sample was not a project sample, and the associated RPD was within limits. No other analytical problems were encountered.

Page 1 of 1

**Enthalpy Analytical LLC**
2323 Fifth Street
Berkeley, CA 94710
(510) 486-0900 Phone
(510) 486-0532 Fax

# CHAIN OF CUSTODY

Page 1 of 1

Chain of Custody # :

C&T LOGIN # 297293

| Project No: | 2017-00237 |
|---|---|
| Project Name: | Greenfire Law - Mercury Test |
| EDD Format: | Rpt Level: ´ II ´ III ´ IV |
| Turnaround Time: | o RUSH _____ X Standard |

Sampler: _____
Report To: Rachel Doughty
Company : Greenfire Law, PC
Telephone: 828-424-2005
Email: rdoughty@greenfirelaw.com

**Analytical Request**

| Lab No. | Sample ID. | Sampling | | Matrix | | | | Chemical Preservative | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Time | Water | Soil | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None | | |
| A2-025 | X2 PCS SET Polla Anti-melasma, Acne, Dark Spot, Whitening Day & Night Creams 5g | 02/21/2018 | | | | | | | | | | | |
| A2-026 | Goree Day & Night Whitening Cream | 02/21/2018 | | | | | | | | | | | |
| A2-027 | Whitening Ginseng Pearl Snow Lotus Latinal Face Cream Anti Wrinkle Acne Freckle 20g | 02/21/2018 | | | | | | | | | | | |
| A2-028 | KIM Whitening Ginseng Pearl & Snow Lotus Latinal Smoother Face Cream 20g | 02/21/2018 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Notes:
All product are in their original packaging, unopened.
Do not test if Prop 65 warning is found in the product. PLEASE KEEP ORIGINAL PACKAGING AND RETURN WITH PRODUCT

SAMPLE RECEIPT
o Intact   o Cold
o On Ice   o Ambient

**RELINQUISHED BY:**
Carla Barraez   CB53

02-21-18
10:44 am          DATE/TIME

**RECEIVED BY:**
_____ BB2          2/21/18 10:44

_____          DATE/TIME

_____          DATE/TIME

**SAMPLE RECEIPT CHECKLIST**

**Section 1:**  Login # 257293   Client: Greenfire Law, PC
  Date Received: 2/21/18   Project: Mercury Test

ENTHALPY

**Section 2:**  Samples received in a cooler? ☐ Yes, how many? _____ ☒ No (skip Section 3 below)
If no cooler Sample Temp (°C): 70.0   using IR Gun # ☐ A, or ☒ B
  ☐ Samples received on ice directly from the field. Cooling process had begun

If in cooler: Date Opened 2/21/18  By (print) Tky   (sign) Tky
  Shipping Info (if applicable) _____
  Are custody seals present? ☒ No, or ☐ Yes. If yes, where? ☐ on cooler, ☐ on samples, ☐ on package
    ☐ Date: _____  How many _____  ☐ Signature, ☐ Initials, ☐ None
  Were custody seals intact upon arrival?  ☐ Yes  ☐ No  ☒ N/A

**Section 3:**   *Important* : Notify PM if temperature exceeds 6°C or arrive frozen.
Packing in cooler: (if other, describe)_____
  ☐ Bubble Wrap, ☐ Foam blocks, ☒ Bags, ☐ None, ☐ Cloth material, ☐ Cardboard, ☐ Styrofoam, ☐ Paper towels
☐ Samples received on ice directly from the field. Cooling process had begun
Type of ice used : ☐ Wet, ☐ Blue/Gel, ☐ None   Temperature blank(s) included? ☐ Yes, ☐ No
Temperature measured using ☐ Thermometer ID:_____, or IR Gun # ☐ A  ☐ B
Cooler Temp (°C): #1: _____, #2: _____, #3: _____, #4: _____, #5: _____, #6: _____, #7: _____

| Section 4: | YES | NO | N/A |
|---|---|---|---|
| Were custody papers dry, filled out properly, and the project identifiable | ✕ | | |
| Were Method 5035 sampling containers present? | | ✕ | |
|    If YES, what time were they transferred to freezer?_____ | | | |
| Did all bottles arrive unbroken/unopened? | ✕ | | |
| Are there any missing / extra samples? | | ✕ | |
| Are samples in the appropriate containers for indicated tests? | ✕ | | |
| Are sample labels present, in good condition and complete? | ✕ | | |
| Does the container count match the COC? | | | ✕ |
| Do the sample labels agree with custody papers? | ✕ | | |
| Was sufficient amount of sample sent for tests requested? | ✕ | | |
| Did you change the hold time in LIMS for unpreserved VOAs? | | | ✕ |
| Did you change the hold time in LIMS for preserved terracores? | | | ✕ |
| Are bubbles > 6mm absent in VOA samples? | | | ✕ |
| Was the client contacted concerning this sample delivery? | | ✕ | |
|    If YES, who was called?_____ By_____ Date:_____ | | | |

| Section 5: | YES | NO | N/A |
|---|---|---|---|
| Are the samples appropriately preserved?     (if N/A, skip the rest of section 5) | | | ✕ |
| Did you check preservatives for all bottles for each sample? | | | |
| Did you document your preservative check? | | | |

  pH strip lot# _____, pH strip lot# _____, pH strip lot# _____
Preservative added:
☐ H2SO4 lot# _____ added to samples _____ on/at _____
☐ HCL lot# _____ added to samples _____ on/at _____
☐ HNO3 lot# _____ added to samples _____ on/at _____
☐ NaOH lot# _____ added to samples _____ on/at _____

**Section 6:**
Explanations/Comments: The letter was dated wrong. Says January 21, 2018 but was dropped off on Feb 21, 2018.

Date Logged in 2/21/18   By (print) Tky   (sign) Tky
Date Labeled 2/21/18   By (print) Tky   (sign) Tky

297293

 **GREENFIRE LAW, PC**

RACHEL S. DOUGHTY
1202 OREGON STREET
BERKELEY, CA 94702
PHONE: 828.424.2005
EMAIL: rdoughty@greenfirelaw.com
WWW.GREENFIRELAW.COM

January 21st, 2018

Enthalpy Analytical, LLC.
2323 5TH Street
Berkeley, CA 94710

**RE: Testing of products for mercury content**

Patrick,

Please find enclosed 4 products in their original packaging, unopened, for testing dropped off at your lab on January 21st, 2018. As previously discussed, we would like to request mercury testing of these. Please **retain all of the products and all packaging** and enclosures for each, to be returned or disposed of upon our further direction, depending on the test results. Please provide results for each product on a separate page and provide a chain of custody report.

The packaging of each product is unopened. **If a warning referring California's Proposition 65 is enclosed in any of the packaging, please notify me before proceeding with testing of that product.** Feel free to contact me if you have any questions.

| Product Category | Product | Product Chemical |
|---|---|---|
| Skin Whitening Product | X2 PCS SET Polla Anti-melasma, Acne, Dark Spot, Whitening Day & Night Creams 5g (A2-025) | Hg |
| Skin Whitening Product | Goree Day & Night Whitening Cream (A2-026) | Hg |
| Skin Whitening Product | Whitening Ginseng Pearl Snow Lotus Latinal Face Cream Anti Wrinkle Acne Freckle 20g (A2-027) | Hg |
| Skin Whitening Product | KIM Whitening Ginseng Pearl & Snow Lotus Latinal Smoother Face Cream 20g (A2-028) | Hg |

Sincerely,

*Carla RB*

Carla Barraez
*Administrative Assistant*

5 of 8



ENTHALPY
ANALYTICAL

Detections Summary for 297293

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location : Greenfire Law-Mercury Test

Client Sample ID : A2-025              Laboratory Sample ID :           297293-001

| Analyte | Result | Flags | RL  | Units | Basis   | IDF   | Method    | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 6,100  |       | 180 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD      |

Client Sample ID : A2-026              Laboratory Sample ID :           297293-002

| Analyte | Result | Flags | RL    | Units | Basis   | IDF    | Method    | Prep Method |
|---------|--------|-------|-------|-------|---------|--------|-----------|-------------|
| Mercury | 23,000 |       | 1,800 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD      |

Client Sample ID : A2-027              Laboratory Sample ID :           297293-003

| Analyte | Result | Flags | RL  | Units | Basis   | IDF   | Method    | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 5,500  |       | 170 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD      |

Client Sample ID : A2-028              Laboratory Sample ID :           297293-004

| Analyte | Result | Flags | RL    | Units | Basis   | IDF    | Method    | Prep Method |
|---------|--------|-------|-------|-------|---------|--------|-----------|-------------|
| Mercury | 7,800  |       | 1,800 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD      |



| Mercury by Cold Vapor AA | | | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Lab #: | 297293 | | Location: | Greenfire Law-Mercury Test | |
| Client: | Greenfire Law | | Prep: | METHOD | |
| Project#: | STANDARD | | Analysis: | EPA 7471A | |
| Analyte: | Mercury | | Sampled: | 02/21/18 | |
| Units: | mg/Kg | | Received: | 02/21/18 | |
| Basis: | as received | | Prepared: | 02/27/18 | |
| Batch#: | 256835 | | Analyzed: | 02/28/18 | |

| Field ID | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|
| A2-025 | SAMPLE | 297293-001 | Miscell. | 6,100 | 180 | 10,000 |
| A2-026 | SAMPLE | 297293-002 | Miscell. | 23,000 | 1,800 | 100,000 |
| A2-027 | SAMPLE | 297293-003 | Miscell. | 5,500 | 170 | 10,000 |
| A2-028 | SAMPLE | 297293-004 | Miscell. | 7,800 | 1,800 | 100,000 |
| | BLANK | QC921418 | Soil | ND | 0.017 | 1.000 |

ND= Not Detected
RL= Reporting Limit
2.0



Batch QC Report

| Mercury by Cold Vapor AA |
|---|

| Lab #: | 297293 | Location: | Greenfire Law-Mercury Test |
|---|---|---|---|
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Diln Fac: | 1.000 |
| Field ID: | ZZZZZZZZZZ | Batch#: | 256835 |
| MSS Lab ID: | 297160-001 | Sampled: | 02/12/18 |
| Matrix: | Soil | Received: | 02/15/18 |
| Units: | mg/Kg | Prepared: | 02/27/18 |
| Basis: | as received | Analyzed: | 02/28/18 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| BS | QC921419 | | 0.1639 | 0.1535 | 94 | 80-126 | | |
| BSD | QC921420 | | 0.1613 | 0.1449 | 90 | 80-126 | 4 | 45 |
| MS | QC921421 | 0.2804 | 0.1754 | 0.2730 | -4 * | 61-157 | | |
| MSD | QC921422 | | 0.1695 | 0.2761 | -3 * | 61-157 | 2 | 57 |

*= Value outside of QC limits; see narrative
RPD= Relative Percent Difference

**EXHIBIT  5**





# Enthalpy Analytical

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 298327**
**ANALYTICAL REPORT**

---

| | |
|---|---|
| Greenfire Law | Project  : STANDARD |
| 1202 Oregon Street | Location : Grenfire Law-Mecury Test |
| Berkeley, CA 94702 | Level    : II |

---

| Sample ID | Lab ID |
|---|---|
| A2-029 | 298327-001 |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature which applies to this PDF file as well as any associated electronic data deliverable files. The results contained in this report meet all requirements of NELAP and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____        Date:  04/02/2018

Patrick McCarthy
Project Manager
patrick.mccarthy@enthalpy.com
(510) 204-2236 ext 13115

CA ELAP# 2896, NELAP# 4044-001



ENTHALPY
ANALYTICAL

**CASE NARRATIVE**

Laboratory number:      **298327**
Client:                 **Greenfire Law**
Location:               **Grenfire Law-Mecury Test**
Request Date:           **03/26/18**
Samples Received:       **03/26/18**


This data package contains sample and QC results for two whitening cream samples, one skin lotion sample, and one soap sample, requested for the above referenced project on 03/26/18. The samples were received cold and intact.

**Metals (EPA 7471A):**
No analytical problems were encountered.

4.0

**Enthalpy Analytical LLC**

# CHAIN OF CUSTODY

Page 1 of 1

2323 Fifth Street
Berkeley, CA 94710
(510) 486-0900 Phone
(510) 486-0532 Fax

C&T LOGIN # _298327_

Chain of Custody # : _____

**Analytical Request**

| Project No: | 2017-00237 |
| Project Name: | Greenfire Law - Mercury Test |
| EDD Format: _____ | Rpt Level: ☐ II ☐ III ☐ IV |
| Turnaround Time: | o RUSH _____ ❋ Standard |

| Sampler: | |
| Report To: | Rachel Doughty |
| Company : | Greenfire Law, PC |
| Telephone: | 828-424-2005 |
| Email: | rdoughty@greenfirelaw.com |

| Lab No. | Sample ID. | Sampling Date | Time | Water | Soil | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None |
|---------|-----------|------|------|-------|------|-----------------|-----|-------|------|------|------|
| A2-029 | CCM Anti Freckle & Blemish - Night Cream | 03/26/2018 | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Sampling — Matrix — Chemical Preservative

**Notes:** All product are in their original packaging, unopened.
Do not test if Prop 65 warning is found in the product.

