# Exhibit 3
# Declaration of Rae Lovko



Rachel Doughty <rdoughty@greenfirelaw.com>

# [Request created] Notice of Illegal Mercury Containing Skin Lightening Products Listed on Etsy

1 message

---

**Etsy Support** <support@etsy.zendesk.com>             Sat, Dec 23, 2023 at 11:18 AM
Reply-To: Etsy Support <support+id14808022@etsy.zendesk.com>
To: rdoughty <rdoughty@greenfirelaw.com>

A request (#14808022) has been created by our support staff.

To add additional comments, reply to this email.

---

**Harachi** (Etsy)

Dec 23, 2023, 2:18PM EST

Hello Rachel,

Thank you for reaching out to Etsy regarding As You Sow's concerns about skin lightening products containing mercury.

We have received your email, and my team and I will be reviewing your inquiry shortly.

Going forward, if there is seller content on the Etsy marketplace that you wish to report, please send specific URLs and other relevant information to inquiries@etsy.com. This inbox is dedicated to regulatory outreach and is continuously monitored.

Please let us know if there's anything else we can help you with in the meantime.

Happy Holidays

Best,
Harachi
Etsy Trust & Safety


--

This message is a private conversation between you and Etsy. Please respect this confidentiality and refrain from distributing this communication without permission from Etsy. If you feel this message was sent to you in error, please delete it and let us know.

Please note that feedback or ideas you share with us are non-confidential and non-proprietary to you. You can read more in Etsy's Terms of Use (Section 6).

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., 66/67 Great Strand Street, Dublin 1, D01 RW84, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2023 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

[ZKZ333-1KNWN]