1  RACHEL S. DOUGHTY (SBN 255904)
   J. RAE LOVKO (SBN 208855)
2  GREENFIRE LAW, PC
3  2748 Adeline Street, Suite A
   Berkeley, CA 94703
4  Ph/Fx: (510) 900-9502
   rdoughty@greenfirelaw.com
5  rlovko@greenfirelaw.com

6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>    Defendants, | Case No. 24-cv-04203-MMC<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION OR TRANSFER VENUE**<br><br>Date: October 11, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>         Federal District Court<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br><br>Hon. Maxine M. Chesney, presiding |

i

GOOD CAUSE APPEARING, as set forth in Plaintiff's Opposition to Defendants' Motion to Compel Arbitration or in the Alternative Transfer Venue,

IT IS HEREBY ORDERED THAT: Defendants' Motion to Compel Arbitration or Transfer Venue is DENIED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE