Rachel S. Doughty (SBN 255904)
J. Rae Lovko (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>　　　Defendants, | Case No. 24-cv-04203-MMC<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date: October 11, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>　　　　Federal District Court<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102<br><br>Hon. Maxine M. Chesney, presiding |

1  GOOD CAUSE APPEARING, as set forth in Plaintiff's Opposition to Defendants' Motion
2  to Dismiss Plaintiff's Complaint for Failure to State a Claim,
3  IT IS HEREBY ORDERED THAT:  Defendants' Motion to Dismiss Plaintiff's Complaint
4  is **DENIED**.

6  Dated: _____

                                            THE HONORABLE MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE