NICHOLAS J. HOFFMAN (SBN 284472)
  nhoffman@mcguirewoods.com
ARIA HANGVAL (SBN 336933)
  ahangval@mcguirewoods.com
McGUIREWOODS LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9840
Facsimile: (213) 457-9877

SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
  starry@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard Suite 1800
Tysons, Virginia 22102-4215
Telephone: (703) 712-5425
Facsimile: (703) 712-5185

Attorneys for Defendant
ETSY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ETSY, INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 24-cv-04203-MMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**<br><br>**Judge:** Hon. Maxine M. Chesney<br>**Date:** October 11, 2024<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 7, 19th Floor |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Motion to Remand filed by Plaintiff As You Sow came on regularly for hearing in the above-captioned matter. Defendant Etsy, Inc. was represented by McGuireWoods LLP. Plaintiff As You Sow was represented by Greenfire Law, PC. All appearances were made as noted on the record.

The Court, having reviewed and considered the papers and evidence submitted by the parties, the arguments of counsel made on the record at the hearing, and such other matters of which judicial notice has been taken, and lack of good cause appearing for the relief requested in the motion, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion to Remand is DENIED.

DATED: _____

_____
The Honorable Maxine M. Chesney
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 20, 2024**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 20, 2024**, at Los Angeles, California.

*/s/ Nicholas J. Hoffman*
Nicholas J. Hoffman
McGuireWoods LLP

-1-

Case No.: 24-cv-04203-MMC