IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW,<br><br>        Plaintiff,<br><br>   v.<br><br>ETSY INC.,<br><br>        Defendant. | Case No. 24-cv-04203-MMC<br><br>**SECOND ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPIES** |

By order filed July 26, 2024, the Court directed defendant to submit forthwith a courtesy copy of its Notice of Removal, filed July 11, 2024, Motion to Compel Arbitration, filed July 18, 2024, and Motion to Dismiss, filed July 18, 2024. Defendant has not complied with the Court's order. Defendant is hereby again DIRECTED to submit forthwith a courtesy copy of said documents.

Parties are expected to comply with court orders without repeated reminders. Accordingly, defendant is hereby advised that the Court may impose sanctions for further failures to comply, including, but not limited to, striking from the record any manually or electronically filed documents for which a courtesy copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 23, 2024

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge