RACHEL S. DOUGHTY (SBN 255904)
J. RAE LOVKO (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>Defendants, | Case No. 24-cv-04203-MMC<br><br>**DECLARATION OF DANIELLE FUGERE**<br><br>Date: October 11, 2024<br>Time: 9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br><br>Hon. Maxine M. Chesney, presiding |

I, Danielle Fugere, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am the President and Chief Counsel for As You Sow ("AYS"), a position I have held since 2012.

3. Attached as Exhibit B is a true and correct copy of an excerpt taken from the Attorney General's out-of-court settlements online database at https://oag.ca.gov/prop65/report/out-of-court-settlements?year%5Bvalue%5D%5Byear%5D=2023, which correctly identifies attorney's fees and costs in AS YOU SOW's conditional dismissal and tolling agreement in the case of Nestle Healthcare Nutrition, Inc. et al. in the amount of $80,000.

4. Attached as Exhibit C is a true and correct copy of an excerpt taken from the

Attorney General's court-approved judgments online database at https://oag.ca.gov/prop65/report/judgments-by-plaintiffs?year%5Bvalue%5D%5Byear%5D=2022, which correctly identifies attorney's fees and costs in AS YOU SOW's judgment in the case of Ajinomoto Foods North America, Inc., et al. in the amount of $40,100.

5. Attached as Exhibit D is a true and correct copy of an excerpt taken from the Attorney General's court-approved judgments online database at https://oag.ca.gov/prop65/report/out-of-court-settlements?year%5Bvalue%5D%5Byear%5D=2022, which correctly identifies attorney's fees and costs in AS YOU SOW's settlement in the case of Project Juice, LLC in the amount of $3,000.

6. Attached as Exhibit E is a true and correct copy of an excerpt taken from the Attorney General's court-approved judgments online database at https://oag.ca.gov/prop65/report/judgments-by-plaintiffs?year%5Bvalue%5D%5Byear%5D=2021, which correctly identifies attorney's fees and costs in AS YOU SOW's judgment in the case of Medline Industries, Inc. in the amount of $28,000.

7. Attached as Exhibit F is a true and correct copy of an excerpt taken from the Attorney General's court-approved judgments online database at https://oag.ca.gov/prop65/report/judgments-by-plaintiffs?year%5Bvalue%5D%5Byear%5D=2020, which correctly identifies attorney's fees and costs in AS YOU SOW's judgment in the case of Huel Limited, et al. in the amount of $27,000.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 17th day of September, 2024, in Berkeley, California.

By:   */s/ Danielle Fugere*
      DANIELLE FUGERE

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on September 17, 2024, from Danielle Fugere for the filing of this declaration.

>     /s/ Rachel S. Doughty
>     RACHEL DOUGHTY