# EXHIBIT B
# Declaration of Danielle Fugere

## As You Sow

| AG Number | Defendant | Chemicals | Total | Non-Contingent Civil Penalty* | Additional Settlement Payment | Attorney's Fees/Costs | Injunctive Relief | Notice Date |
|---|---|---|---|---|---|---|---|---|
| 2019-02057 | Nestle Healthcare Nutrition, Inc., et al. | Lead and lead compounds | $80,000 | $0 | $0 | $80,000 | This Conditional Dismissal and Tolling Agreement… | 06/27/2023 |
| **Total** | 1 | | $80,000 | $0 | $0 | $80,000 | | |