# EXHIBIT C
# Declaration of Danielle Fugere

## As You Sow

| AG Number | Defendant | Chemicals | Total | Non-contingent Civil Penalty* | Additional Settlement Payment | Attorney's Fees/Costs | Injunctive Relief | Judgment Date |
|---|---|---|---|---|---|---|---|---|
| 2022-00181 | Ajinomoto Foods North America, Inc., Ajinomoto Health & Nutrition North America, Inc., Ajinomoto Cambrooke, Inc. | Lead | $73,000 | $18,800 | $14,100 | $40,100 | Warning | 11/10/2022 |
| Total | 1 | | $73,000 | $18,800 | $14,100 | $40,100 | | |