# EXHIBIT D
# Declaration of Danielle Fugere

## As You Sow

| AG Number | Defendant | Chemicals | Total | Non-Contingent Civil Penalty* | Additional Settlement Payment | Attorney's Fees/Costs | Injunctive Relief | Notice Date |
|---|---|---|---|---|---|---|---|---|
| 2021-01100 | Project Juice, LLC | Cadmium | $5,000 | $2,000 | $0 | $3,000 | Warning Statement | 02/24/2022 |
| **Total** | 1 | | **$5,000** | **$2,000** | **$0** | **$3,000** | | |