# EXHIBIT E
# Declaration of Danielle Fugere

## As You Sow

| AG Number | Defendant | Chemicals | Total | Non-contingent Civil Penalty* | Additional Settlement Payment | Attorney's Fees/Costs | Injunctive Relief | Judgment Date |
|---|---|---|---|---|---|---|---|---|
| 2020-01705 | Medline Industries, Inc. | Cadmium, Lead | $60,000 | $18,500 | $13,500 | $28,000 | Warning Statement | 12/23/2021 |
| Total | 1 | | $60,000 | $18,500 | $13,500 | $28,000 | | |