# EXHIBIT F
# Declaration of Danielle Fugere

## As You Sow

| AG Number | Defendant | Chemicals | Total | Non-contingent Civil Penalty* | Additional Settlement Payment | Attorney's Fees/Costs | Injunctive Relief | Judgment Date |
|---|---|---|---|---|---|---|---|---|
| 2018-01274 | Huel Limited, Huel Inc. | Cadmium, Lead | $56,000 | $17,000 | $12,000 | $27,000 | Defendant shall not produce, distribute, and/or… | 03/06/2020 |
| **Total** | 1 | | $56,000 | $17,000 | $12,000 | $27,000 | | |