IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETSY INC.,<br><br>　　　　Defendant. | Case No. 24-cv-04203-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On September 16, 2024, plaintiff electronically filed its "Reply in Support of Motion to Remand," along with supporting declarations and exhibits. To date, plaintiff has not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See id.

Accordingly, Efiling party is hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: September 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge