IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW,<br><br>        Plaintiff,<br><br>  v.<br><br>ETSY INC.,<br><br>        Defendant. | Case No. 24-cv-04203-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court are plaintiff As You Sow's "Motion to Remand," filed July 30, 2024, as well as defendant Etsy Inc.'s "Motion to Compel Binding Arbitration or, in the Alternative, Transfer Venue" and "Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim," both filed July 18, 2024. The motions have been fully briefed.

    Having read and considered the papers filed in support of and in opposition to the motions, the Court finds it appropriate to first address the Motion to Remand, and further finds said matter appropriate for determination on the parties' respective written submissions. In light thereof, the hearing scheduled for October 11, 2024, is hereby VACATED as to all three motions, and, as to the latter two, will be rescheduled if necessary.

    Additionally, given the above, the Case Management Conference is hereby CONTINUED from October 25, 2024, to January 24, 2025.

**IT IS SO ORDERED.**

Dated: October 4, 2024

MAXINE M. CHESNEY
United States District Judge