| | |
|---|---|
| Rachel S. Doughty (SBN 255904)<br>J. Rae Lovko (SBN 208855)<br>GREENFIRE LAW, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Phone: (510) 900-9502<br>Facsimile: (510) 900-9502<br>rdoughty@greenfirelaw.com<br>rlovko@greenfirelaw.com | Nicholas J. Hoffman<br>Samuel L. Tarry<br>McGUIREWOODS LLP<br>Wells Fargo Center – South Tower<br>355 S. Grand Avenue<br>Los Angeles, CA 90071-3103<br>(213) 457-9840<br>nhoffman@mcguirewoods.com<br>starry@mcguirewoods.com |
| *Attorneys for Plaintiff As You Sow* | *Attorneys for Defendant, Etsy, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>     Plaintiff,<br><br>v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>     Defendants. | Case No. 24-cv-04203-MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Maxine M. Chesney |

**NOTICE OF SETTLEMENT**

Plaintiff AS YOU SOW, and Defendant ETSY, INC., (collectively, "Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

Notwithstanding the prior filed motions challenging removal (ECF 18), to dismiss (ECF 7), and to compel arbitration (ECF 6), now pending, the Parties consent to the jurisdiction of this Court to review the terms of settlement and make certain findings, as is required by Cal. Health & Saf.

1

Code, §§ 25249.7(b)(2), (f)(4). Review of the settlement will require the filing of a motion to approve with supporting papers followed by a 45-day review period by the Office of the Attorney General for the State of California. 11 Cal. Code Regs., § 3003. The Parties intend to provide the Court with a proposed schedule for the filing of the motion to approve, review by the California Attorney General, and earliest hearing date by no later than January 22, 2025.

The Parties request that the Court stay further action on the merits of the case, pending review of the proposed settlement terms.

Respectfully Submitted,

Dated: January 15, 2025

By  */s/ Rachel S. Doughty*
Rachel S. Doughty
GREENFIRE LAW, PC
*Attorneys for Plaintiff, As You Sow*

Dated: January 15, 2025

By  */s/ Nicholas J. Hoffman*
Nicholas J. Hoffman
McGUIREWOODS LLP
*Attorneys for Defendant, Etsy, Inc.*

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*