UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>　　　　Defendants, | Case No. 24-cv-04203-MMC<br><br>**[PROPOSED] ORDER UPON PARTIES' NOTICE OF SETTLEMENT**<br><br>Hon. Maxine M. Chesney, presiding |

1

1  GOOD CAUSE APPEARING, as set forth in the NOTICE OF SETTLEMENT filed jointly
2  by Plaintiff AS YOU SOW, INC., and Defendant ETSY, INC.,
3  IT IS HEREBY ORDERED THAT:
4  1. Consideration by this Court of all now-pending motions in the above-captioned
5  matter is hereby stayed; and
6  2. Parties shall by January 22, 2025, file a schedule for the filing of a motion to approve
7  the proposed settlement, time for the review required by the California Attorney
8  General, and an earliest possible hearing date on the same.

Dated: _____   _____

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE