UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>　　　　Defendants, | Case No. 24-cv-04203-MMC<br><br>[~~PROPOSED~~] ORDER UPON PARTIES' NOTICE OF SETTLEMENT<br><br>Hon. Maxine M. Chesney, presiding |

GOOD CAUSE APPEARING, as set forth in the NOTICE OF SETTLEMENT filed jointly by Plaintiff AS YOU SOW, INC., and Defendant ETSY, INC.,

IT IS HEREBY ORDERED THAT:

The matter is STAYED, with the exception of proceedings on the anticipated motion to approve;

1. ~~Consideration by this Court of~~ all now-pending motions in the above-captioned matter ~~is~~ hereby ~~stayed; and~~ are deemed withdrawn, without prejudice to renewal in the event the proposed settlement is not approved.

2. Parties shall by January 22, 2025, file a schedule for the filing of a motion to approve the proposed settlement, time for the review required by the California Attorney General, and an earliest possible hearing date on the same.

Dated: January 15, 2025

*Maxine M. Chesney*

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1