1
2
3
4                         UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7  AS YOU SOW, a 501 (c)(3) non-profit       Case No. 24-cv-04203-MMC
   corporation,
                                             [~~PROPOSED~~] ORDER UPON PARTIES'
8          Plaintiff,                        NOTICE OF SETTLEMENT

9          v.
                                             Hon. Maxine M. Chesney, presiding
10 Etsy, Inc., and DOES 1-20, inclusive

11         Defendants,

12
13
14
15
16
17
18
19
20
21
22
23
24
25

GOOD CAUSE APPEARING, as set forth in the JOINT SCHEDULE FOR MOTION TO APPROVE PROPOSED SETTLEMENT filed jointly by Plaintiff AS YOU SOW, INC., and Defendant ETSY, INC.,

IT IS HEREBY ORDERED THAT:

1. Counsel for As You Sow will file a notice with this Court within two business days of obtaining the signed written settlement agreement. If no such notice is filed by February 14, 2025, the parties are ordered to appear on February 21, 2025, at 10:30 a.m. for a Case Management Conference.
2. Counsel for As You Sow will comply with the "Subject to a Settlement" requirements to notify the AG by five days after the written settlement agreement is signed by the parties as required by 11 Cal. Code Regs. § 3003(a).
3. Counsel for As You Sow will file noticed motion for approval, with supporting papers, within 10 business days after the parties sign the written settlement agreement, which it will provide to the California Attorney General's Office on the same day. The motion will include a request to dismiss the matter with prejudice as to the Products, upon approval of the settlement.
4. Counsel for As You Sow will request a hearing on the matter on the first available Friday at 9:00 am following the expiration of the required 45-day Attorney General review period required by Cal. Health & Saf. Code § 25249.7(f)(4) and 11 Cal Code Regulations § 3003(a).

Dated: January 23, 2025

_[signature]_
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER UPON PARTIES' NOTICE OF SETTLEMENT
24-cv-04203-MMC