1
2
3
4

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Etsy, Inc., and DOES 1-20, inclusive<br><br>　　　　Defendants, | Case No. 24-cv-04203-MMC<br><br>**[PROPOSED]** **ORDER**<br><br>Hon. Maxine M. Chesney, presiding |

1

GOOD CAUSE APPEARING, as set forth in the JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed jointly by Plaintiff AS YOU SOW, INC., and Defendant ETSY, INC.,

IT IS HEREBY ORDERED THAT:

1. The case management conference, set for February 28, 2025, is taken off calendar.
2. Counsel for AYS will file a notice with this Court within 2 business days of obtaining the signed written settlement agreement.
3. Counsel for AYS will comply with the "Subject to a Settlement" requirements to notify the AG by five days after the written settlement agreement is signed by the parties.
4. Counsel for AYS will file noticed motion for approval, with supporting papers, within 10 business days after the parties sign the written settlement agreement, which it will provide to the AG on the same day.
5. Counsel for AYS will request a hearing on the matter on the first available Friday at 9:00 am following the expiration of the required 45-day AG review period.

Dated: February 24, 2025

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE