Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
         RLovko@greenfirelaw.com

*Attorneys for Plaintiff As You Sow*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501 (c)(3) nonprofit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ETSY, Inc. and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 24-cv-04203-MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Maxine M. Chesney |

    Plaintiff AS YOU SOW, by and through its counsel of record, hereby notifies the Court that on February 24, 2025, Defendants Etsy, Inc. and Plaintiff As You Sow executed a written settlement of this matter. On February 25, 2025, counsel for Plaintiff notified the Office of the California Attorney General of the settlement, as required by Cal. Health & Saf. Code § 25249.7(f)(2) and the order of this Court (ECF 44).

    Plaintiff will file a noticed motion for approval of the settlement, with supporting papers on or before March 10, 2025, and will request a hearing Counsel for AYS will request a hearing on the matter on the first available Friday at 9:00 am following the expiration of the required 45-day period for review of the filed motion by the California Attorney General. *See* ECF 44, Cal. Health & Saf. Code § 25249.7(f)(5); 11 Cal. Code Regs. § 3003(a).

|   |   |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | Dated: February 25, 2025 |
| 3 | By: */s/ Rachel S. Doughty* |
| 4 | Rachel S. Doughty |
|   | GREENFIRE LAW, PC |
| 5 | *Attorneys for Plaintiff, As You Sow* |