Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
         RLovko@greenfirelaw.com

*Attorneys for Plaintiff As You Sow*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) nonprofit organization,<br><br>            Plaintiff,<br><br>      vs.<br><br>ETSY, INC.,<br><br>            Defendant. | Case No.: 24-cv-04203-MMC<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT (PROPOSITION 65)**<br><br>Judge: Hon, Maxine M. Chesney<br>Date: April 25, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 7 |

**NOTICE OF MOTION AND MOTION**

Please take notice that on April 25, 2025 at 9:00 a.m. in Courtroom 7, 19th Floor of the United States Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102, before the Honorable Maxine M. Chesney, United States District Judge, Plaintiff As You Sow ("AYS") will hereby and does move for an order of this Court approving the settlement reached between the parties and entering judgment pursuant to the terms of the settlement.

This motion is made pursuant to California Code of Civil Procedure section 664.6(a) and California Health and Safety Code section 25249.7(f)(4). This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings, declaration of Rachel Doughty, and papers on file in this action, and on such further evidence and argument as may be presented before or at the time of hearing.

Dated: March 10, 2025                                 Respectfully Submitted,

                                                By:   */s/Rachel Doughty*
                                                      GREENFIRE LAW, PC
                                                      Rachel S. Doughty
                                                      Jennifer Rae Lovko

                                                      *Attorneys for Plaintiff As You Sow*