EXHIBIT D
**to Declaration of Rachel S. Doughty**

| Biller | Graduation Year | Rate | Total Hours | Hours After Billing Judgement | Lodestar | Lodestar After Billing Judgment |
|---|---|---|---|---|---|---|
| Rachel Doughty | 2004 | $1,141.00 | 154.00 | 127.80 | $175,714.00 | $145,819.80 |
| Jessica Blome | 2007 | $948.00 | 9.20 | 6.90 | $8,721.60 | $6,541.20 |
| Rae Lovko | 2000 | $1,141.00 | 178.10 | 168.90 | $203,212.10 | $192,714.90 |
| Karishma Goswami | Student Clerk | $258.00 | 45.40 | 33.20 | $11,713.20 | $8,565.60 |
| Nuria de la Fuente | Legal Assistant | $258.00 | 142.60 | 112.80 | $36,790.80 | $29,102.40 |
| Jessica San Luis | Senior Paralegal | $258.00 | 79.80 | 73.45 | $20,588.40 | $18,950.10 |
| Grace Wainscoat | Student Law Clerk | $258.00 | 48.80 | 42.80 | $12,590.40 | $11,042.40 |
| Cyrus Moshiri | 2016 | $581.00 | 20.80 | 17.30 | $12,084.80 | $10,051.30 |
| | | | | | **$481,415.30** | **$422,787.70** |