Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
        rlovko@greenfirelaw.com

*Attorneys for Plaintiff As You Sow*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW, a 501(C)(3) nonprofit organization,<br><br>                 Plaintiff,<br><br>        vs.<br><br>ETSY, INC.,<br><br><br>                 Defendant. | Case No.: 24-cv-04203-MMC<br><br>**PROOF OF SERVICE**<br><br>**[PROPOSITION 65]** |

**PROOF OF SERVICE**

I am employed in the County of Alameda. My business address is 2748 Adeline Street, Suite A, Berkeley, California 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT (PROPOSITION 65);**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPROVE SETTLEMENT;**

- **DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF MOTION TO APPROVE SETTLEMENT, WITH EXHIBITS A-H;**

- **[PROPOSED] ORDER APPROVING SETTLEMENT, WITH EXHIBIT 1**

On March 11, 2025, I served the foregoing document(s) on the parties in this action, located on the attached service list as designated below:

| | | |
|---|---|---|
| ( ) | <u>By First Class Mail:</u> | Deposited the above documents in a sealed envelope with the United States Postal Service, with the postage fully paid. |
| ( ) | <u>By Personal Service:</u> | I personally delivered each in a sealed envelope to the office of the address on the date last written below. |
| ( ) | <u>By Overnight Mail:</u> | I caused each to be placed in a sealed envelope and placed the same in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for. |
| (X) | <u>By Electronic Transmission:</u> | Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 11, 2025, in Berkeley, California.

_____
Jessica San Luis

1

**SERVICE LIST**

| | |
|---|---|
| Susan Fiering<br>Laura Zuckerman<br>Kimberly R. Kelley Espinoza<br>Office of the Attorney General<br>1515 Clay Street<br>Oakland, CA 94612-1499<br>Emails:<br>Susan.Fiering@doj.ca.gov<br>Laura.Zuckerman@doj.ca.gov<br>Kimberly.KelleyEspinoza@doj.ca.gov | *By Electronic Transmission* |

PROOF OF SERVICE