IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AS YOU SOW,<br><br>        Plaintiff,<br><br>  v.<br><br>ETSY INC.,<br><br>        Defendant. | Case No. 24-cv-04203-MMC<br><br>**ORDER CONTINUING HEARING** |

Before the Court is plaintiff's "Motion to Approve Settlement (Proposition 65)," filed March 10, 2025, and noticed for hearing on April 25, 2025, at 9:00 a.m.

Due to the Court's unavailability on the morning of April 25, 2025, the noticed hearing is hereby CONTINUED to May 2, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 9, 2025

MAXINE M. CHESNEY
United States District Judge