NICHOLAS J. HOFFMAN (SBN 284472)
  nhoffman@mcguirewoods.com
ARIA HANGVAL (SBN 336933)
  ahangval@mcguirewoods.com
McGUIREWOODS LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9840
Facsimile: (213) 457-9877

SAMUEL L. TARRY, JR. (*pro hac vice application forthcoming*)
  starry@mcguirewoods.com
McGUIREWOODS LLP
1750 Tysons Boulevard Suite 1800
Tysons, Virginia 22102-4215
Telephone: (703) 712-5425
Facsimile: (703) 712-5185

Attorneys for Defendant
ETSY, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AS YOU SOW, a 501(c)(3) non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ETSY, INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 24-cv-04203-MMC<br><br>**DECLARATION OF ARIA HANGVAL RE: MAY 2, 2025 APPEARANCE ON PLAINTIFF'S MOTION TO APPROVE SETTLEMENT** |

## DECLARATION OF ARIA HANGVAL

I, Aria Hangval, declare as follows:

1. I am an attorney at law licensed to practice before all the courts in the State of California and am an associate at McGuireWoods LLP, counsel for Defendant Etsy, Inc ("Etsy"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I could and would competently testify thereto.

2. I submit this declaration regarding the motion hearing this morning on the Plaintiff As You Sow's Motion to Approve Settlement (Dkt. 47) and to offer the Court my sincere apologies, as explained below.

3. I was given responsibility to appear at the hearing on Plaintiff's Motion to Approve Settlement, as my colleague Nicholas Hoffman had a conflict with a different hearing at the exact same time in Los Angeles Superior Court.

4. On April 11, 2025, the Court issued a Clerk's Notice moving the hearing date to May 2, 2025 at 9:00 am. On that same date, when I was asked to handle the hearing in this matter, I reviewed the Court's website, including the Court's standing orders and other rules. My conclusion was that I could appear remotely for the hearing, since the Court's website provides a remote link that mentions the ability to "join as an attendee." In addition, I decided to appear remotely since I am based in Los Angeles and because Plaintiff's Motion to Approve Settlement is unopposed. I also considered filing a notice to appear remotely, but I concluded based on my review of the Court's website and procedures that it was not necessary.

5. On May 1, 2025, our office sent Plaintiff's counsel Rachel Doughty an email stating that I would be appearing remotely and that since the Motion is unopposed, I would be deferring to Ms. Doughty at the hearing.

6. This morning, I logged onto the Court's hearing link at or around 8:45 a.m. I then remained on that link—prepared to appear remotely—at all times from around 8:45 a.m. until around 10:52 a.m. The only limited exception was at or around 9:31 a.m., when I was seemingly let into the hearing for a brief moment (and heard "Recording is Now in Progress"), but then was seemingly removed as a notification came on my screen stating that the host had canceled the

meeting. At that time, I immediately logged back into the link. Ultimately, I was eventually let into the proceeding at 10:18 a.m., but I was not given the ability to speak or respond to the Clerk via chat.

7. I sincerely apologize to the Court for not appearing at the hearing this morning in person. I further apologize for my misunderstanding of the Court's appearance rules. I absolutely would have made arrangements be present had I understood that an in-person appearance was expected. I have never missed any hearing before in my career, and I have never been sanctioned for any reason. I respectfully ask the Court to forgive this mix up.

8. In addition, I note that as soon as I heard that the Court's clerk had called Mr. Hoffman at 9:00 a.m. to ask about our appearance, I attempted to remain in contact with Plaintiffs' counsel Ms. Doughty during the hearing. I sent Ms. Doughty multiple emails, and I understand that she informed the Court that I was in the waiting room of the Court's remote appearance link. We also reiterated that the Motion was unopposed.

9. In sum, I sincerely apologize for my misunderstanding and not being there in person this morning. I also affirm that I was in the remote appearance waiting room at nearly all times well before and after our scheduled hearing, attempting to appear remotely. Thank you for your consideration.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 2, 2025 at Los Angeles, California.

*/s/ Aria Hangval*
Aria Hangval

2
DECLARATION OF ARIA HANGVAL RE: MAY 2, 2025 APPEARANCE
Case No.: 24-cv-04203-MMC