# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 2, 2025     **Time:** 9:45 - 10:29     **Judge:** MAXINE M. CHESNEY
                                 = 44 minutes

**Case No.**: 24-cv-04203-MMC     **Case Name:** As You Sow v. Etsy Inc.

**Attorney for Plaintiff:** Rachel Doughty
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Plaintiff's Motion to Approve Settlement (Proposition 65) - hearing held.

Court granted Plaintiff's Motion to Approve Settlement on terms that were requested.

Plaintiff's Oral Motion to Dismiss Doe Defendants Without Prejudice – Granted.

At 8:50 a.m., the Court Clerk called defense counsel. Defense counsel said that he was in Los Angeles at Superior Court, that he had no objection to the motions, and that someone will be covering for him. Clerk informed counsel that all motion hearings are held in person, however, in an abundance of caution, when case was called, the Court Clerk opened a Zoom webinar (to see if there was anyone in the waiting room) no one was there.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant           (X)    Court