SAMPLE RECEIPT
☐ Intact ☐ Cold
o On Ice ☐ Ambient

**RELINQUISHED BY:**
Carla Barraez

03-26-18

11:40 am   DATE/TIME

**RECEIVED BY:**

3/26/18   DATE/TIME

11:40   DATE/TIME

DATE/TIME

**SAMPLE RECEIPT CHECKLIST**

**Section 1:** Login # _2.98327_    Client: _Greenfire Law_
Date Received: _3-26-18_    Project: _Greenfire Law - Mercury Test_

**ENTHALPY**
ANALYTICAL

**Section 2:** Samples received in a cooler? ☐ Yes, how many? _____    ☒ No (skip Section 3 below)
If no cooler Sample Temp (°C): _____    using IR Gun # ☐ A, or ☐ B
☐ Samples received on ice directly from the field. Cooling process had begun
If in cooler: Date Opened _3-26-18_  By (print) _BGJ_____  (sign) _BGJ_____
Shipping info (if applicable) _____
Are custody seals present?  ☐ No, or ☐ Yes. If yes, where? ☐ on cooler, ☐ on samples, ☐ on package
☐ Date: _____ How many _____ ☐ Signature, ☐ Initials, ☐ None
Were custody seals intact upon arrival?   ☐ Yes   ☐ No   ☐ N/A

**Section 3:**                                    *Important*: Notify PM if temperature exceeds 6°C or arrive frozen.
Packing in cooler: (if other, describe)_____
☐ Bubble Wrap, ☐ Foam blocks, ☒ Bags, ☐ None, ☐ Cloth material, ☐ Cardboard, ☐ Styrofoam, ☐ Paper towels
☐ Samples received on ice directly from the field. Cooling process had begun
Type of ice used : ☐ Wet, ☐ Blue/Gel, ☐ None       Temperature blank(s) included? ☐ Yes, ☐ No
Temperature measured using ☐ Thermometer ID: _____, or IR Gun # ☐ A  ☐ B
Cooler Temp (°C): #1: _____, #2: _____, #3: _____, #4: _____, #5: _____, #6: _____, #7: _____

| Section 4: | YES | NO | N/A |
|---|---|---|---|
| Were custody papers dry, filled out properly, and the project identifiable | X | | |
| Were Method 5035 sampling containers present? | | X | |
| If YES, what time were they transferred to freezer?_____ | | | |
| Did all bottles arrive unbroken/unopened? | X | | |
| Are there any missing / extra samples? | | X | |
| Are samples in the appropriate containers for indicated tests? | X | | |
| Are sample labels present, in good condition and complete? | X | | |
| Does the container count match the COC? | X | | |
| Do the sample labels agree with custody papers? | X | | |
| Was sufficient amount of sample sent for tests requested? | X | | |
| Did you change the hold time in LIMS for unpreserved VOAs? | | | X |
| Did you change the hold time in LIMS for preserved terracores? | | | X |
| Are bubbles > 6mm absent in VOA samples? | | | X |
| Was the client contacted concerning this sample delivery? | | X | |
| If YES, who was called?_____ By_____ Date:_____ | | | |

| Section 5: | YES | NO | N/A |
|---|---|---|---|
| Are the samples appropriately preserved?   (if N/A, skip the rest of section 5) | | | X |
| Did you check preservatives for all bottles for each sample? | | | |
| Did you document your preservative check? | | | |
| pH strip lot# _____, pH strip lot# _____, pH strip lot# _____ | | | |

Preservative added:
☐ H2SO4 lot# _____ added to samples _____ on/at _____
☐ HCL lot# _____ added to samples _____ on/at _____
☐ HNO3 lot# _____ added to samples _____ on/at _____
☐ NaOH lot# _____ added to samples _____ on/at _____

**Section 6:**
Explanations/Comments: _____

Date Logged in _3-26-18_   By (print) _BGJ_____  (sign) _BGJ_____
Date Labeled _3-26-18_   By (print) _BGJ_____  (sign) _BGJ_____

298327



**GREENFIRE**
**LAW, PC**

RACHEL S. DOUGHTY
1202 OREGON STREET
BERKELEY, CA 94702
PHONE: 828.424.2005
EMAIL: rdoughty@greenfirelaw.com
WWW.GREENFIRELAW.COM

March 26, 2018

Enthalpy Analytical, LLC.
2323 5TH Street
Berkeley, CA 94710

### RE: Testing of products for mercury content

Patrick,

Please find enclosed 2 products in their original packaging, unopened, for testing dropped off at your lab on March 26, 2018. As previously discussed, we would like to request mercury testing of these. Please **retain all of the products and all packaging** and enclosures for each, to be returned or disposed of upon our further direction, depending on the test results. Please provide results for each product on a separate page and provide a chain of custody report.

The packaging of each product is unopened. **If a warning referring California's Proposition 65 is enclosed in any of the packaging, please notify me before proceeding with testing of that product.** Feel free to contact me if you have any questions.

| Product Category | Product | Product Chemical |
|---|---|---|
| Skin Whitening Product | CCM Anti Freckle & Blemish - Night Cream (A2-029) | Hg |
|  |  |  |

Sincerely,

Carla Barraez
*Administrative Assistant*





Detections Summary for 298327

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location : Grenfire Law-Mecury Test

Client Sample ID : A2-029                    Laboratory Sample ID :          298327-001

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 3,700  |       | 430 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |

1 of 1                                                                          7.0



## Mercury by Cold Vapor AA

| | | | |
|---|---|---|---|
| Lab #: | 298327 | Location: | Grenfire Law-Mecury Test |
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Sampled: | 03/26/18 |
| Units: | mg/Kg | Received: | 03/26/18 |
| Basis: | as received | Prepared: | 03/29/18 |
| Batch#: | 257909 | Analyzed: | 03/29/18 |

| Field ID | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|
| A2-029 | SAMPLE | 298327-001 | Miscell. | 3,700 | 430 | 10,000 |

ND= Not Detected
RL= Reporting Limit
Page 1 of 1

2.0



Batch QC Report

| Mercury by Cold Vapor AA | | | | | | | |

| Lab #: | 298327 | | Location: | Grenfire Law-Mecury Test |
|---|---|---|---|---|
| Client: | Greenfire Law | | Prep: | METHOD |
| Project#: | STANDARD | | Analysis: | EPA 7471A |
| Analyte: | Mercury | | Diln Fac: | 1.000 |
| Field ID: | ZZZZZZZZZZ | | Batch#: | 257909 |
| MSS Lab ID: | 298246-001 | | Sampled: | 03/20/18 |
| Matrix: | Soil | | Received: | 03/22/18 |
| Units: | mg/Kg | | Prepared: | 03/29/18 |
| Basis: | as received | | Analyzed: | 03/29/18 |

| Type | Lab ID | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|
| BS | QC925652 | 0.1754 | 0.1834 | 105 | 80-126 | | |
| BSD | QC925653 | 0.1724 | 0.1473 | 85 | 80-126 | 20 | 45 |
| MS | QC925654 | | NA | | | | |
| MSD | QC925655 | | NA | | | | |

NA= Not Analyzed
RPD= Relative Percent Difference

Page 1 of 1

3.0

**EXHIBIT  6**





**Curtis & Tompkins, Ltd.,** Analytical Laboratories, Since 1878

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 270155**
**ANALYTICAL REPORT**

---

Greenfire Law                          Project : STANDARD
1202 Oregon Street
Berkeley, CA 94702                     Level   : II

---

| Sample ID | Lab ID |
|-----------|--------|
| FACE FRESH BEAUTY CREAM | 270155-001 |
| SEAWEED CREAM EXTRA WHITENING | 270155-002 |

This data package has been reviewed for technical correctness and completeness.
Release of this data has been authorized by the Laboratory Manager or the
Manager's designee, as verified by the following signature. The results
contained in this report meet all requirements of NELAC and pertain only to
those samples which were submitted for analysis. This report may be reproduced
only in its entirety.

Signature: _____          Date:  10/01/2015

                John Goyette
            Senior Program Manager
             goyette@ctberk.com
               (510) 204-2233

CA ELAP# 2896, NELAP# 4044-001



## CASE NARRATIVE

Laboratory number:      **270155**
Client:                 **Greenfire Law**
Request Date:           **09/24/15**
Samples Received:       **09/24/15**


This data package contains sample and QC results for two product samples,
requested for the above referenced project on 09/24/15. The samples were
received intact.

**Metals (EPA 7471A):**
No analytical problems were encountered.

Page 1 of 1

4.0



# Greenfire Law

Rachel S. Doughty, Esq.
1202 Oregon Street
Berkeley, CA 94702
828.333.4703  828.424.2005 (cell)
rdoughty@greenfirelaw.com

September 23, 2015

*270155*

Good afternoon,

Please find enclosed two products in their original packaging, unopened, for testing dropped off on September 24, 2015. As previously discussed, we would like to kindly request the Hg test (at $40 per item). Please retain all of the products and all packaging and enclosures for each, to be returned or disposed of upon my further direction, depending on the test results. Please provide results for each product on a separate page and provide a chain of custody report for each.

The packaging of each product is unopened.  **If a warning referencing California's Proposition 65 is enclosed in any of the packaging, please notify me before proceeding with testing of that product.** Feel free to reach me if you have any questions.

| Product Category | Product | Chemicals |
|---|---|---|
| Whitening Cream | Face Fresh Beauty Cream | Hg |
| Whitening Cream | Seaweed Cream-EXTRA WHITENING & FACE LIFT **(please test ONLY the green container)** | Hg |

Sincerely,

Rachel S. Doughty

Relinquished by: _____

Received by: _____

Date/Time: 9.24.15 0927

 Curtis & Tompkins, Ltd.

Detections Summary for 270155

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location :

Client Sample ID : FACE FRESH BEAUTY CREAM   Laboratory Sample ID :   270155-001

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|---------|-------|-----------|-------------|
| Mercury | 5,600 | | 160 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |

Client Sample ID : SEAWEED CREAM EXTRA WHITENING   Laboratory Sample ID :   270155-002

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|---------|------|-----------|-------------|
| Mercury | 2,000 | | 83 | mg/Kg | As Recd | 5000 | EPA 7471A | METHOD |



## Mercury by Cold Vapor AA

| Lab #: | 270155 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |
| Analyte: | Mercury | Batch#: | 227653 |
| Matrix: | Miscell. | Sampled: | 09/24/15 |
| Units: | mg/Kg | Received: | 09/24/15 |
| Basis: | as received | Analyzed: | 09/29/15 |

| Field ID | Type | Lab ID | Result | RL | Diln Fac | Prepared |
|---|---|---|---|---|---|---|
| FACE FRESH BEAUTY CREAM | SAMPLE | 270155-001 | 5,600 | 160 | 10,000 | 09/29/15 |
| SEAWEED CREAM EXTRA WHITENING | SAMPLE | 270155-002 | 2,000 | 83 | 5,000 | 09/29/15 |
| | BLANK | QC805562 | ND | 0.017 | 1.000 | 09/28/15 |

ND= Not Detected
RL= Reporting Limit

2.0



Batch QC Report

| Mercury by Cold Vapor AA |
|---|

| Lab #: | 270155 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |
| Analyte: | Mercury | Basis: | as received |
| Field ID: | ZZZZZZZZZZ | Batch#: | 227653 |
| MSS Lab ID: | 270144-001 | Sampled: | 09/24/15 |
| Matrix: | Miscell. | Received: | 09/24/15 |
| Units: | mg/Kg | Prepared: | 09/28/15 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim | Diln Fac | Analyzed |
|---|---|---|---|---|---|---|---|---|---|---|
| BS | QC805563 | | 0.2083 | 0.2204 | 106 | 80-120 | | | 1.000 | 09/29/15 |
| BSD | QC805564 | | 0.2083 | 0.2157 | 104 | 80-120 | 2 | 20 | 1.000 | 09/29/15 |
| MS | QC805565 | 3.737 | 0.2273 | 5.807 | NM | 69-142 | | | 100.0 | 09/28/15 |
| MSD | QC805566 | | 0.1953 | 4.269 | NM | 69-142 | 30 | 36 | 100.0 | 09/28/15 |

NM= Not Meaningful: Sample concentration > 4X spike concentration
RPD= Relative Percent Difference

3.0

**EXHIBIT  7**





# Enthalpy Analytical

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 303944**
**ANALYTICAL REPORT**

| | |
|---|---|
| Greenfire Law | Project  : STANDARD |
| 2550 9th Street | Location : Greenfirew Law-Mercury Test |
| Berkeley, CA 94702 | Level    : II |

| Sample ID | Lab ID |
|---|---|
| A2-035 | 303944-001 |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature which applies to this PDF file as well as any associated electronic data deliverable files. The results contained in this report meet all requirements of NELAP and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____          Date: _10/11/2018_
              Patrick McCarthy
              Project Manager
          patrick.mccarthy@enthalpy.com
          (510) 204-2236 ext 13115

CA ELAP# 2896, NELAP# 4044-001



# CASE NARRATIVE

Laboratory number:      **303944**
Client:                 **Greenfire Law**
Location:               **Greenfirew Law-Mercury Test**
Request Date:           **10/03/18**
Samples Received:       **10/03/18**


This data package contains sample and QC results for one whitening cream sample, requested for the above referenced project on 10/03/18. The sample was received cold and intact.

**<u>Metals (EPA 7471A):</u>**
No analytical problems were encountered.

4.0

**Enthalpy Analytical LLC**
2323 Fifth Street
Berkeley, CA 94710
(510) 486-0900 Phone
(510) 486-0532 Fax

# CHAIN OF CUSTODY

1 _of _____1

Chain of Custody # :

C&T LOGIN # 303944

| Project No: | 2017-00237 |
| Project Name: | Greenfire Law - Mercury Test |
| EDD Format: _____ Rpt Level: ´ II´ III´ IV |
| Turnaround Time: | o RUSH _____ X Standard |

Sampler:
Report To: Rachel Doughty
Company : Greenfire Law
Telephone: 510-900-9502
Email: rdoughty@greenfirelaw.com

**Analytical Request**

| Lab No. | Sample ID. | Sampling | | Matrix | | | Chemical Preservative | | | | | Mercury | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Time | Water | Soil | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None | | |
| A2-035 | Chandni Whitening Cream | 10/03/18 | | | | 1 | | | | | X | X | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Notes:** All products are in their orginal packaging, unopened. DO NOT test if Prop 65 warning is found. PLEASE KEEP ALL ORIGINAL PACKAGING and RETURN WITH PRODUCT.

SAMPLE RECEIPT

X Intact   o Cold
o On Ice   o Ambient

RELINQUISHED BY:

Jarrell   10/3/18, 15:11
DATE/TIME

DATE/TIME

RECEIVED BY:

Pat Hornsby   10/3/18 15:11
DATE/TIME

DATE/TIME

**SAMPLE RECEIPT CHECKLIST**

**Section 1:**  Login # _303944_     Client: _Greenfire Law_

Date Received: _10-3-18_     Project: _Mercury Test_

ENTHALPY

**Section 2:**  Samples received in a cooler? ☐ Yes, how many? _____ ☒ No **(skip Section 3 below)**

If no cooler Sample Temp (°C): _____     using IR Gun # ☐ A, or ☐ B

☐ Samples received on ice directly from the field. Cooling process had begun

If in cooler: Date Opened _10-3-18_ By (print) _____Tru_____ (sign) _____Tury_____

Shipping info (if applicable) _____

Are custody seals present? ☒ No, or ☐ Yes. If yes, where? ☐ on cooler, ☐ on samples, ☐ on package

☐ Date: _____  How many _____  ☐ Signature, ☐ Initials, ☐ None

Were custody seals intact upon arrival?  ☐ Yes  ☐ No  ☒ N/A

**Section 3:**                                                     *Important* : Notify PM if temperature exceeds 6°C or arrive frozen.

Packing in cooler: (if other, describe)_____

☐ Bubble Wrap, ☐ Foam blocks, ☒ Bags, ☐ None, ☐ Cloth material, ☐ Cardboard, ☐ Styrofoam, ☐ Paper towels

☐ Samples received on ice directly from the field. Cooling process had begun

Type of ice used :  ☐ Wet,  ☐ Blue/Gel,  ☐ None      Temperature blank(s) included?  ☐ Yes, ☐ No

Temperature measured using  ☐ Thermometer ID:_____, or IR Gun # ☐ A ☐ B

Cooler Temp (°C): #1: _____, #2: _____, #3: _____, #4: _____, #5: _____, #6: _____, #7: _____

| **Section 4:** | YES | NO | N/A |
|---|---|---|---|
| Were custody papers dry, filled out properly, and the project identifiable | ✓ | | |
| Were Method 5035 sampling containers present? | | ✓ | |
|     If YES, what time were they transferred to freezer?_____ | | | |
| Did all bottles arrive unbroken/unopened? | ✓ | | |
| Are there any missing / extra samples? | | ✓ | |
| Are samples in the appropriate containers for indicated tests? | ✓ | | |
| Are sample labels present, in good condition and complete? | ✓ | | |
| Does the container count match the COC? | | | ✓ |
| Do the sample labels agree with custody papers? | ✓ | | |
| Was sufficient amount of sample sent for tests requested? | ✓ | | |
| Did you change the hold time in LIMS for unpreserved VOAs? | | | ✓ |
| Did you change the hold time in LIMS for preserved terracores? | | | ✓ |
| Are bubbles > 6mm absent in VOA samples? | | | ✓ |
| Was the client contacted concerning this sample delivery? | | ✓ | |
|     If YES, who was called?_____ By_____ Date:_____ | | | |

| **Section 5:** | YES | NO | N/A |
|---|---|---|---|
| Are the samples appropriately preserved?     (if N/A, skip the rest of section 5) | | | ✓ |
| Did you check preservatives for all bottles for each sample? | | | |
| Did you document your preservative check? | | | |

pH strip lot# _____, pH strip lot# _____ , pH strip lot# _____

Preservative added:

☐ H2SO4 lot#_____     added to samples _____     on/at _____

☐ HCL lot#_____     added to samples _____     on/at _____

☐ HNO3 lot#_____     added to samples _____     on/at _____

☐ NaOH lot#_____     added to samples _____     on/at _____

**Section 6:**

Explanations/Comments: _____

_____

_____

Date Logged in _10-8-18_     By (print) _____Tru_____     (sign) _____Tury_____

Date Labeled _10-8-18_     By (print) _____Tru_____     (sign) _____Tury_____



Detections Summary for 303944

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location : Greenfirew Law-Mercury Test

Client Sample ID : A2-035                  Laboratory Sample ID :            303944-001

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|------|---------|-------------|
| Mercury | 22,000 | | 480 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |



| Mercury by Cold Vapor AA | | | |
|---|---|---|---|
| Lab #: | 303944 | Location: | Greenfirew Law-Mercury Test |
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Batch#: | 264394 |
| Field ID: | A2-035 | Sampled: | 10/03/18 |
| Matrix: | Miscell. | Received: | 10/03/18 |
| Units: | mg/Kg | Prepared: | 10/10/18 |
| Basis: | as received | Analyzed: | 10/10/18 |

| Type | Lab ID | Result | RL | Diln Fac |
|---|---|---|---|---|
| SAMPLE | 303944-001 | 22,000 | 480 | 10,000 |
| BLANK | QC951203 | ND | 0.016 | 1.000 |

ND= Not Detected
RL= Reporting Limit

Page 1 of 1

2.0



Batch QC Report

| Mercury by Cold Vapor AA | | | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Lab #: | 303944 | | Location: | Greenfirew Law-Mercury Test | | |
| Client: | Greenfire Law | | Prep: | METHOD | | |
| Project#: | STANDARD | | Analysis: | EPA 7471A | | |
| Analyte: | Mercury | | Batch#: | 264394 | | |
| Matrix: | Miscell. | | Prepared: | 10/10/18 | | |
| Units: | mg/Kg | | Analyzed: | 10/10/18 | | |
| Diln Fac: | 1.000 | | | | | |

| Type | Lab ID | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|
| BS | QC951204 | 0.1667 | 0.1466 | 88 | 80-120 | | |
| BSD | QC951205 | 0.1538 | 0.1340 | 87 | 80-120 | 1 | 20 |

RPD= Relative Percent Difference

**EXHIBIT  8**



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

April 11, 2023

Nuria De La Fuente
2748 Adeline Street, Suite A
Greenfire Law, PC
Berkeley, CA 94703

Work Order Number: 2301277
RE: Mercury Project

Enclosed are the results of analyses for samples received by the laboratory on 04/03/23. If you have any questions concerning this report, please feel free to contact me.

The results in this report apply to the samples as received.

All samples will be retained by Legend Technical Services, Inc. unless consumed in the analysis, for 30 days from the date of this report and then discarded unless other arrangements are made.

Prepared by,
Legend Technical Services, Inc.

Bach Pham
Client Manager II/Department Manager
bpham@legend-group.com



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| Greenfire Law, PC | Project: | Mercury Project | |
|---|---|---|---|
| 2748 Adeline Street, Suite A | Project Number: | 002 GFL | **Date Reported:** |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente | April 11, 2023 |

## ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date/Time Sampled | Date/Time Received |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| A2-098.e Night Cream | 2301277-02 | Solid | 03/30/23 00 00 | 04/03/23  12:10 |

---

*Legend Technical Services, Inc.*

Work Order Number:   2301277

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | |
|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project |
| 2748 Adeline Street, Suite A | Project Number: | 002 GFL |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente |

**Date Reported:**

April 11, 2023

### TOTAL METALS ANALYSIS
### Legend Technical Services, Inc.

| Analyte | Result | RL | Unit | Prepared | Analyzed | Method | Qualifier(s) |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

**A2-098.e Night Cream (2301277-02)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mercury | **9000** | 50 | mg/kg wet | 04/04/23 | 04/06/23 | EPA 6010D | |

---

*Legend Technical Services, Inc.*

Work Order Number:        2301277

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 3 of 4



88 Empire Drive
St Paul, MN  55103
Tel:  651-642-1150

| | | | |
|---|---|---|---|
| Greenfire Law, PC | Project: | Mercury Project | |
| 2748 Adeline Street, Suite A | Project Number: | 002 GFL | **Date Reported:** |
| Berkeley, CA  94703 | Project Manager: | Nuria De La Fuente | April 11, 2023 |

**Report Comments**

**Notes and Definitions**

RL        Reporting Limit

M2       Matrix spike recovery was low, the associated blank spike recovery was acceptable.

*Legend Technical Services, Inc.*

*Work Order Number:*     2301277

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 4 of 4

# EXHIBIT  9





# Enthalpy Analytical

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 297293**
**ANALYTICAL REPORT**

| | |
|---|---|
| Greenfire Law | Project  : STANDARD |
| 1202 Oregon Street | Location : Greenfire Law-Mercury Test |
| Berkeley, CA 94702 | Level    : II |

| Sample ID | Lab ID |
|-----------|------------|
| A2-025 | 297293-001 |
| A2-026 | 297293-002 |
| A2-027 | 297293-003 |
| A2-028 | 297293-004 |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature which applies to this PDF file as well as any associated electronic data deliverable files. The results contained in this report meet all requirements of NELAP and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____        Date: _02/28/2018_

Patrick McCarthy
Project Manager
patrick.mccarthy@enthalpy.com
(510) 204-2236

CA ELAP# 2896, NELAP# 4044-001



## CASE NARRATIVE

Laboratory number:       **297293**
Client:       **Greenfire Law**
Location:       **Greenfire Law-Mercury Test**
Request Date:       **02/21/18**
Samples Received:       **02/21/18**


This data package contains sample and QC results for four whitening cream samples, requested for the above referenced project on 02/21/18. The samples were received intact.

**Metals (EPA 7471A):**
Low recoveries were observed for mercury in the MS/MSD for batch 256835; the parent sample was not a project sample, and the associated RPD was within limits. No other analytical problems were encountered.

Page 1 of 1

4.0

**Enthalpy Analytical LLC**
2323 Fifth Street
Berkeley, CA 94710
(510) 486-0900 Phone
(510) 486-0532 Fax

# CHAIN OF CUSTODY

Page 1 of 1

C&T LOGIN # _297293_

| Project No: | 2017-00237 |
| Project Name: | Greenfire Law - Mercury Test |
| EDD Format: | _____ Rpt Level: ´ II ´ III ´ IV |
| Turnaround Time: | o RUSH _____  X Standard |

| Sampler: |
| Report To: | Rachel Doughty |
| Company : | Greenfire Law, PC |
| Telephone: | 828-424-2005 |
| Email: | rdoughty@greenfirelaw.com |

Chain of Custody # :

**Analytical Request**

| Lab No. | Sample ID. | Sampling | | Matrix | | | Chemical Preservative | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Time | Water | Soil | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None | |
| A2-025 | X2 PCS SET Polla Anti-melasma, Acne, Dark Spot, Whitening Day & Night Creams 5g | 02/21/2018 | | | | | | | | | | |
| A2-026 | Goree Day & Night Whitening Cream | 02/21/2018 | | | | | | | | | | |
| A2-027 | Whitening Ginseng Pearl Snow Lotus Latinal Face Cream Anti Wrinkle Acne Freckle 20g | 02/21/2018 | | | | | | | | | | |
| A2-028 | KIM Whitening Ginseng Pearl & Snow Lotus Latinal Smoother Face Cream 20g | 02/21/2018 | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Notes:
All product are in their original packaging, unopened.
Do not test if Prop 65 warning is found in the product. PLEASE KEEP ORIGINAL PACKAGING AND RETURN WITH PRODUCT

SAMPLE RECEIPT
o Intact   o Cold
o On Ice   o Ambient

**RELINQUISHED BY:**
Carla Barraez   CB53

02-21-18
10:44 am   DATE/TIME

**RECEIVED BY:**
Troy BB2   2/21/18 10:44

DATE/TIME

DATE/TIME

DATE/TIME

**SAMPLE RECEIPT CHECKLIST**

ENTHALPY
ANALYTICAL

**Section 1:** Login # _257293_  Client: _Greenfire Law, PC_
Date Received: _2/21/18_  Project: _Mercury Test_

**Section 2:** Samples received in a cooler? ☐ Yes, how many? _____ ☒ No (skip Section 3 below)
If no cooler Sample Temp (°C): _70.0_  using IR Gun # ☐ A, or ☒ B
☐ Samples received on ice directly from the field. Cooling process had begun

If in cooler: Date Opened _2/21/18_ By (print) _Tky_  (sign) _Tky_
Shipping Info (if applicable) _____
Are custody seals present? ☒ No, or ☐ Yes. If yes, where? ☐ on cooler, ☐ on samples, ☐ on package
☐ Date: _____ How many _____ ☐ Signature, ☐ Initials, ☐ None
Were custody seals intact upon arrival? ☐ Yes  ☐ No  ☒ N/A

**Section 3:**  *Important* : Notify PM if temperature exceeds 6°C or arrive frozen.
Packing in cooler: (if other, describe)_____
☐ Bubble Wrap, ☐ Foam blocks, ☒ Bags, ☐ None, ☐ Cloth material, ☐ Cardboard, ☐ Styrofoam, ☐ Paper towels
☐ Samples received on ice directly from the field. Cooling process had begun
Type of ice used : ☐ Wet, ☐ Blue/Gel, ☐ None  Temperature blank(s) included? ☐ Yes, ☐ No
Temperature measured using ☐ Thermometer ID:_____, or IR Gun # ☐ A  ☐ B
Cooler Temp (°C): #1: _____, #2: _____, #3: _____, #4: _____, #5: _____, #6: _____, #7: _____

**Section 4:**

| | YES | NO | N/A |
|---|---|---|---|
| Were custody papers dry, filled out properly, and the project identifiable | ✗ | | |
| Were Method 5035 sampling containers present? | | ✗ | |
| If YES, what time were they transferred to freezer?_____ | | | |
| Did all bottles arrive unbroken/unopened? | ✗ | | |
| Are there any missing / extra samples? | | ✗ | |
| Are samples in the appropriate containers for indicated tests? | ✗ | | |
| Are sample labels present, in good condition and complete? | ✗ | | |
| Does the container count match the COC? | | | ✗ |
| Do the sample labels agree with custody papers? | ✗ | | |
| Was sufficient amount of sample sent for tests requested? | ✗ | | |
| Did you change the hold time in LIMS for unpreserved VOAs? | | | ✗ |
| Did you change the hold time in LIMS for preserved terracores? | | | ✗ |
| Are bubbles > 6mm absent in VOA samples? | | | ✗ |
| Was the client contacted concerning this sample delivery? | | ✗ | |
| If YES, who was called?_____ By_____ Date:_____ | | | |

**Section 5:**

| | YES | NO | N/A |
|---|---|---|---|
| Are the samples appropriately preserved?   (if N/A, skip the rest of section 5) | | | ✗ |
| Did you check preservatives for all bottles for each sample? | | | |
| Did you document your preservative check? | | | |

pH strip lot# _____, pH strip lot# _____, pH strip lot# _____
Preservative added:
☐ H2SO4 lot# _____ added to samples _____ on/at _____
☐ HCL lot# _____ added to samples _____ on/at _____
☐ HNO3 lot# _____ added to samples _____ on/at _____
☐ NaOH lot# _____ added to samples _____ on/at _____

**Section 6:**
Explanations/Comments: _The letter was dated wrong. Says January 21, 2018 but was dropped off on Feb 21, 2018._

Date Logged in _2/21/18_  By (print) _Tky_  (sign) _Tky_
Date Labeled _2/21/18_  By (print) _Tky_  (sign) _Tky_

297293



## GREENFIRE LAW, PC

RACHEL S. DOUGHTY
1202 OREGON STREET
BERKELEY, CA 94702
PHONE: 828.424.2005
EMAIL: rdoughty@greenfirelaw.com
WWW.GREENFIRELAW.COM

January 21st, 2018

Enthalpy Analytical, LLC.
2323 5TH Street
Berkeley, CA 94710

**RE:  Testing of products for mercury content**

Patrick,

Please find enclosed 4 products in their original packaging, unopened, for testing dropped off at your lab on January 21st, 2018. As previously discussed, we would like to request mercury testing of these. Please **retain all of the products and all packaging** and enclosures for each, to be returned or disposed of upon our further direction, depending on the test results. Please provide results for each product on a separate page and provide a chain of custody report.

The packaging of each product is unopened. **If a warning referring California's Proposition 65 is enclosed in any of the packaging, please notify me before proceeding with testing of that product.** Feel free to contact me if you have any questions.

| Product Category | Product | Product Chemical |
|---|---|---|
| Skin Whitening Product | X2 PCS SET Polla Anti-melasma, Acne, Dark Spot, Whitening Day & Night Creams 5g (A2-025) | Hg |
| Skin Whitening Product | Goree Day & Night Whitening Cream (A2-026) | Hg |
| Skin Whitening Product | Whitening Ginseng Pearl Snow Lotus Latinal Face Cream Anti Wrinkle Acne Freckle 20g (A2-027) | Hg |
| Skin Whitening Product | KIM Whitening Ginseng Pearl & Snow Lotus Latinal Smoother Face Cream 20g (A2-028) | Hg |

Sincerely,

Carla Barraez
*Administrative Assistant*



ENTHALPY
ANALYTICAL

Detections Summary for 297293

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location : Greenfire Law-Mercury Test

Client Sample ID : A2-025                Laboratory Sample ID :          297293-001

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 6,100 | | 180 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |

Client Sample ID : A2-026                Laboratory Sample ID :          297293-002

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 23,000 | | 1,800 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD |

Client Sample ID : A2-027                Laboratory Sample ID :          297293-003

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 5,500 | | 170 | mg/Kg | As Recd | 10000 | EPA 7471A | METHOD |

Client Sample ID : A2-028                Laboratory Sample ID :          297293-004

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 7,800 | | 1,800 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD |



## Mercury by Cold Vapor AA

| Lab #: | 297293 | Location: | Greenfire Law-Mercury Test |
|---|---|---|---|
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Sampled: | 02/21/18 |
| Units: | mg/Kg | Received: | 02/21/18 |
| Basis: | as received | Prepared: | 02/27/18 |
| Batch#: | 256835 | Analyzed: | 02/28/18 |

| Field ID | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|
| A2-025 | SAMPLE | 297293-001 | Miscell. | 6,100 | 180 | 10,000 |
| A2-026 | SAMPLE | 297293-002 | Miscell. | 23,000 | 1,800 | 100,000 |
| A2-027 | SAMPLE | 297293-003 | Miscell. | 5,500 | 170 | 10,000 |
| A2-028 | SAMPLE | 297293-004 | Miscell. | 7,800 | 1,800 | 100,000 |
| | BLANK | QC921418 | Soil | ND | 0.017 | 1.000 |

ND= Not Detected
RL= Reporting Limit
2.0



Batch QC Report

| **Mercury by Cold Vapor AA** |
|---|

| Lab #: | 297293 | Location: | Greenfire Law-Mercury Test |
|---|---|---|---|
| Client: | Greenfire Law | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 7471A |
| Analyte: | Mercury | Diln Fac: | 1.000 |
| Field ID: | ZZZZZZZZZZ | Batch#: | 256835 |
| MSS Lab ID: | 297160-001 | Sampled: | 02/12/18 |
| Matrix: | Soil | Received: | 02/15/18 |
| Units: | mg/Kg | Prepared: | 02/27/18 |
| Basis: | as received | Analyzed: | 02/28/18 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| BS | QC921419 | | 0.1639 | 0.1535 | 94 | 80-126 | | |
| BSD | QC921420 | | 0.1613 | 0.1449 | 90 | 80-126 | 4 | 45 |
| MS | QC921421 | 0.2804 | 0.1754 | 0.2730 | -4 * | 61-157 | | |
| MSD | QC921422 | | 0.1695 | 0.2761 | -3 * | 61-157 | 2 | 57 |

*= Value outside of QC limits; see narrative
RPD= Relative Percent Difference

**EXHIBIT  10**



Lee v. Amazon - 00039



# Curtis & Tompkins, Ltd., Analytical Laboratories, Since 1878

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 263906**
**ANALYTICAL REPORT**

| | |
|---|---|
| Greenfire Law<br>1202 Oregon Street<br>Berkeley, CA 94702 | Project : STANDARD<br><br>Level  : II |

<u>Sample ID</u>       <u>Lab ID</u> 

MEIYONG - 45  GREEN CAP      263906-004

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature. The results contained in this report meet all requirements of NELAC and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____      Date:  01/22/2015

John Goyette
Senior Program Manager
goyette@ctberk.com
(510) 204-2233

CA ELAP# 2896, NELAP# 4044-001

Lee v. Amazon - 00040



**CASE NARRATIVE**

Laboratory number:     **263906**
Client:                **Greenfire Law**
Request Date:          **01/14/15**
Samples Received:      **01/14/15**


This data package contains sample and QC results for four face cream samples, requested for the above referenced project on 01/14/15. The samples were received intact.

**Metals (EPA 7471A):**
No analytical problems were encountered.

Page 1 of 1

4.0

Lee v. Amazon - 00041

# CHAIN OF CUSTODY

**Curtis & Tompkins Laboratories**
ENVIRONMENTAL ANALYTICAL TESTING LABORATORY
In Business Since 1878

2323 Fifth Street
Berkeley, CA 94710
Phone (510) 486-0900
Fax (510) 486-0532

Page ____ of ____
Chain of Custody # _____

C&T LOGIN # 263906

Project No: ____
Project Name: ____
Project P. O. No: ____
EDD Format: ____ Report Level ☐ II ☐ III ☐ IV
Turnaround Time: ☐ RUSH ____ ☑ Standard

Sampler: ████
Report To: ████
Company: Greenfire Law
Telephone: ____
Email: ____

## ANALYTICAL REQUEST

| Lab No. | Sample ID. | Date Collected | Time Collected | Water | Solid | # of Containers | HCl | H2SO4 | HNO3 | NaOH | None | Mercury |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| −1 | ████ 45 Meiyong | 1-14-5 | | | ☑ | 1 1 | | | | | | XX |
| −2 −3 | ████ | | | | | | | | | | | XX |
| −4 | Green Cap | | | | | | | | | | | X |

Notes:

SAMPLE RECEIPT
☐ Intact
☐ Cold
☐ On Ice
☐ Ambient

RELINQUISHED BY: ____ DATE: 1/14 TIME: 19:80
DATE: ____ TIME: ____
DATE: ____ TIME: ____

RECEIVED BY: ____ DATE: 1/14/5 TIME: 09:30
DATE: ____ TIME: ____
DATE: ____ TIME: ____

Lee v. Amazon - 00042

3 of 7

**Subject:** Re: Face Cream Sample
**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Date:** 1/14/2015 2:38 PM
**To:** John Goyette <goyette@ctberk.com>
**CC:** "James M. Birkelund" <jbirkelund@greenfirelaw.com>, ███████████

Please test a all three.

Sent from my iPhone

On Jan 14, 2015, at 2:35 PM, John Goyette <goyette@ctberk.com> wrote:

> Hi everyone.
>
> No English writing on or in the package.  Sorry I wasn't more clear in the original email - they are definitely different products, probably to be applied in a certain order.   Here's a pic
>
> <jgeecbgc.jpg>
>
> **John Goyette**
> Senior Program Manager
> (510) 204-2233
> **curtisandtompkins.com**
>
> Air, Soil, Water and Rad
>
> On 1/14/2015 12:44 PM, Rachel Doughty wrote:
>
>> Please also confirm that there are no warnings inside the package in English.  I did not open it prior to delivery to your lab.
>>
>> Thanks,
>>
>> Rachel
>>
>> On Wed, Jan 14, 2015 at 10:29 AM, James M. Birkelund <jbirkelund@greenfirelaw.com> wrote:

Lee v. Amazon - 00043

 Curtis & Tompkins, Ltd.

Detections Summary for 263906

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location :



Client Sample ID : MEIYONG - 45  GREEN CAP   Laboratory Sample ID :   263906-004

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 21,000 |       | 1,600 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD |

Page 1 of 1                                                                    7.0

Lee v. Amazon - 00044



## Mercury by Cold Vapor AA

| Lab #: | 263906 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |
| Analyte: | Mercury | Sampled: | 01/14/15 |
| Units: | mg/Kg | Received: | 01/14/15 |
| Basis: | as received | Prepared: | 01/20/15 |
| Batch#: | 219578 | Analyzed: | 01/20/15 |

| Field ID | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|
| MEIYONG - 45 GREEN CAP | SAMPLE | 263906-004 | Miscell. | 21,000 | 1,600 | 100,000 |
| | BLANK | QC773949 | Soil | ND | 0.017 | 1.000 |

ND= Not Detected
RL= Reporting Limit

Page 1 of 1

2.0

Lee v. Amazon - 00045



Batch QC Report

| Mercury by Cold Vapor AA | | | | |
|---|---|---|---|---|

| Lab #: | 263906 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |

| Analyte: | Mercury | Diln Fac: | 1.000 |
|---|---|---|---|
| Field ID: | ZZZZZZZZZZ | Batch#: | 219578 |
| MSS Lab ID: | 264004-001 | Sampled: | 01/19/15 |
| Matrix: | Soil | Received: | 01/19/15 |
| Units: | mg/Kg | Prepared: | 01/20/15 |
| Basis: | as received | Analyzed: | 01/20/15 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| BS | QC773950 | | 0.2083 | 0.1986 | 95 | 80-120 | | |
| BSD | QC773951 | | 0.2083 | 0.1917 | 92 | 80-120 | 4 | 20 |
| MS | QC773952 | 0.03153 | 0.2016 | 0.2193 | 93 | 69-142 | | |
| MSD | QC773953 | | 0.1984 | 0.2180 | 94 | 69-142 | 1 | 36 |

RPD= Relative Percent Difference

Page 1 of 1                                                                                                                3.0

Lee v. Amazon - 00046

**EXHIBIT  11**



Lee v. Amazon - 00039



# Curtis & Tompkins, Ltd., Analytical Laboratories, Since 1878

2323 Fifth Street, Berkeley, CA 94710, Phone (510) 486-0900

**Laboratory Job Number 263906**
**ANALYTICAL REPORT**

---

Greenfire Law
1202 Oregon Street
Berkeley, CA 94702

Project : STANDARD

Level  : II

---

| Sample ID | Lab ID |
|-----------|--------|
| SMOOTH E BABY FACE - 44 | 263906-001 |
| MEIYONG - 45  BLUE CAP | 263906-002 |
| MEIYONG - 45  PINK CAP | 263906-003 |
| MEIYONG - 45  GREEN CAP | 263906-004 |

This data package has been reviewed for technical correctness and completeness. Release of this data has been authorized by the Laboratory Manager or the Manager's designee, as verified by the following signature. The results contained in this report meet all requirements of NELAC and pertain only to those samples which were submitted for analysis. This report may be reproduced only in its entirety.

Signature: _____     Date:  01/22/2015

John Goyette
Senior Program Manager
goyette@ctberk.com
(510) 204-2233

CA ELAP# 2896, NELAP# 4044-001

Lee v. Amazon - 00040



**CASE NARRATIVE**

Laboratory number:      **263906**
Client:                 **Greenfire Law**
Request Date:           **01/14/15**
Samples Received:       **01/14/15**


This data package contains sample and QC results for four face cream samples, requested for the above referenced project on 01/14/15. The samples were received intact.

**Metals (EPA 7471A):**
No analytical problems were encountered.

Page 1 of 1

4.0

Lee v. Amazon - 00041

# CHAIN OF CUSTODY

## Curtis & Tompkins Laboratories
**ENVIRONMENTAL ANALYTICAL TESTING LABORATORY**
*In Business Since 1878*

2323 Fifth Street
Berkeley, CA 94710

Phone (510) 486-0900
Fax (510) 486-0532

C&T LOGIN # _____   263906

Page ____ of ____

Chain of Custody # _____

**ANALYTICAL REQUEST**

Project No: _____
Project Name: _____
Project P. O. No: _____
EDD Format: _____  Report Level☐ II  ☐ III ☐ IV
Turnaround Time: ☐ RUSH _____  ☑ Standard

Sampler: _____
Report To: _____
Company: Greenfire Law
Telephone: _____
Email: _____

| Lab No. | Sample ID. | SAMPLING | | MATRIX | | | # of Containers | CHEMICAL PRESERVATIVE | | | | | Mercury | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Collected | Time Collected | Water | Solid | | | HCl | H2SO4 | HNO3 | NaOH | None | | | | | | | | | | | | | | | | | | |
| −1 | 44 Smooth & Baby Face | 1-14-15 | | X | | | 1 | | | | | | X | | | | | | | | | | | | | | | | | | |
| | 45 Mei yong | 1-14-15 | | | X | | 1 | | | | | | X | | | | | | | | | | | | | | | | | | |
| −2 | Blue Cup | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | |
| −3 | Pink Cup | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | |
| −4 | Green Cup | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | |

Notes: _____

SAMPLE RECEIPT
☐ Intact
☐ Cold
☐ On Ice
☐ Ambient

**RELINQUISHED BY:**
Gurban R—  DATE: 1/14  TIME: 19:50
DATE: _____  TIME: _____
DATE: _____  TIME: _____

**RECEIVED BY:**
1/14/15  DATE: _____  TIME: 1220
DATE: _____  TIME: _____
DATE: _____  TIME: _____

Lee v. Amazon - 00042

**Subject:** Re: Face Cream Sample
**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Date:** 1/14/2015 2:38 PM
**To:** John Goyette <goyette@ctberk.com>
**CC:** "James M. Birkelund" <jbirkelund@greenfirelaw.com>, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please test a all three.

Sent from my iPhone

On Jan 14, 2015, at 2:35 PM, John Goyette <goyette@ctberk.com> wrote:

> Hi everyone.
>
> No English writing on or in the package.  Sorry I wasn't more clear in the original email - they are definitely different products, probably to be applied in a certain order.   Here's a pic
>
> <jgeecbgc.jpg>
>
> **John Goyette**
> Senior Program Manager
>  (510) 204-2233
> **curtisandtompkins.com**
>
> Air, Soil, Water and Rad
>
>
>
> On 1/14/2015 12:44 PM, Rachel Doughty wrote:
>> Please also confirm that there are no warnings inside the package in English.  I did not open it prior to delivery to your lab.
>>
>> Thanks,
>>
>> Rachel
>>
>> On Wed, Jan 14, 2015 at 10:29 AM, James M. Birkelund
>> <jbirkelund@greenfirelaw.com> wrote:

Lee v. Amazon - 00043



Detections Summary for 263906

Results for any subcontracted analyses are not included in this summary.

Client   : Greenfire Law
Project  : STANDARD
Location :


Client Sample ID : SMOOTH E BABY FACE - 44   Laboratory Sample ID :   263906-001

  No Detections


Client Sample ID : MEIYONG - 45   BLUE CAP   Laboratory Sample ID :   263906-002

  No Detections


Client Sample ID : MEIYONG - 45   PINK CAP   Laboratory Sample ID :   263906-003

  No Detections


Client Sample ID : MEIYONG - 45   GREEN CAP   Laboratory Sample ID :   263906-004

| Analyte | Result | Flags | RL | Units | Basis | IDF | Method | Prep Method |
|---------|--------|-------|-----|-------|-------|-----|--------|-------------|
| Mercury | 21,000 | | 1,600 | mg/Kg | As Recd | 100000 | EPA 7471A | METHOD |

Lee v. Amazon - 00044

5 of 7



## Mercury by Cold Vapor AA

| Lab #: | 263906 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |
| Analyte: | Mercury | Sampled: | 01/14/15 |
| Units: | mg/Kg | Received: | 01/14/15 |
| Basis: | as received | Prepared: | 01/20/15 |
| Batch#: | 219578 | Analyzed: | 01/20/15 |

| Field ID | | Type | Lab ID | Matrix | Result | RL | Diln Fac |
|---|---|---|---|---|---|---|---|
| SMOOTH E BABY FACE - 44 | | SAMPLE | 263906-001 | Miscell. | ND | 0.088 | 5.000 |
| MEIYONG - 45 | BLUE CAP | SAMPLE | 263906-002 | Miscell. | ND | 0.081 | 5.000 |
| MEIYONG - 45 | PINK CAP | SAMPLE | 263906-003 | Miscell. | ND | 0.079 | 5.000 |
| MEIYONG - 45 | GREEN CAP | SAMPLE | 263906-004 | Miscell. | 21,000 | 1,600 | 100,000 |
| | | BLANK | QC773949 | Soil | ND | 0.017 | 1.000 |

ND= Not Detected
RL= Reporting Limit
Page 1 of 1

2.0



Batch QC Report

| **Mercury by Cold Vapor AA** |
|---|

| Lab #: | 263906 | Prep: | METHOD |
|---|---|---|---|
| Client: | Greenfire Law | Analysis: | EPA 7471A |
| Project#: | STANDARD | | |

| Analyte: | Mercury | Diln Fac: | 1.000 |
|---|---|---|---|
| Field ID: | ZZZZZZZZZZ | Batch#: | 219578 |
| MSS Lab ID: | 264004-001 | Sampled: | 01/19/15 |
| Matrix: | Soil | Received: | 01/19/15 |
| Units: | mg/Kg | Prepared: | 01/20/15 |
| Basis: | as received | Analyzed: | 01/20/15 |

| Type | Lab ID | MSS Result | Spiked | Result | %REC | Limits | RPD | Lim |
|---|---|---|---|---|---|---|---|---|
| BS | QC773950 | | 0.2083 | 0.1986 | 95 | 80-120 | | |
| BSD | QC773951 | | 0.2083 | 0.1917 | 92 | 80-120 | 4 | 20 |
| MS | QC773952 | 0.03153 | 0.2016 | 0.2193 | 93 | 69-142 | | |
| MSD | QC773953 | | 0.1984 | 0.2180 | 94 | 69-142 | 1 | 36 |

RPD= Relative Percent Difference

3.0

Lee v. Amazon - 00046

 **Analytical Sciences**

March 06, 2014



Dear ▮▮▮

Enclosed you will find Analytical Sciences' final report 4022729 for your Mercury Testing project. An invoice for this work is enclosed.

Should you or your client have any questions regarding this report please contact me at your convenience. We appreciate you selecting Analytical Sciences for this work and look forward to serving your analytical chemistry needs on projects in the future.

Sincerely,

Analytical Sciences

Mark A. Valentini, Ph.D.

Laboratory Director

P.O. Box 750336
Petaluma, CA 94975-0336
Telephone: (707) 769-3128

110 Liberty Street
Petaluma, CA 94952



**Analytical Sciences**

Report Date:   March 06, 2014

# Laboratory Report



Project Name:     **Mercury Testing**

Lab Project:       **4022729**

This 3 page report of analytical data has been reviewed and approved for release.

Mark A. Valentini, Ph.D.

Laboratory Director

P.O. Box 750336
Petaluma, CA 94975-0336
Telephone: (707) 769-3128

110 Liberty Street
Petaluma, CA 94952



# Mercury

| Lab# | Sample ID | Compound Name | Result (mg/kg) | RDL (mg/kg) |
|------|-----------|---------------|----------------|-------------|
| 4022729-01 | **Monsepa Express** | Mercury  (Hg) | 9900 | 1000 |

| | | | | |
|---|---|---|---|---|
| Date Sampled: | 02/27/14 | Date Analyzed: | 03/06/14 | QC Batch: B013161 |
| Date Received: | 02/27/14 | Method: | EPA 7471A | |

Lee y. Amazon - 00049

**Lab Project#:    4022729**

**CA Lab Accreditation #: 2303**



# Notes and Definitions

RDL         Reporting Detection Limit

ND          Analyte NOT DETECTED at or above the reporting detection limit (RDL)

RPD         Relative Percent Difference

NR          Not Reported

**Please Note:**  The drinking water Maximum Contamination Limits (MCL) set by the
California Department of Health Services are as follows:

    Arsenic (10 ug/L)
    Manganese (0.050 mg/L)
    Nitrate (45 mg/L)
    Lead (0.015 mg/L)
    Iron (0.30 mg/L)
    Total Coliform (<1 MPN/100 mL)

**Page 3 of 3**

Lee v. Amazon - 00050
**CA Lab Accreditation #: 2303**

**EXHIBIT A**









$18.96    $37.92    $18.96    $18.96    $12.63    $10.10

FREE shipping

## You may also like including Ads ⓘ

See more








7D Body Cream, 4kg Whole...    BeBe Special Cream (3 Unit...    Hidradenitis Suppurativa Cr...    20% Glycolic Cream Exfoliat...    Coffee Facial Cream, Recup...    Strong tattoo cream painles...

Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller

$283.57    $39.99    $35.50    $52.99    $14.24    $17.61

$378.10 (25% off)    FREE shipping    FREE shipping    FREE shipping    $14.99 (5% off)    Bestseller

FREE shipping                FREE shipping










Scar Cream | Delicate and e...
Ad by Etsy seller
$19.95
Bestseller

Milk Butter Creams, Body Cr...
Ad by Etsy seller
$16.00

7 day diamond face cream ...
Ad by Etsy seller
$70.00
FREE shipping

6 pack la milagrosa crema a...
Ad by Etsy seller
$93.00
FREE shipping

Royal Jelly Eye Cream || Eye ...
Ad by Etsy seller
$24.99

Hidradenitis Suppurativa Cr...
Ad by Etsy seller
$25.50
$30.00 (15% off)

Faiza Beauty Cream From P...
DiamondsGroup
$11.37

JAR of Faiza Beauty Cream F...
IMinoosh
$28.45
$31.61 (10% off)

6 x ( Goree ) Day and Night ...
PakistanShop2023
$47.49
$49.99 (5% off)
FREE shipping

3 x ( Goree ) Day and Night ...
PakistanShop2023
$28.49
$29.99 (5% off)
FREE shipping

Orbi 20 Face Cream
NaturalSkincarStudio
$25.00
FREE shipping

Day & Night Beauty Cream
ObserverFinds
$24.00

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for...

Report this item to Etsy



Listed on Oct 5, 2023

Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care  >  Moisturizers

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom

### Sell
Seller handbook
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press

### Help
Help Center
Do not sell or share my personal info

Download the Etsy App



# EXHIBIT B





Faiza Beauty Cream for Men & women Faiza Beauty & Jamal Cream To remove pimples, freckles and blackness of the face and used for spotless, beautiful and white color face. Within few days of usage, you will feel the difference.

Less

**Other reviews from this shop** | ★★★★☆ (4)

Sort by: Suggested ▼

★☆☆☆☆

It was damaged when I received and it's fake not original. I regret to buy. Not recommended please anyone don't buy it

Purchased item: Faiza Jammal Cream Original 50 gm f...

Sign in with Apple user    Apr 30, 2023

Item quality    1.0

## Shipping and return policies

📅  Order today to get by Nov 4-15

🚚  Cost to ship: $6.20

Enjoy free shipping to the US when you spend $35+ at this shop.

Deliver to United States, 94703 ▼

Ships from India

Etsy offsets carbon emissions from shipping and packaging on this purchase.



★★★★☆

Purchased item: Tibet Snow Cream 50 gm - 1 pc

Iqra    Jun 13, 2023

★★★★★

Purchased item: chandni Whitening Cream - 30 gm - 1...

Shurovi    May 10, 2023

★★★★★

Purchased item: chandni Whitening Cream - 30 gm - 1...

Shurovi    Apr 28, 2023

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

Photos from reviews

## Meet your sellers

### Swapna
Owner of BeautyShopIndia

♡ Follow shop

Message Swapna

BeautyShopIndia made this item with help from GOOD LUCK, Hyderabad, India





FREE shipping

Wild Yam Cream 4 oz. "The ...
Ad by Etsy seller
$18.95
FREE shipping

Shea Butter Lotion for Hand...
Ad by Etsy seller
$14.39
$23.99 (40% off)

STRAWBERRIES & CREAM W...
Ad by Etsy seller
$12.50
Eligible orders get 10% off
FREE shipping

Magnesium Cream, Unscen...
Ad by Etsy seller
$24.00

Organic | Blue Tansy Cream ...
Ad by Etsy seller
$22.49
$24.99 (10% off)

Vegan Eczema Relief Cream...
Ad by Etsy seller
$17.25
$23.00 (25% off)

Glutha white Shower Gel
VIXAMASTOREINC
$20.99

Ialala lotion purifiante, anti-...
DIDIBOUTIK
$27.99
FREE shipping

Effective Pink Lips Lightenin...
Cocoglowmyskinhub
$6.32

Collagen Nu skin PLEASE RE...
Blissfulwellnessde
$113.81

PARLEY GOLD GLEAM full b...
LAGAREFASHIONSHOP
$19.99
FREE shipping

SaraBale Turmeric Facial/Bo...
SaraBaleBeauty
$13.99





# EXHIBIT C





$11.37

Faiza Beauty Cream From Pakistan 100% Authentic
Made With Natural Ingredients

DiamondsGroup ★★★☆☆

✓ Returns & exchanges accepted

Quantity

1

Buy it now | VISA ...0961

Add to cart

❤ Add to collection

Item details ⌃

🖐 Handmade

Faiza Beauty Cream From Pakistan 100% Authentic







$11.37

Faiza Beauty Cream From Pakistan 100% Authentic
Made With Natural Ingredients

DiamondsGroup  ★★★☆☆

✓ Returns & exchanges accepted

Quantity

1

Buy it now | VISA ...0961

Add to cart

❤ Add to collection

Item details

🖐 Handmade

Faiza Beauty Cream From Pakistan 100% Authentic



Faiza Beauty Cream From Pakistan 100% Authentic Made

1Pcs Faiza Beauty Cream
Made freshly using natural ingredients
Classic Beauty Cream From Pakistan
Latest Batch Always when you order from us
Great thing we are UK Seller with stock from manufacturer

Fast Delivery to your door step
Free Shipping

Less

## 13 reviews ★★★☆☆

Reviews for this item  4        Reviews for this shop  13

Sort by: Suggested ▼

★☆☆☆☆
I didn't receive my item
Purchased item: Faiza Beauty Cream From Pakistan 10...

Adeel    Dec 18, 2022

Shipping ▬▬▬▬ 1.0

★★★★★
Purchased item: Faiza Beauty Cream From Pakistan 10...

Sign in with Apple user    Nov 19, 2022

Item quality ▬▬▬▬▬▬ 5.0
Shipping ▬▬▬▬▬▬ 5.0
Customer service ▬▬▬▬▬▬ 5.0

## Shipping and return policies ▲

📅 Order today to get by Nov 4-16

🗄 Returns & exchanges accepted within 30 days

🚚 Cost to ship: $22.75





## You may also like including Ads

<span style="float:right">See more</span>


Molato Cream 4Kg Bulk Wh...
Ad by Etsy seller
**$275.04**
~~$366.72~~ (25% off)
FREE shipping


Beauty milk
Ad by Etsy seller
**$18.99**
FREE shipping


6 pack la milagrosa crema a...
Ad by Etsy seller
**$93.00**
FREE shipping


Brazil gold BRIGHTENING fu...
Ad by Etsy seller
**$250.00**
FREE shipping


Safran Cream| La Vallee Cre...
Ad by Etsy seller
**$10.00**


6 Units Day Cream SPF 40, ...
Ad by Etsy seller
**$69.99**
FREE shipping


Bulgarian Rose Night Face ...
Ad by Etsy seller
**$14.84**


Buy 1, GET 2 FREE** T.taio es...
Ad by Etsy seller
**$10.00**


CREAM sample ( One Sampl...
Ad by Etsy seller
**$13.95**
Eligible orders get 10% off


Korean Secret Glowing Mag...
Ad by Etsy seller
**$15.00**


White Fade Cream: Para Re...
Ad by Etsy seller
**$54.99**
FREE shipping


WOMEN Lavish Lip Magic b...
Ad by Etsy seller
**$31.99**



**Faiza cream**
NovaJewelsArt
$18.96

**Parley Goldie Cosmetics ori...**
GoldieCosmetics
$17.62

**JAR of Faiza Beauty Cream F...**
IMinoosh
$28.45
$31.61 (10% off)

**White Gold Anti Marks From...**
MystiqueArtShop
$10.78
$11.97 (10% off)
FREE shipping

**6 pcs (Parley Goldie Advanc...**
MystiqueArtShop
$55.46
$61.62 (10% off)
FREE shipping

**100% Original Faiza Beauty ...**
Creations4all786
$10.81

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other information, message the seller. See Etsy's Terms of Use for...

Listed on Oct 16, 2023    5 favorites

Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care  >  Moisturizers



**EXHIBIT D**





## Item details

✋ Handmade

### Description

Faiza beauty cream removes pimples, freckles, spots and whiten the skin, it is one of the best beauty creams from Pakistan. You will feel the difference within few days of usage.

Features:

Removes prominent pimples and freckles
Clear the shadows under the eyes/gloom
Perfect for all types of climatic conditions
Can be used as a moisturizing cream
Makes the face skin soft and glowing
Made with 100% natural ingredients

Country of Origin: Pakistan

Other reviews from this shop | ☆☆☆☆☆ (1)

Sort by: Suggested ▼

★☆☆☆☆

Purchased item: 100% Original Faiza Beauty Cream Or...

afrin a   Jun 13, 2022

Item quality                                    1.0



Country of Origin: Pakistan

Store in a cool dry place.

Less

## Shipping and return policies

Order today to get by Nov 4-16

Returns & exchanges accepted within 30 days

Cost to ship: $22.75

Enjoy free shipping to the US when you spend $35+ at this shop.

Deliver to United States, 94703

Ships from United Kingdom

Etsy offsets carbon emissions from shipping and packaging on this purchase.





## You may also like including Ads

See more

**Yellow Face Cream 4Kg Wh...**
Ad by Etsy seller
$237.10
$316.14 (25% off)
FREE shipping

**Scar Cream | Delicate and e...**
Ad by Etsy seller
$19.95
Bestseller

**6 pack la milagrosa crema a...**
Ad by Etsy seller
$93.00
FREE shipping

**TINA TONER Face cream**
Ad by Etsy seller
$60.00
FREE shipping

**White Fade Cream, Super H...**
Ad by Etsy seller
$49.99
FREE shipping

**Safran Cream| La Vallee Cre...**
Ad by Etsy seller
$10.00

**Faiza Beauty Cream From P...**
DiamondsGroup
$11.37

**JAR of Faiza Beauty Cream F...**
IMinoosh
$28.45

**Faiza cream**
NovaJewelsArt
$18.96

**6 x ( Goree ) Day and Night ...**
PakistanShop2023
$47.49

**2 X THAILAND Arche Pearl B...**
IMinoosh
$22.75

**3 x ( Goree ) Day and Night ...**
PakistanShop2023
$28.49







**EXHIBIT E**









$99.90

12 pcs Faiza Beauty Cream From Pakistan 100% Authentic Freshly Made

WeddingbyASRboutique

✓ Returns accepted

Pay in 4 installments of $24.97. **Klarna.** Learn more

Buy it now | **VISA** ...0961

Add to cart

❤ Add to collection

Item details ⌃

🖐 Handmade

📦 Gift wrapping available

Translated by Google

🌐 See in original language





Handmade

Gift wrapping available

Translated by Google

See in original language

12pcs wholesale Faiza Beauty Cream
Classic Beauty Cream From Pakistan
Made freshly
Latest Batch Always when you order from us
Great thing its all directly from the manufacturer
right to your door step,

Less

0 shop reviews ☆☆☆☆☆

Sort by: Suggested ▼

## Shipping and return policies

Order today to get by Nov 13-Dec 8

Returns accepted within 14 days

Free shipping



## More from this shop


6 x (Faiza) made in Pakistan ...
WeddingbyASRboutique
**$56.90**
FREE shipping


30 pcs Faiza Beauty Cream ...
WeddingbyASRboutique
**$221.29**
FREE shipping


Pakistani Ivory Nikah Bridal ...
WeddingbyASRboutique
**$625.00**
~~$833.33~~ (25% off)
FREE shipping


blush wedding dress,Black ...
WeddingbyASRboutique
**$1,138.09**
~~$1,517.45~~ (25% off)
FREE shipping


Pearl necklace,Floral Neckla...
WeddingbyASRboutique
**$504.55**
FREE shipping


Pink Necklace and Bracelet,...
WeddingbyASRboutique
**$631.01**
FREE shipping

## You may also like including Ads ⓘ










Strong tattoo cream painles...
Ad by Etsy seller
$16.51
Bestseller

5-6 Shades Lighter Cream 4...
Ad by Etsy seller
$270.30
$360.39 (25% off)
FREE shipping

TINA TONER 7 day Moisturiz...
Ad by Etsy seller
$65.00
FREE shipping

Hidradenitis Suppurativa Cr...
Ad by Etsy seller
$35.50
FREE shipping

6 pack la milagrosa crema a...
Ad by Etsy seller
$93.00
FREE shipping

Beetox Face Cream, Royal J...
Ad by Etsy seller
$18.00

6 Units Day Cream SPF 40, ...
Ad by Etsy seller
$69.99
FREE shipping

Hidradenitis Suppurativa Pa...
Ad by Etsy seller
$30.99
Eligible orders get 20% off
FREE shipping

Strong tattoo cream painles...
Ad by Etsy seller
$13.21
Bestseller

The One
Ad by Etsy seller
$37.00
FREE shipping

Bao Fu Ling Camphor Com...
Ad by Etsy seller
$42.99
FREE shipping

Sammy Skin Care Dark Spot...
Ad by Etsy seller
$49.99
FREE shipping

etsy.com/listing/1181545548/100-original-faiza-beauty-cream-original?click...



JAR of Faiza Beauty Cream F...
IMinoosh
$28.45
$31.61 (10% off)

Parley Goldie Cosmetics ori...
GoldieCosmetics
$17.62

Faiza Beauty Cream From P...
DiamondsGroup
$11.37

100% Original Faiza Beauty ...
Creations4all786
$10.81

6 x ( Goree ) Day and Night ...
PakistanShop2023
$47.49
$49.99 (5% off)
FREE shipping

Goree Beauty Cream
Aruniamu
$17.44

## Explore related searches

Faiza beauty cream

Bath beauty

Skin care

## Explore more related searches

Ponia brothers

Faiza cream USA

Faiza beauty USA

Listed on Oct 9, 2023

Report this item to Etsy

All categories > Bath & Beauty > Skin Care



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

## Shop

Gift cards

Etsy Registry

Sitemap

Etsy blog

Etsy United Kingdom

Etsy Germany

Etsy Canada

Download the Etsy App

## Sell

Seller handbook

Teams

Forums

Affiliates & Creators

## About

Etsy, Inc.

Policies

Investors

Careers

Press

Impact

## Help

Help Center

Do not sell or share my personal info

United States  |  English (US)  |  $ (USD)

© 2023 Etsy, Inc.     Terms of Use     Privacy     Interest-based ads     Local Shops     Regions









6 Psc wholesale Faiza Beauty Cream

Classic Beauty Cream From Pakistan

Made freshly

Latest Batch Always when you order from us

Great thing its all directly from the manufacturer right to your door step,

Less

## Shipping and return policies

📅 Order today to get by Nov 13-Dec 8

🗄 Returns accepted within 14 days

🚚 Free shipping

**Deliver to United States, 94703** ⌄

Ships from Pakistan

Etsy offsets carbon emissions from shipping and packaging on this purchase.





12 pcs Faiza Beauty Cream F...
WeddingbyASRboutique
$99.90
FREE shipping

Pakistani Ivory Nikah Bridal ...
WeddingbyASRboutique
$625.00
$833.33 (25% off)
FREE shipping

blush wedding dress,Black ...
WeddingbyASRboutique
$1,138.09
FREE shipping

Pearl necklace,Floral Neckla...
WeddingbyASRboutique
$504.55
FREE shipping

Blush wedding dress,walim...
WeddingbyASRboutique
$1,422.61
$1,896.81 (25% off)
FREE shipping

Pink Necklace and Bracelet,...
WeddingbyASRboutique
$631.01
FREE shipping

## You may also like including Ads 

See more













Stretch Mark Cream 4Kg W...
Ad by Etsy seller
$192.53
$256.70 (25% off)
FREE shipping

Strong tattoo cream painles...
Ad by Etsy seller
$16.51
Bestseller

TINA TONER Even tone kit 5
Ad by Etsy seller
$200.00
FREE shipping

WOMEN Lavish Lip Magic b...
Ad by Etsy seller
$31.99

Less Less pills 2 Pack Natur...
Ad by Etsy seller
$43.00
FREE shipping

The Perfect Derma Peel Full ...
Ad by Etsy seller
$170.74













6 Units Day Cream SPF 40, ...
Ad by Etsy seller
**$69.99**
FREE shipping

Dr. Alvin Rejuvinating set no...
Ad by Etsy seller
**$20.00**
FREE shipping

6 pack la milagrosa crema a...
Ad by Etsy seller
**$93.00**
FREE shipping

Jskin Hydramoist
Ad by Etsy seller
**$28.00**
FREE shipping

Microadvance New & Impro...
Ad by Etsy seller
**$204.86**
$227.62 (10% off)

Strong tattoo cream painles...
Ad by Etsy seller
**$13.21**
Bestseller

JAR of Faiza Beauty Cream F...
IMinoosh
**$28.45**
$31.61 (10% off)

Faiza Beauty Cream From P...
DiamondsGroup
**$11.37**

100% Original Faiza Beauty ...
Creations4all786
**$10.81**

6 x ( Goree ) Day and Night ...
PakistanShop2023
**$47.49**
$49.99 (5% off)
FREE shipping

RAPIDO Super Whitening S...
Quickshopping4
**$88.12**
FREE shipping

Goree Beauty Cream
Aruniamu
**$17.44**

## Explore related searches




Faiza beauty      skincare



cream

## Explore more related searches

ponia brothers   Faiza cream USA   Faiza beauty USA

Listed on Oct 10, 2023                                                    Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

Shop        Sell        About        Help



**EXHIBIT F**





## Item details

🤚 Handmade

PACKAGE INCLUDES

1 x Cream JAR

## Shipping and return policies

📅 Order today to get by Nov 4-18

🔄 Returns & exchanges accepted within 7 days

🏷️ Cost to ship: $25.28

Enjoy free shipping to the US when you spend $35+ at this shop.

Deliver to United States, 94703 ⌄

## Other reviews from this shop | ★★★★★ (1)

Sort by: Suggested ▾

★★★★★

Highly recommended, beautiful and well finished, no mess, recommended to everyone, thanks etsy

See in original language

Purchased item: Kawasaki Ninja Motorbike Motorcycle...

| | |
|---|---|
| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |



## More from this shop



| | | | | |
|---|---|---|---|---|
| 2 X THAILAND Arche Pearl B... | T u f f wraps wrist wraps vill... | T e l s t a r FootBall size 5 So... | T u f f wraps villain 16 inche... | T u f f wraps wrist wraps vill... |
| IMinoosh | IMinoosh | IMinoosh | IMinoosh | IMinoosh |
| $22.75 | $22.75 | $79.65 | $22.75 | $22.75 |
| $25.28 (10% off) | $25.28 (10% off) | $88.51 (10% off) | $25.28 (10% off) | $25.28 (10% off) |
| | | FREE shipping | | |

### Browse by section



**BEAUTY**
2 items



**Sports**
87 items

**All**
90+ items

## You may also like  including Ads (?)

See more

     

https://www.etsy.com/listing/1549110110/brown-skin-body-lotion-set-of-4?...



**7D Set, Hyper Brightening S...**
Ad by Etsy seller
$151.75
$202.33 (25% off)
FREE shipping

**Scar Cream | Delicate and e...**
Ad by Etsy seller
$19.95
Bestseller

**6 pack la milagrosa crema a...**
Ad by Etsy seller
$93.00
FREE shipping

**Brown skin body lotion set ...**
Ad by Etsy seller
$140.00
FREE shipping

**Korean Secret Glowing Mag...**
Ad by Etsy seller
$15.00
$20.00 (25% off)
FREE shipping

**Safran Cream| La Vallee Cre...**
Ad by Etsy seller
$10.00







**Mango Butter Night Cream |...**
Ad by Etsy seller
$29.00

**Handmade Vegan Chemical...**
Ad by Etsy seller
$33.99
FREE shipping

**Banana Anti Aging cream / ...**
Ad by Etsy seller
$31.95
Eligible orders get 10% off

**Saffron Facial Cream**
Ad by Etsy seller
$14.24
$14.99 (5% off)
FREE shipping

**Handmade Rose Water Bea...**
Ad by Etsy seller
$25.00

**The Glow Fade Cream; Even...**
Ad by Etsy seller
$15.00










| DiamondsGroup | GoldieCosmetics | Cosmeticss4All | Creations4all786 | PakistanShop2023 | PakistanShop2023 |
|---|---|---|---|---|---|
| $11.37 | $17.62 | $12.00 | $10.81 | $47.49 | $28.49 |
| | | | | $49.99 (5% off) | $29.99 (5% off) |
| | | | | FREE shipping | FREE shipping |

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for…

## Explore related searches

 

moisturiser    beauty    acne marks    darkspots    glowy skin    2023

## Explore more related searches

darkcircles    treats skin

Listed on Oct 11, 2023

Report this item to Etsy





**EXHIBIT G**





### Item details

Handmade

Volume: 30 milliliters

This cream will help to remove dark spots, acne marks, wrinkles acne and Scars. It helps to make your skin fairer so you look fresh and beautiful.

1x Faiza Beauty Cream

Less

### Shipping and return policies

Order today to get by Nov 4-17

Returns & exchanges accepted within 30 days

Cost to ship: $31.60

Deliver to United States, 94703

Ships from United Kingdom

0 shop reviews

Sort by: Suggested





Dark Spots Removal Cream ...
Ad by Etsy seller
$237.10
$316.14 (25% off)
FREE shipping

Turmeric Kojic Acid Cleansi...
Ad by Etsy seller
$30.00

Scar Cream | Delicate and e...
Ad by Etsy seller
$19.95
Bestseller

Eye Cooling Cream For Dark...
Ad by Etsy seller
$12.99

Dark kuckle cream and serum
Ad by Etsy seller
$40.00
FREE shipping

MicroDermaBrasion Cream ...
Ad by Etsy seller
$23.00
FREE shipping

Safran and Agran Oil Cream...
Ad by Etsy seller
$10.00

NO DARK SPOTS | Dark spot...
Ad by Etsy seller
$34.00
Eligible orders get 25% off

PLASMA SKIN REPAIR Crea...
Ad by Etsy seller
$18.75
$25.00 (25% off)
FREE shipping

AMVital Turmeric Body Scru...
Ad by Etsy seller
$11.05
FREE shipping

Glucono delta lactone(PHA)...
Ad by Etsy seller
$18.75
$25.00 (25% off)
FREE shipping

EVEN OUT Brightening Kojic...
Ad by Etsy seller
$25.00










$31.61 (10% off)                                    FREE shipping

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for...

## Explore related searches

Remove Wrinkles

Remove Dark Spots

## Explore more related searches

Remove Dark Circle       Fair Skin Tone       Remove Acne Marks

Listed on Jul 22, 2023   One favorite                                    Report this item to Etsy

All categories > Bath & Beauty > Skin Care > Facial Care





# EXHIBIT H













**$69.99**

BeBe Special Cream (6 Units) FREE SHIPPING

Apsarabazaars ★★★★⯪

⚲ Ships from California

✓ Arrives soon! Get it by Oct 30-Nov 4 if you order today

Pay in 4 installments of $17.49. **Klarna.** Learn more

Buy it now | VISA ...0961

Add to cart

❤ Add to collection

Item details

✋ Handmade

⚲ Ships from California! Shorter shipping distances are kinder to the planet

---

Be Be Special cream: Anti-melasma cream, contains actives ingredients to progressively and uniformly lighten skin discoloration, dark spots, freckles while reversing skin damages. Combined actions of Vitamin C, Vitamn E, and turmeric extract, well-known among Asian women for its effectiveness to heal and lighten the skin. This yellow type of be be special cream has proven itself effective especially in dealing with dark spots, age spots, freckles and acne scars & pimples and helps to promote more even-looking skin tone. The result is skin that is noticeably smoother, more uniform and healthy-looking.

INGREDIENTS: Beeswax Vitamin E, Vitamin C, Titanium Oxide, Lanolin,Alpha Arbutin, Honey, Anhydrous Cetyl Alcohol, Vaseline White, Mineral Oil,Glycerine, Stearic Acid, Methyl Paraben, Propyl Paraben, Dexamethasome Acetate,Chuny Chrol Extract, Turmeric extract, Aqua, Porcelain Tree, Natural Carbon, Paraffin, Fragrance.

USAGE DIRECTIONS: Apply on the face atnight. Always, wash the face with cleanser to remove dirt and make upand pat dry before using the cream. Apply a small amount of cream and gently massage it on to the skin until it was well absorbed.

CAUTIONS: The product is for external use only and avoids contact with eyes. Store the product in the cool dry area away from direct sunlight. Avoid sunlight or always use sunscreen with the high SPF when using this product. May not suitable for pregnant, nursing women and for young children.



**Other reviews from this shop** | ★★★★⯪ (40)                    Sort by: Suggested ▼

★★★★★

One item was cracked. Maybe the shipping?

Response from Chanthea Nay

sorry for the broken item, we will give you 1 extra for
your next order please remind us thanks

Purchased item: BeBe Special Cream (12 Units) FREE S...

Gina Gomez   Oct 27, 2023

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

★★★★★

great ! my wife love this product

Purchased item: BeBe Special Cream (3 Units) FREE S...

Sign in with Apple user   Oct 27, 2023

| Item quality | | 5.0 |
| Shipping | | 5.0 |
| Customer service | | 5.0 |

★★★★★

Good product so I want more

| Item quality | | 4.0 |
| Shipping | | |

---

BeBe Special Cream (6 units).

BeBe Special Cream is a night cream.
Helps diminish visibly dark spots, acne marks, and
whiten complexion.
Helps your skin soft smooth clear and make you
look younger.

Directions: Clean face well before application.
Smooth a thin layer onto dampen face and
massage gently in circular motion for a better
penetration. Discontinue use if there's indication
of skin irritation.

NOTED: The color of the creams could be slightly
different from the actual products due to the
lightings when the pictures were taken! !!!!

***FIRST TIMER(S): If this is your first time ordering



★ ★ ★ ★ ★

Good product so I want more

Purchased item: CCM Cream (3 Units) FREE SHIPPING

Nir    Oct 24, 2023

| | |
|---|---|
| Shipping | 4.0 |
| Customer service | 4.0 |

★ ★ ★ ★ ★

Very fast shipping and item was nicely and securely packed. Thank you ☺

Purchased item: BeBe Special Cream (12 Units) FREE S...

Hong    Oct 21, 2023

| | |
|---|---|
| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

←    ①    2    ...    10    →

***FIRST TIMER(S): If this is your first time ordering from us, we highly recommend ordering ONE UNIT TO TRY FIRST. We DO NOT accept return unless it is a direct result of our error(s).***

Less

### Shipping and return policies

📅  Order today to get by Oct 30-Nov 4

🚚  Free shipping

Deliver to United States, 94703  ⌄

Ships from United States

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms



## You may also like including Ads ⑦

See more


**BeBe Special Cream (3 Unit...**
Ad by Etsy seller
$39.99
FREE shipping


**5-6 Shades Lighter Cream 4...**
Ad by Etsy seller
$270.30
$360.39 (25% off)
FREE shipping


**Cracked Heels Balm for Dry ...**
Ad by Etsy seller
$17.99


**Creams 6 Pack Free Shipping**
Ad by Etsy seller
$110.00
FREE shipping


**7 day diamond face cream ...**
Ad by Etsy seller
$70.00
FREE shipping


**Hidradenitis Suppurativa Cr...**
Ad by Etsy seller
$35.50
FREE shipping


**Cocoa Butter Cream - Dry sk...**
Body


**Sala Cream / essential oil fo...**


**Breast Cream | Made Using ...**
Ad by Etsy seller


**whipped Tallow Body Butter...**
Ad by Etsy seller


**Cracked heel Butter - Natur...**
Ad by Etsy seller

**Saffron & Jasmine Double B...**
Ad by Etsy seller

https://www.etsy.com/listing/662254469/creams-6-pack-free-shipping?click_...



**Hidradenitis Suppurativa Cr...**
AmazingOintments
$25.50
$30.00 (15% off)

**INTENSE BRIGHTENING, Kn...**
Maxglow
$35.00
FREE shipping

**Parley Goldie Cosmetics ori...**
GoldieCosmetics
$17.62

**Wild Yam Cream 4 oz. "The ...**
CreationFarmMkt
$18.95
FREE shipping

**Melasma Face Oil & Scrub ~ ...**
HandmadebyanOldSoul
$15.50

**B.B clear unifying Serum**
BabalajeShop
$15.00
Eligible orders get 20% off

Listed on Oct 26, 2023

Report this item to Etsy

All categories > Bath & Beauty > Skin Care



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

## Shop

Gift cards

Etsy Registry

Sitemap

Etsy blog

Etsy United Kingdom

Etsy Germany

Etsy Canada

Download the Etsy App

## Sell

Seller handbook

Teams

Forums

Affiliates & Creators

## About

Etsy, Inc.

Policies

Investors

Careers

Press

Impact

## Help

Help Center

Do not sell or share my personal info

United States  |  English (US)  |  $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions









$17.99

BeBe Special Cream (1 Unit) FREE SHIPPING

Apsarabazaars ★ ★ ★ ★ ½

📍 Ships from California

✓ Arrives soon! Get it by Oct 30-Nov 4 if you order today

Quantity

1

Buy it now | VISA ...0961

Add to cart

❤ Add to collection

Be Be Special cream: Anti-melasma cream, contains actives ingredients to progressively and uniformly lighten skin discoloration, dark spots, freckles while reversing skin damages. Combined actions of Vitamin C, Vitamn E, and turmeric extract, well-known among Asian women for its effectiveness to heal and lighten the skin. This yellow type of be be special cream has proven itself effective especially with dealing with dark spots, age spots, freckles and acne scars & pimples and helps to promote more even-looking skin tone. The result is skin that is noticeably smoother, more uniform and healthy-looking.

INGREDIENTS: Beeswax Vitamin E, Vitamin C, Titanium Oxide, Lanolin,Alpha Arbutin, Honey, Anhydrous Cetyl Alcohol, Vaseline White, Mineral Oil,Glycerine, Stearic Acid, Methyl Paraben, Propyl Paraben, Dexamethasome Acetate,Chung Chrol Extract, Turmeric extract, Aqua, Porcelain Tree, Natural Carbon, Paraffin, Fragrance.

USAGE DIRECTIONS: Apply on the face atnight. Always, wash the face with cleanser to remove dirt and make upand pat dry before using the cream. Apply a small amount of cream and gently massage it on to the skin until it was well absorbed.

CAUTIONS: The product is for external use only and avoids contact with eyes. Store the product in the cool dry area away from direct sunlight. Avoid sunlight or always use sunscreen with the high SPF when using this product. May not suitable for pregnant, nursing women and for young children.

Item details

🤚 Handmade

📍 Ships from California! Shorter shipping



Other reviews from this shop | ★★★★⯪ (40)                    Sort by: Suggested ▼

★★★★☆

Purchased item: BeBe Special Cream (1 Unit) FREE SHI...

Kara SolCruz    Jul 12, 2023

| Item quality | | 4.0 |
| Shipping | | 5.0 |

★★★★★

This item is like magic! It made my skin tone even, smooth bright and beautiful. Co-workers noticed and ask about it.

Purchased item: CCM 365 (6 units) FREE SHIPPING

JENNY TRINH    Jul 13, 2023

| Item quality | | 5.0 |
| Shipping | | 5.0 |

★★★★★

I love these cream I am Ordering the Second one

Purchased item: CCM (1 unit) FREE SHIPPING

Ubah hirsi dudi    Jul 5, 2023

★★★★★                                              Item quality

---

distances are kinder to the planet

BeBe Special Cream (1 Unit);

BeBe Special Cream is a night cream.
Helps diminish visibly dark spots, acne marks, and whiten complexion.
Helps your skin soft smooth clear and make you look younger.

Directions: Clean face well before application. Smooth a thin layer onto dampen face and massage gently in circular motion for a better penetration. Discontinue use if there's indication of skin irritation.

NOTED: The color of the creams could be slightly different from the actual products due to the lightings when the pictures were taken! !!!!



★★★★★

Very fast shipping and item was nicely and securely packed. Thank you ☺

Purchased item: BeBe Special Cream (12 Units) FREE S...

Hong   Oct 21, 2023

| | |
|---|---|
| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | 5.0 |

1   2   ...   10   →

***FIRST TIMER(S): If this is your first time ordering from us, we highly recommend ordering ONE UNIT TO TRY FIRST. We DO NOT accept return unless it is a direct result of our error(s).***

Less

## Shipping and return policies

📅 Order today to get by Oct 30-Nov 4

🚚 Free shipping

Deliver to United States, 94703 ⌄

Ships from United States

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order,







**Faiza Beauty Cream From P...**
DiamondsGroup
$11.37



**Parley Goldie Cosmetics ori...**
GoldieCosmetics
$17.62



**3 BEBE CRÈME**
UniqueGiftsOfHawaii
$15.00

**Half Cast Cream | Egyptian ...**
LeBeauCosmetique
$72.08
$75.87 (5% off)



**Orbi 20 Face Cream**
NaturalSkincarStudio
$25.00
FREE shipping

**Jabón facial blanqueador EL...**
NATURALbyLLC
$14.99

Listed on Oct 25, 2023    2 favorites

Report this item to Etsy

All categories > Bath & Beauty > Skin Care

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

## Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

Download the Etsy App

## Sell
Seller handbook
Teams
Forums
Affiliates & Creators

## About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

## Help
Help Center
Do not sell or share my personal info

United States | English (US) | $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

# EXHIBIT I







## More from this shop

 Follow    See 10+ items


Body shape print dress, sex...
Mama23store
$7.99


Turmeric moisturizing deep ...
Mama23store
$3.99


Black charcoal soap
Mama23store
$5.05


ice cold aralgesics gel
Mama23store
$3.69


Contrast Mesh halter neck d...
Mama23store
$10.98


Plus size sexy dress, Woman...
Mama23store
$9.98

## You may also like including Ads ⑦    See more


3D Body cream 4Ka Wholes...


Turmeric Cream With Shea ...


TINA TONER 7 day Moisturiz...


Banana Anti Aging cream / ...


6 Units Day Cream SPF 40. ...


Collagen Building Cream







# EXHIBIT J





**Add to collection**

**Item details**

🖐 Handmade

Disclaimer: Sellers are responsible for following applicable laws and regulations, including properly labelling and disclosing the ingredients of their cosmetics and personal care products, as

Learn more about this item

**Shipping and return policies**

📅 Order today to get by Nov 6-15

🗒 Returns & exchanges accepted within 30 days

💲 Cost to ship: $32.93

Other reviews from this shop | ★★★☆☆ (9)                    Sort by: Suggested ▼

★★★★☆

Reached my expectations and did the job I wanted it to do

Purchased item: Etin Lotion 100% original cream, Eczema Cream

Chris Wright   Aug 2, 2023

★☆☆☆☆

I've never heard back from seller

Purchased item: Tetmosol Medicated Soap with Citro...

| | |
|---|---|
| Item quality | 5.0 |
| Shipping | 5.0 |



More from this shop



**Abido Cream PureStar Herb...**
Perfectobeautycouk
$15.19

**Etin Lotion 100% original cr...**
Perfectobeautycouk
$21.42

**Piment Daux Concentre, Bo...**
Perfectobeautycouk
$22.79

**LIGHTUP Dark Spots Correc...**
Perfectobeautycouk
$22.79

**Tetmosol Medicated Soap ...**
Perfectobeautycouk
$5.69

**Aztec Secret - Indian Healin...**
Perfectobeautycouk
$17.72

## You may also like *including Ads* ⓘ

See more








**Yellow Face Cream 4Kg Wh...**
Ad by Etsy seller
$237.55

**TINA TONER Face cream**
Ad by Etsy seller
$60.00

**Scar Cream | Delicate and e...**
Ad by Etsy seller
$19.95
Bestseller

**Turmeric Kojic Acid Cleansi...**
Ad by Etsy seller
$30.00

**Extreme Brightening Souffle...**
Ad by Etsy seller
$25.99
FREE shipping

**NO DARK SPOTS | Dark spot...**
Ad by Etsy seller
$34.00
Eligible orders get 25% off

https://www.etsy.com/listing/1375415203/extreme-brightening-souffle-8oz-...



    

Extreme Crepey Skin Body ...
Ad by Etsy seller
$22.99

White Fade Cream: Para Re...
Ad by Etsy seller
$54.99
FREE shipping

Handmade Vegan Chemical...
Ad by Etsy seller
$33.98
FREE shipping

lemon clear
Ad by Etsy seller
$22.02

Brightening face cream /fla...
Ad by Etsy seller
$30.00

Coffee Facial Cream, Recup...
Ad by Etsy seller
$14.24
$14.99 (5% off)
FREE shipping

     

2x Brightening Dark/Black s...
QueeNikWealth
$29.13

2in 1Brightening dark spots ...
Hayveen
$11.40

Carolight Lightening Beauty...
Kitokoshop1
$50.68

Half Cast Cream | Egyptian ...
LeBeauCosmetique
$72.22
$76.02 (5% off)

Triple strong brightening bo...
Kitokoshop1
$50.68

Strong Lightening face cream
Toptierglow
$50.00
FREE shipping

Disclaimer: Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care



**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for more information.

Listed on Oct 1, 2023    2 favorites

Report this item to Etsy

All categories > Bath & Beauty > Skin Care > Moisturizers

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

**Shop**
Gift cards

**Sell**
Seller handbook

**About**
Etsy, Inc.

**Help**
Help Center



**EXHIBIT K**



**2x Brightening Dark/Black s...**
QueeNikWealth
$29.13

**2in 1Brightening dark spots ...**
Hayveen
$11.40

**Carolight Lightening Beauty...**
Kitokoshop1
$50.68

**Half Cast Cream | Egyptian ...**
LeBeauCosmetique
$72.22
~~$76.02~~ (5% off)

**Triple strong brightening bo...**
Kitokoshop1
$50.68

**Strong Lightening face cream**
Toptierglow
$50.00
FREE shipping

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for more information.

Listed on Oct 1, 2023          2 favorites

Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care  >  Moisturizers

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe





## Item details

🤚 Handmade

2in 1Brightening dark spots scars concealer face cream 30ml

## Shipping and return policies

📅 Order today to get by Nov 4-20

🚚 Cost to ship: $17.74

Deliver to United States, 94703 ⌄

Ships from United Kingdom

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see

0 shop reviews ☆☆☆☆☆

Sort by: Suggested ▼



## You may also like including Ads

See more



**Yellow Face Cream 4Kg Wh...**
Ad by Etsy seller
$237.55
$316.74 (25% off)
FREE shipping



**TINA TONER Face cream**
Ad by Etsy seller
$60.00
FREE shipping



**Scar Cream | Delicate and e...**
Ad by Etsy seller
$19.95
Bestseller



**Turmeric Kojic Acid Cleansi...**
Ad by Etsy seller
$30.00



**Turmeric Cream With Shea ...**
Ad by Etsy seller
$18.99



**Extreme Brightening Souffle...**
Ad by Etsy seller
$25.99
FREE shipping



**NO DARK SPOTS | Dark spot...**
Ad by Etsy seller
$34.00
Eligible orders get 25% off



**AMVital Turmeric Body Scru...**
Ad by Etsy seller
$11.05
FREE shipping



**Bright Face Moisturizer - AH...**
Ad by Etsy seller
$22.36
$27.95 (20% off)



**Eczema Balm *BEST SELLER...**
Ad by Etsy seller
$24.06



**lemon clear**
Ad by Etsy seller
$22.02



**Turmeric & Kojic Brightenin...**
Ad by Etsy seller
$16.00
Eligible orders get 25% off



2x Brightening Dark/Black s...
QueeNikWealth
$29.13

rightening Dark/Black spots...
Perfectobeautycouc
$11.39

Carolight Lightening Beauty...
Kitokoshop1
$50.68

Kojic Face & Body Brighteni...
TheBeautyGarageStore
$20.27

Clear all dark knuckles dark ...
GoldSkincare
$15.99
FREE shipping

Strong Brightening Soap, B...
Maxglow
$40.00
FREE shipping

Disclaimer: Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for... •••

Listed on Oct 24, 2023    2 favorites

Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care  >  Moisturizers

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

### Shop
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

### Sell
Seller handbook
Teams
Forums
Affiliates & Creators

### About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

### Help
Help Center
Do not sell or share my personal info

Download the Etsy App

United States  |  English (US)  |  $ (USD)

© 2023 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads    Local Shops    Regions

# EXHIBIT L









More from this shop

Browse by section

Beauty and Cos...
15 items

Hair Accessories
6 items

All
20+ items

Body Brightening Cream-Ilu...
QueeNikWealth
$24.06

X2 Cacatin Herbal Antisepti...
QueeNikWealth
$29.13

BB Clear Skin Beautifying Fa...
QueeNikWealth
$20.27

X2 Anivat Dark Spot Correct...
QueeNikWealth
$26.59

Knuckles Clean and Clear C...
QueeNikWealth
$16.46

You may also like including Ads ⓘ

See more









7D Set, Hyper Brightening S...

Brazil gold BRIGHTENING fu...

Turmeric Kojic Acid Cleansi...
Ad by Etsy seller

Extreme Brightening Souffle...
Ad by Etsy seller

NO DARK SPOTS | Dark spot...
Ad by Etsy seller

Scar Cream | Delicate and e...
Ad by Etsy seller

etsy.com/listing/1505450904/no-dark-spots-dark-spot-remover-for-face?clic...





Disclaimer: Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for...

## Explore related searches

        

| Brightening cream | Dark spots remover | Face cream | Handmade skincare | Fade scars | Skin brightening | Blemish concealer | Skincare essentials | Natural ingredients |

## Explore more related searches

Scars concealer     Facial skincare

Listed on Oct 24, 2023    5 favorites

Report this item to Etsy

All categories  >  Bath & Beauty  >  Skin Care  >  Moisturizers



# EXHIBIT M







$31.00

Handmade La Milagrosa Crema facial AUTENTICA 100%

NATURALbyLLC ⭐⭐⭐⭐⭐

✓ Arrives soon! Get it by Oct 31-Nov 6 if you order today
✓ Returns & exchanges accepted

Buy it now          Make an offer

Add to cart

❤️ Add to collection

Item details                                                    ⌃

🐾 Handmade

Compra 2 cremas o mas Descuento del 4% de descuento automáticamente

CREMA FACIAL LA MILAGROSA LA AUTENTICA Y UNICA ORIGINAL DIRECTAMENTE DE LA MATRIZ



$31.00

Handmade La Milagrosa Crema facial AUTENTICA 100%

NATURALbyLLC ★★★★★

✓ Arrives soon! Get it by Oct 31-Nov 6 if you order today
✓ Returns & exchanges accepted

Buy it now    Make an offer

Add to cart

❤ Add to collection

Item details ⌄

🖐 Handmade

Compra 2 cremas o mas Descuento del 4% de descuento automáticamente

CREMA FACIAL LA MILAGROSA LA AUTENTICA Y UNICA ORIGINAL DIRECTAMENTE DE LA MATRIZ





Handmade

Compra 2 cremas o mas Descuento del 4% de descuento automáticamente

CREMA FACIAL LA MILAGROSA LA AUTENTICA Y UNICA ORIGINAL DIRECTAMENTE DE LA MATRIZ EN MAZATLAN SINALOA MEXICO. Como siempre De Irene's Health & Beauty por mas de 5 años La Unica Crema regeneradora para todo tipo de imperfeccion de la piel que realmente funciona. MILAGROSA CREMA facial 100% ORIGINAL.

La Milagrosa es una crema antiedad, ayuda en la eliminación de acné, cicatrices, pecas, manchas oscuras, arrugas y cualquier imperfección no deseada en tu piel. Ayuda a hidratar, aclarar y regenerar la piel. además controla la rosácea, dermatitis, psoriasis y vitiligo.

Con efectos suavizantes que rejuvenecen tu piel. Elaborada con ingredientes 100% naturales La Milagrosa es la crema más saludable y nutritiva para tu piel.

Crema facial LA MILAGROSA es auténtica, hecha a

---

**Other reviews from this shop** ★★★★★ (106)                    Sort by: Suggested ▼

★★★★★

Response from JoseMaria G.

Thank you ☁️

Purchased item: Handmade La Milagrosa Crema facial...

dlquiles05    Sep 20, 2023

| Item quality | 5.0 |
| Shipping | 5.0 |

★★★★★

I received my order in good condition and with many pleasant surprises, thank you. I recommend the store especially Mr. José Very kind, attentive

| Item quality | 5.0 |
| Shipping | 5.0 |
| Customer service | |



the store especially Mr. José Very kind, attentive...

**See in original language**

Customer service ━━━━━━━━━━ 5.0

Response from JoseMaria G.

Muchas gracias ☺ me da gusto que está satisfecho con el producto y servicio al cliente.

**Translate to English**

Purchased item: GEL Ointment Moisturizers Cream

Atsuko   Sep 26, 2023

★★★★☆

Thank you very much, here in Japan it is very difficult to get gelmicin and now thanks to you I have in my hands this cream that is very effective f...

**See in original language**

Item quality ━━━━━━━━━━ 5.0

Shipping ━━━━━━━━━━ 5.0

Customer service ━━━━━━━━━━ 5.0

Response from JoseMaria G.

Hola agradezco su comentario, agradezco su

---

Crema facial LA MILAGROSA es auténtica, hecha a mano fórmula original con ingredientes naturales de alta calidad. Convirtiendo nuestra crema y nuestros productos en la mejor calidad del mercado. La Milagrosa crema facial es la crema perfecta para ti. Para darte resultados óptimos y rápidos.

INSTRUCCIONES DE USO Aplicarse la crema 2 veces al día (mañana y noche), después de lavar tu cara con jabón, después aplicar la crema se puede maquillar y salir al sol ya que esto ayuda a proteger la piel (se recomienda usar extra protector solar para la cara), en la noche aplica una capa más abundante ya que la crema trabaja mucho mejor de noche hace más efecto y repara la piel dañada, la crema limpia y humecta más de noche por que la piel está en reposo.

Funciones y detalles



confianza, los rojo con blanco son caramelos de menta. Le puedo preguntar porque 4 estrellas? 🙄

Translate to English

Purchased item: New sealed Gelmicin Ointment Crem...

Atsuko    Sep 7, 2023

★★★★★

Awesome Product! It does the Job for me, as it has for months now. Anytime I need to restock, I purchase directly from Naturalbyllc. They have the... •••

Response from JoseMaría G.

Thank you so much for your recommendation I Rivera. Our mission is loyalty to our Customers by delivering products with high and excellent... •••

Purchased item: Jabón facial blanqueador EL PODERO...

I Rivera    Aug 20, 2023

| Item quality | | 5.0 |
|---|---|---|
| Shipping | | 5.0 |
| Customer service | | 5.0 |

La Milagrosa es una crema antiedad, que ayuda a eliminar el acné, cicatrices, manchas oscuras, arrugas y cualquier imperfección no deseada en tu piel.
Ayuda a hidratar, aclarar y regenerar la piel.
Con efectos suavizantes que rejuvenecen tu piel.
Fabricado con ingredientes 100% naturales La Milagrosa es la crema más saludable y nutritiva para tu piel.

Usa la crema la Milagrosa diariamente. Aunque los resultados varían, la gran mayoría empiezan a ver resultados durante las primeras 2-4 semanas. Recuerda que tu piel se regenera cada 28 días, y los resultados varían en cuanto tiempo has tenido las manchas, acné, etc. Pero con consistencia vas a ver como mes a mes te maravillas de tu piel RECOMENDACIONES Es muy importante guardar la crema alejada de los rayos solares y de la luz del día, porque no contiene conservadores, así que te







FREE shipping



**Batana Shampoo (Honduras)**
Ad by Etsy seller
$25.00

**lemon clear**
Ad by Etsy seller
$22.02

**Venus' Venom From the Go...**
Ad by Etsy seller
$22.99

**HT26 VERGETURIS Lighteni...**
Ad by Etsy seller
$145.00
FREE shipping

**Donkey Milk Miracle Face Cr...**
Ad by Etsy seller
$45.00
FREE shipping

**RA Cosmetics Lightening B...**
Ad by Etsy seller
$19.99
FREE shipping

**La Milagrosa desde Mazatla...**
Bulkmayoreo99
$19.99

**6 pack la milagrosa crema a...**
Bulkmayoreo99
$93.00
FREE shipping

**Nunn Care (1 Crema) 100% ...**
TruVaShopTreasures
$30.00

**Gelmicin**
NaturalMexicanShop
$8.99

**Cream and soap aunt mana**
CapirotadaStore
$40.00
FREE shipping

**Crema tía mana**
CapirotadaStore
$30.00
FREE shipping



## Explore related searches

beauty    Cream    Cremas    facecareprod    glowingskin    healthylifesty    hydratedskin    loveyourskin

## Explore more related searches

allskintype    antiagingskincare    beautifulskin    heathyskin

Listed on Oct 12, 2023    5 favorites

Report this item to Etsy

All categories > Bath & Beauty > Hair Care > Shampoos

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe



**EXHIBIT N**







661 reviews ★★★★⯪

Reviews for this item [50]     Reviews for this shop [661]

Sort by: Suggested ⌄

★☆☆☆☆

I'm not happy with this cream. It's not the one I always used. I find mixed with snow cream has a lot of smell. When smeared, it is very white and does not fade into...

See in original language

Purchased item: La Milagrosa desde Mazatlan Sinaloa ...

RAUDEL URQUIAGA   Jun 6, 2022

★☆☆☆☆

Very disappointed. Not the real cream. I compared it to the one that I bought

| Item quality | | 1.0 |
|---|---|---|
| Shipping | | 2.0 |
| Customer service | | 1.0 |

6 pack Jabon facial blanqueador el p...
$24.00

Add both to cart

See more items →

Item details ⌃

🖐 Handmade

📍 Ships from California! Shorter shipping distances are kinder to the planet

♻ Materials: ORGANIC

Designed to help treat light wrinkles scars freckels acne and skin imperfections para cicatrices espinillas acne paño pecas



★☆☆☆☆

Very disappointed. Not the real cream. I compared it to the one I have that I bought in Mexico and they're completely different. I think this one is mixed with Nivea lotion and I'm really irritated that I got scammed. I want my Money back! It's a fake!! Stop... •••

Purchased item: La milagrosa crema anti arrugas quita acne pecas paño ...

Svetlana Antonova    Aug 26, 2020

★☆☆☆☆

I buy 2 times these before!!!! But now is diferent the color is more Hard and no have the same sello...i no like these..

Purchased item: La Milagrosa desde Mazatlan Sinaloa antes Nunn care an...

Iris    Jun 1, 2021

★★★★★

Very good product quality, the description of the product is the same and if it meets expectations. Thanks a lot.

See in original language

Purchased item: La Milagrosa desde Mazatlan Sinaloa antes Nunn care an...

Arnoldo zuniga    Nov 30, 2022

espinillas acne paño pecas

**Shipping and return policies** ⌃

📅  Order today to get by Nov 2-7

🚚  Cost to ship: $3.00

Enjoy free shipping to the US when you spend $35+ at this shop.

**Deliver to United States, 94703**  ⌄
Ships from Santa Paula, CA

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

FAQs  ⌄



6 pack la milagrosa crema a...    6 pack Jabon facial blanque...    Gentilax laxative laxante    Chupa parza quema grasa r...    Keratex 2 pack Nail fungus ...    Rice soap bar
Bulkmayoreo99    Bulkmayoreo99    Bulkmayoreo99    Bulkmayoreo99    Bulkmayoreo99    Bulkmayoreo99
$93.00    $24.00    $14.99    $9.99    $12.99    $7.49
FREE shipping

## You may also like including Ads ⑦

See more

     

6 pack la milagrosa crema a...    TINA TONER 7 day Moisturiz...    Scar Cream | Delicate and e...    Mariguanol Balsamo Extra F...    7D Set, Hyper Brightening S...    White Fade Cream: Eliminan...
Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller    Ad by Etsy seller
$93.00    $65.00    $19.95    $19.50    $202.71    $49.99
FREE shipping    FREE shipping    Bestseller    Bestseller    FREE shipping    FREE shipping



Anti Aging Eye Cream/Retin...
Ad by Etsy seller
$31.95
Eligible orders get 10% off
FREE shipping

velona Amla Oil USDA Certif...
Ad by Etsy seller
$24.95
FREE shipping

Hidradenitis Suppurativa Cr...
Ad by Etsy seller
$25.50
$30.00 (15% off)

Milia Treatment Set, Helps ...
Ad by Etsy seller
$28.99

Rapid Tone Repair Correctin...
Ad by Etsy seller
$90.00
FREE shipping

SKINCEUTICALS AGE INTER...
Ad by Etsy seller
$60.30
$67.00 (10% off)
FREE shipping

Handmade La Milagrosa Cre...
NATURALbyLLC
$31.00

Nunn Care (1 Crema) 100% ...
TruVaShopTreasures
$30.00

La Unica Cream Casa Botani...
CasaBotanicastore
$26.00
FREE shipping

Gelmicin
NaturalMexicanShop
$8.99

Gelmicin 3 pack
Menwomengiftshop
$15.90

Crema La ORIGINAL ROSA ...
CasaBotanicastore
$26.00
FREE shipping

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for...

Explore related searches



## Explore related searches

- acne
- paño
- espinillas
- anti
- wrinkle
- arrugas
- cremas
- paralacara
- blanqueadora
- mila nunn
- la milagrosa
- la niche
- organic

Listed on Oct 27, 2023   67 favorites

Report this item to Etsy

All categories > Bath & Beauty > Skin Care > Facial Care > Facial Toner

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

**Subscribe**

Etsy is powered by 100% renewable electricity.

## Shop

Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Download the Etsy App**

## Sell

Seller handbook
Teams
Forums
Affiliates & Creators

## About

Etsy, Inc.
Policies
Investors
Careers
Press
Impact

## Help

Help Center
Do not sell or share my personal info





## Item details

Handmade

Ships from California! Shorter shipping distances are kinder to the planet

Volume: 3 fluid ounces

Fine line. whitening cream 6 pack face treatment

## Shipping and return policies

Order today to get by Oct 30–Nov 7

Free shipping

Deliver to United States, 94703

Ships from Santa Paula, CA

Etsy offsets carbon emissions from shipping and packaging on this purchase

### 661 reviews ★★★★½

Reviews for this item    8          Reviews for this shop    661

Sort by: Suggested ▾

★★★★★

Seller was very responsive! Package arrived earlier than expected! Perfectly intact! Thank you!

Purchased item: 6 pack la milagrosa crema aclarante ...

Item quality                               5.0
Shipping                                   5.0
Customer service



expected! Perfectly intact! Thank you!

Customer service ▬▬▬▬▬▬▬ 5.0

Purchased item: 6 pack la milagrosa crema aclarante ...

Meagan Houston    Aug 30, 2023

★★★★★

All perfect

Item quality ▬▬▬▬▬▬▬ 5.0

Shipping ▬▬▬▬▬▬▬ 5.0

See in original language

Purchased item: 6 pack la milagrosa crema aclarante ...

Ana Loza    Aug 9, 2023

★☆☆☆☆

The cream is extremely thick. The ingredients aren't shown and it caused me severe skin irritation.

Purchased item: 6 pack la milagrosa crema aclarante de mazatlan

Kathia    May 19, 2023

★★★★★

Item quality ▬▬▬▬▬▬▬ 5.0

Shipping ▬▬▬▬▬▬▬ 5.0

Purchased item: 6 pack la milagrosa crema aclarante ...

Ana Loza    Sep 14, 2023

Etsy offsets carbon emissions from shipping and packaging on this purchase.

**Etsy Purchase Protection:** Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

FAQs    ⌄

**Meet your sellers**    ⌃

**MEXICANT PRODUCTS**

Owner of bulkmayoreo99

♡ Follow shop

**Message MEXICANT**

This seller usually responds **within 24 hours.**

bulkmayoreo99 made this item with help from mexicant products, LA, CA



La Milagrosa desde Mazatla...
Bulkmayoreo99
$19.99

6 pack Jabon facial blanque...
Bulkmayoreo99
$24.00

Gentilax laxative laxante
Bulkmayoreo99
$14.99

Chupa parza quema grasa r...
Bulkmayoreo99
$9.99

Rice soap bar
Bulkmayoreo99
$7.49

Acido hialuronico kit facial ...
Bulkmayoreo99
$16.99

## You may also like including Ads ⓘ

See more



La Milagrosa desde Mazatla...
Ad by Etsy seller
$19.99
Bestseller

TINA TONER 7 day Moisturiz...
Ad by Etsy seller
$65.00
FREE shipping

Scar Cream | Delicate and e...
Ad by Etsy seller
$19.95
Bestseller

7D face cream 4Kg Wholesa...
Ad by Etsy seller
$454.83
FREE shipping

Mariguanol Balsamo Extra F...
Ad by Etsy seller
$19.50
Bestseller

White Fade Cream: Eliminan...
Ad by Etsy seller
$49.99
FREE shipping



velona Amla Oil USDA Certif...
Ad by Etsy seller
$24.95
FREE shipping

Milia Treatment Set, Helps ...
Ad by Etsy seller
$28.99

Hidradenitis Suppurativa Cr...
Ad by Etsy seller
$25.50
~~$30.00~~ (15% off)

Rapid Tone Repair Correctin...
Ad by Etsy seller
$90.00
FREE shipping

6 Units Day Cream SPF 40, ...
Ad by Etsy seller
$69.99
FREE shipping

Brightening face cream /fla...
Ad by Etsy seller
$30.00

Handmade La Milagrosa Cre...
NATURALbyLLC
$31.00

Nunn Care (1 Crema) 100% ...
TruVaShopTreasures
$30.00

Crema tía mana
CapirotadaStore
$30.00
FREE shipping

Gelmicin
NaturalMexicanShop
$8.99

Gelmicin 3 pack
Menwomengiftshop
$15.90

3 pck Crema Nunn Care 10...
BotanicaMexicana
$94.89

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product before using it. If you have any questions, or are concerned about potential allergens or other ingredients, message the seller. See Etsy's Terms of Use for... ...

## Explore related searches





milagrosa   CREMA   mayoreo   acne   arrugas   para la cara   belleza   sinaloa   bundle   gift   mujer   beauty

secret

Listed on Oct 25, 2023    9 favorites

Report this item to Etsy

All categories > Bath & Beauty > Skin Care > Facial Care > Facial Toner

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Subscribe

Etsy is powered by 100% renewable electricity.

